**MICHAEL N. FEUER, CITY ATTORNEY (SBN 111529x)**
**THOMAS H. PETERS, CHIEF ASSISTANT CITY ATTORNEY**
**CORY M. BRENTE, SUPERVISING ASSISTANT CITY ATTORNEY**
**CRAIG J. MILLER, DEPUTY CITY ATTORNEY (SBN 138302)**
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, CA  90012
Email: Craig.miller@lacity.org
Tel:  (213) 978-8722   Fax:  (213) 978-8785

ATTORNEYS FOR DEFENDANTS CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT and ANDREW SMITH

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: CV 16-00237 JAK (GJSx)<br>Honorable Judge: John A. Kronstadt<br>Honorable Magistrate Judge: Gail J. Standish<br><br>**ANSWER OF DEFENDANTS CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT AND ANDREW SMITH TO PLAINTIFFS' AMENDED COMPLAINT [DKT #15] AND DEMAND FOR JURY TRIAL** |

**COME NOW DEFENDANTS CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT and ANDREW SMITH,** answering Plaintiffs' Amended

1

Complaint [Dkt #15] in the above-entitled action, for themselves and for no other party, hereby admit, deny, and allege as follows:

1. Answering paragraph 1 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

2. Answering paragraph 2 of the Complaint, defendants admit the allegations contained therein.

3. Answering paragraph 3 of the Complaint, defendants admit the allegations contained therein.

4. Answering paragraph 4 of the Complaint, defendants deny the allegations contained therein.

5. Answering paragraph 5 of the Complaint, defendants deny the allegations contained therein.

6. Answering paragraph 6 of the Complaint, defendants deny the allegations contained therein.

7. Answering paragraph 7 of the Complaint, defendants deny the allegations contained therein.

8. Answering paragraph 8 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

9. Answering paragraph 9 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

10. Answering paragraph 10 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

11. Answering paragraph 11 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

12. Answering paragraph 12 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

13. Answering paragraph 13 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

14. Answering paragraph 14 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

15. Answering paragraph 15 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

16. Answering paragraph 16 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

17. Answering paragraph 17 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

18. Answering paragraph 18 of the Complaint, defendants deny the allegations contained therein.

1  19. Answering paragraph 19 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

20. Answering paragraph 20 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21. Answering paragraph 21of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22. Answering paragraph 22 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23. Answering paragraph 23 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24. Answering paragraph 24 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

1
2
3
4     25.     Answering paragraph 25 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5
6
7
8     26.     Answering paragraph 26 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9
10
11
12    27.     Answering paragraph 27 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13
14
15
16    28.     Answering paragraph 28 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

17
18
19
20
21    29.     Answering paragraph 29 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

22
23
24
25    30.     Answering paragraph 30 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26
27
28    31.     Answering paragraph 31 of the Complaint, defendants deny the allegations contained therein.

32. Answering paragraph 32 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

33. Answering paragraph 33 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

34. Answering paragraph 34 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

35. Answering paragraph 35 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

36. Answering paragraph 36 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

37. Answering paragraph 37 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

38. Answering paragraph 38 of the Complaint, defendants deny the allegations contained therein.

39. Answering paragraph 39 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

40. Answering paragraph 40 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

41. Answering paragraph 41 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42. Answering paragraph 42 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

43. Answering paragraph 43 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44. Answering paragraph 44 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

45. Answering paragraph 45 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

46. Answering paragraph 46 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

47. Answering paragraph 47 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

48. Answering paragraph 48 of the Complaint, defendants deny the allegations contained therein.

49. Answering paragraph 49 of the Complaint, defendants deny the allegations contained therein.

50. Answering paragraph 50 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

51. Answering paragraph 51 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

52. Answering paragraph 52 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

53. Answering paragraph 53 of the Complaint, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54. Answering paragraph 54 of the Complaint, no factual allegations are made therein and on that basis the paragraph goes unanswered.

55. Answering paragraph 55 of the Complaint, defendants deny the allegations contained therein.

56. Answering paragraph 56 of the Complaint, defendants deny the allegations contained therein.

57. Answering paragraph 57 of the Complaint, defendants deny the allegations contained therein.

58. Answering paragraph 58 of the Complaint, defendants deny the allegations contained therein.

59. Answering paragraph 59 of the Complaint, defendants deny the allegations contained therein.

60. Answering paragraph 60 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

61. Answering paragraph 61 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

62. Answering paragraph 62 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

63. Answering paragraph 63 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

64. Answering paragraph 64 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

65. Answering paragraph 65 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

66. Answering paragraph 66 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

67. Answering paragraph 67 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

68. Answering paragraph 68 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

69. Answering paragraph 69 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

70. Answering paragraph 70 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

71. Answering paragraph 71 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

72. Answering paragraph 72 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

73. Answering paragraph 73 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

74. Answering paragraph 74 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

75. Answering paragraph 75 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

76. Answering paragraph 76 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

77. Answering paragraph 77 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

78. Answering paragraph 78 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

79. Answering paragraph 79 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

80. Answering paragraph 80 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

81. Answering paragraph 81 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

82. Answering paragraph 82 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

83. Answering paragraph 83 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

84. Answering paragraph 84 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

85. Answering paragraph 85 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

86. Answering paragraph 86 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

87. Answering paragraph 87 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

88. Answering paragraph 88 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

89. Answering paragraph 89 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

90. Answering paragraph 90 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

91. Answering paragraph 91 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

92. Answering paragraph 92 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

93. Answering paragraph 93 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

94. Answering paragraph 94 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

95. Answering paragraph 95 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

96. Answering paragraph 96 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

97. Answering paragraph 97 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

98. Answering paragraph 98 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

99. Answering paragraph 99 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

100. Answering paragraph 100 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

101. Answering paragraph 101 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

102. Answering paragraph 102 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

103. Answering paragraph 103 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

104. Answering paragraph 104 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

105. Answering paragraph 105 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

106. Answering paragraph 106 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

107. Answering paragraph 107 of the Complaint, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

108. Answering paragraph 108 of the Complaint, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## AFFIRMATIVE DEFENSES

As a separate and distinct affirmative defenses, defendants allege each of the following:

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' failure to state a claim to each and every cause of action against each Defendant.

## SECOND AFFIRMATIVE DEFENSE

The force used against plaintiff(s), if any, was caused and necessitated by the actions of plaintiff(s), and was reasonable and necessary for self-defense.

## THIRD AFFIRMATIVE DEFENSE

The force used against plaintiff(s), if any, was caused and necessitated by the actions of plaintiff(s), and was reasonable and necessary for the defense of others.

## FOURTH AFFIRMATIVE DEFENSE

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

## FIFTH AFFIRMATIVE DEFENSE

The action is barred for lack of standing to sue.

## SIXTH AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, these answering defendants are protected from liability under the doctrine of qualified immunity, because defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all defendants sued in their official capacities are immune from the imposition of punitive damages.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 82-.8, 821.6, 822.2

Penal Code §§ 834, 834a, 835, 836, 836.5

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages.

///

## TENTH AFFIRMATIVE DEFENSE

Defendants conduct was privileged.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Sufficiency of Class Action)

Plaintiffs cannot maintain a class action because they cannot satisfy the requirements of Federal Rule of Civil Procedure 23.

## TWELFTH AFFIRMATIVE DEFENSE

### (Class Action Improper)

Certification of a class, or allowing Plaintiffs to proceed as representatives of a group of individuals, as applied to the facts and circumstances of this case, would constitute a denial of Defendants' substantive and procedural due process rights in violation of the Fourteenth Amendment to the United States Constitution.

WHEREFORE, Defendants pray for judgment as follows:

1. An order denying the certification of the class and each sub-class defined therein pursuant to Federal Rules of Civil Procedure 23(b)(2) and (3);

2. The Court not grant a preliminary and/or permanent injunction restraining Defendants from engaging in lawful constitutional actions detailed above;

3. The Court not grant a preliminary and permanent injunction requiring Defendants to seal and destroy all records derived from this arrest, including all

fingerprints, photographs, identification, and descriptive information collected the Plaintiff class;

4. An order denying disclosure made in writing to Plaintiffs, the class they represent, and the Court as to all entities and agencies to which such material has been disseminated and by whom gathered; and that all records disseminated be collected and sealed, including all copies of such disseminated records that may have been subject to dissemination by others.

5. An order denying a request that arrests occurring near Sixth and Hope be determined to be null and void;

6. And order determining that such conduct was lawful;

7. That Plaintiffs take nothing by this action;

8. That the action be dismissed;

9. That Defendants be awarded costs of suit;

10. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATE: June 1, 2016

                **MICHAEL N. FEUER, CITY ATTORNEY**

                BY:__/S/ - Craig J. Miller_____
            **CRAIG J. MILLER, DEPUTY CITY ATTORNEY**
            **ATTORNEYS FOR DEFENDANTS CITY OF LA, et al.**

## DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

DATE: June 1, 2016

**MICHAEL N. FEUER, CITY ATTORNEY**


BY: /S/ - Craig J. Miller
**CRAIG J. MILLER, DEPUTY CITY ATTORNEY**
**ATTORNEYS FOR DEFENDANTS CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT and ANDREW SMITH**