```
 1  Carol A. Sobel, SBN 84483
    Colleen Mullen  SBN 299059
 2  Justine M. Schneeweis  SBN 305672
    LAW OFFICE OF CAROL A. SOBEL
 3  3110 Main Street, Suite 210
    Santa Monica, CA 90405
 4  (t)  310 393-3055; (f) 310 399-1854
    (e)  carolsobel@aol.com
 5  (e)  mullen.colleen1@gmail.com
    (e)  Justine.schneeweis@gmail.com
 6
    Paul Hoffman, SBN 71244
 7  Catherine Sweetser, SBN 271142
    SCHONBRUN, SEPLOW, HARRIS &          Barrett S. Litt, SBN 45527
 8  HOFFMAN LLP                          KAYE, MCLANE, BEDNARSKI & LITT
    723 Ocean Front Walk                 234 Colorado Blvd., Suite 230
 9  Venice, California 90291             Pasadena, California 91101
    (t)  310 396-0731; (f)  310 399-7040 (t)  626 844-7660; (f) 626 844-7670
10  (e)  hoffpaul@aol.com                (e)  blitt@kmbllaw.com
    (e)  catherine.sdshh@gmail.com
11
12  Attorneys for Plaintiffs
    Additional Counsel on Following Page
13
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>PLAINTIFFS,<br><br>vs.<br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 16-cv-00237-JAK-GJS<br><br>**[PROPOSED] ORDER RE:**<br><br>**EX PARTE APPLICATION TO EXTEND THE TIME TO FILE THE MOTION FOR CLASS CERTIFICATION**<br><br><br>Date: None<br>Time: None<br>Ctrm: Hon. John Kronstadt<br><br>Action filed January 12, 2016 |

1 Colleen Flynn, SBN 234281
Law Office of Colleen Flynn
2 3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
3 (t) 213 252-9444
(f) 213 252-0091
4 (e) cflynn@yahoo.com

5 Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
6 2108 Cove Avenue
Los Angeles, CA 90039
7 (t) 323 696-2299
(e) matthewstrugar@gmail.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Plaintiffs hereby file this Ex Parte Application for an order permitting them
2  to file their Motion for Class Certification one week past the current due date.
3
4  Pursuant to Local Rule 23, Plaintiffs are required to file their motion within
5  90 days of the service of the Complaint.  In this case, the Complaint was served on
6  the Defendants, other than the additional defendant named in the Amended
7
8  Complaint, on April 8, 2016.  Plaintiffs' motion for class certification is currently
9  due on July 7, 2016.
10
11 Plaintiffs are requesting that the Court issue an order permitting them to file
12 their motion for class certification no later than July 14, 2016.
13
14 The City defendants are aware that Plaintiffs are filing this request with the
15 Court and have advised Plaintiffs that they do not oppose the request.
16
17 The Defendants are represented by Deputy City Attorneys Craig Miller and
18 Ben Chapman, whose telephone number is  213 978 7556.
19
20
21 Dated: July 1, 2016            Respectfully submitted,
22                                Kaye, McLane, Bednarski & Litt, LLP
23                                    Law Office of Carol A. Sobel
                                   Schonbrun, Seplow, Harris & Hoffman
24                                    Law Office of Colleen Flynn
25                                    Law Office of Matthew Strugar
26
                                   /s/ Carol A. Sobel_____
27                                 By: CAROL A. SOBEL
28                                 Attorneys for Plaintiffs

EX PARTE APPLICATION TO EXTEND TIME TO FILE CLASS CERTIFICATION MOTION

DECLARATION OF CAROL A. SOBEL

I, CAROL A. SOBEL, declare:

1. I am an attorney admitted to practice before the Supreme Court of California and the United States District Court for the Central District of California. I am an attorney for Plaintiffs in this action.

2. Along with Barry Litt and Paul Hoffman, I am co-lead counsel for the plaintiffs. I have personal knowledge of the facts set forth below and, if called to testify to those facts, could and would do so competently.

3. On June 30, 2016, I engaged in a telephonic "meet-and-confer" with Deputy City Attorneys Craig Miller and Ben Chapman concerning Plaintiffs' intention to file a motion for class certification. During the course of that discussion, I asked the Deputy City Attorneys if they would agree to a one-week extension for Plaintiffs to file their motion. Subsequently, Mr. Miller sent me an email advising me that the City would not oppose the request for an additional week to file the motion for class certification.

4. The additional time is requested for several reasons. I have unexpectedly had several medical appointments and have additional ones scheduled that have limited my time to work on this motion in the past week or two. In addition, Mr. Litt was on a pre-planned family vacation and Mr. Hoffman is dealing with a serious medical situation in his family. Thus, they are both unavailable to pick up my responsibilities for this motion.

5. With one week additional time, Plaintiffs will be able to complete their motion and file it with the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of July, 2016 at Santa Monica, California.

_____
Carol A. Sobel

1 ]
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
notice of filing proofs of service