1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1-10 inclusive,<br><br>Defendants. | Case No LA CV16-00237 JAK (GJSx)<br><br>[Hon. John A. Kronstadt]<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXTEND THE TIME TO FILE THE MOTION FOR CLASS CERTIFICATION (DKT. 24)**<br><br>Action Filed January 12, 2016 |

ADDITIONAL PLAINTIFFS' COUNSEL

SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
PAUL HOFFMAN SBN 71244
CATHERINE SWEETSER SBN271142
732 Ocean Front Walk
Venice, CA 90291
Tel. 310 396-0731 Fax. 310 399-7040
Email. hoffpaul@aol.com
Email. catherine.sdshhh@gmail.com

LAW OFFICE OF COLLEEN FLYNN
COLLEEN M. FLYNN SBN 234281
3435 Wilshire Boulevard, Suite.2910
Los Angeles, CA 9001 0
Tel. 213 252-9444 Fax. 213 252-0091
Email. cflynnlaw@yahoo.com

Matthew Strugar, SBN 232951
Law Office of Matthew Strugar
2108 Cove Avenue
Los Angeles, CA 90039
Tel: 323 696-2299
Email. matthewstrugar@gmail.com

Plaintiffs' Ex Parte Application for an order permitting them to file their Motion for Class Certification one week past the current due date is before the Court.

The Court finds there is good cause to enter an order granting the requested relief. Local Rule 23 gives the Court the authority to enter an order extending the time to file a motion for class certification beyond the 90 day limit set forth in the local rule.

Accordingly, the Ex Parte Application is granted. Plaintiffs shall file their motion for class certification no later than July 14, 2016.

IT IS SO ORDERED

Dated July 6, 2016  _____
John A. Kronstadt
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28