**MICHAEL N. FEUER, CITY ATTORNEY (SBN 111529x)**
**THOMAS H. PETERS, CHIEF ASSISTANT CITY ATTORNEY**
**CORY M. BRENTE, SUPERVISING ASSISTANT CITY ATTORNEY**
**CRAIG J. MILLER, DEPUTY CITY ATTORNEY (SBN 138302)**
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, CA  90012
Email: Craig.miller@lacity.org
Tel:  (213) 978-8722   Fax:  (213) 978-8785

ATTORNEYS FOR DEFENDANTS CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT and ANDREW SMITH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: CV 16-00237 JAK (GJSx)<br>Honorable Judge: John A. Kronstadt<br>Honorable Magistrate Judge: Gail J. Standish<br><br>**STIPULATION AND [PROPOSED ORDER] TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

STIPULATION AND [PROPOSED ORDER] TO SET BRIEFING SCHEDULE FOR
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1  TO THE HON. JOHN A. KRONSTADT, JUDGE, UNITED STATES DISTRICT COURT:

The parties, by and through their attorneys of record, hereby stipulate to the following:

WHEREAS, Plaintiffs filed their motion for class certification on July 14, 2016 (ECF #26);

WHEREAS, the motion for class certification is currently set for hearing on November 7, 2016 (ECF #30);

WHEREAS, this Court's Standing Order states that for motions filed and set for hearing more than 70 days from the date of the filing of the motion, any opposition must be filed no later than 21 days after the filing of the motion and any reply must be filed no later than 35 days after filing of the motion (Standing Order, § 9b(b));

WHEREAS, the Court permits parties to stipulate to a briefing schedule for any motion that is set for hearing to be held more than 70 days from the date it was filed so long as the reply is filed no later than five (5) weeks prior to the hearing date (*Id*.);

WHEREAS, the foregoing stipulation is filed with the Court after seven calendar days of the date the motion was filed, thereby necessitating Court approval;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED ORDER] TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

NOW, THEREFORE, the parties stipulate and hereby request that the Court issue an order memorializing the following briefing schedule:

- Defendants' Opposition to Plaintiff's motion for class certification will be due August 26, 2016; and

- Plaintiff's Reply in support of its motion for class certification will be due October 3, 2016 (five weeks in advance of the hearing date, which is November 7, 2016).

Dated: July 25, 2016        OFFICE OF THE CITY ATTORNEY OF LOS ANGELES

By: /s/ Craig J. Miller
_____
Craig J. Miller, Deputy City Attorney

CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT and ANDREW SMITH

Dated: July 25, 2016        KAYE, MCLANE, BEDNARSKI & LITT, LLP
LAW OFFICE OF CAROL A. SOBEL
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
LAW OFFICE OF COLLEEN FLYNN
LAW OFFICE OF MATTHEW STRUGAR

By: /s/ Carol A. Sobel
_____
**Carol A. Sobel**

Attorneys for Plaintiffs

STIPULATION AND [PROPOSED ORDER] TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION