1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: CV 16-00237 JAK (GJSx)<br>Honorable Judge: John A. Kronstadt<br>Honorable Magistrate Judge: Gail J. Standish<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

ORDER RE: STIP. TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOT. FOR CLASS CERT.

Upon the parties' stipulation, IT IS HEREBY ORDERED that:

- Defendants' Opposition to Plaintiff's motion for class certification will be due August 26, 2016; and

- Plaintiff's Reply in support of its motion for class certification will be due October 3, 2016 (five weeks in advance of the hearing date, which is November 7, 2016).

DATED: July 27, 2016    _____
**HON. JOHN A. KRONSTADT**
United States District Judge