1 | **MICHAEL N. FEUER, CITY ATTORNEY (SBN 111529x)**
2 | **THOMAS H. PETERS, CHIEF ASSISTANT CITY ATTORNEY**
3 | **CORY M. BRENTE, SUPERVISING ASSISTANT CITY ATTORNEY**
4 | **CRAIG J. MILLER, DEPUTY CITY ATTORNEY (SBN 138302)**
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, CA  90012
Email: Craig.miller@lacity.org
Tel:  (213) 978-8722   Fax:  (213) 978-8785

ATTORNEYS FOR DEFENDANTS CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT and ANDREW SMITH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: CV 16-00237 JAK (GJSx)<br>Honorable Judge: John A. Kronstadt<br>Honorable Magistrate Judge: Gail J. Standish<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (ECF NO. 26)** |

1

Pursuant to Local Rule 7-9, and in order to conserve party and Court resources, Defendants hereby state that they do not oppose Plaintiffs' Motion for Class Certification (ECF No. 26) at this time. Since discovery has not yet commenced, Defendants reserve the right to seek decertification of the classes certified (in whole or in part) should discovery reveal that certification is not appropriate. *See*, *e.g.*, *In re: Pom Wonderful LLC Mktg. and Sales Practices Litig.*, No. ML 10-02199 DDP (RZx), 2014 U.S. Dist. LEXIS 40415, at *7 (C.D. Cal. Mar. 25, 2014) ("The court may decertify a class at any time. *Rodriguez v. W. Publ'g Corp.*, 563 F.3d at 948, 966 (9th Cir. 2009). On a motion for decertification, as at the certification stage, the burden to demonstrate that the requirements of Federal Rules of Civil Procedure 23(a) and (b) are met lies with the party advocating certification. *Marlo v. UPS, Inc.*, 639 F.3d 942, 947 (9th Cir. 2011).").

DATE: August 25, 2016

**MICHAEL N. FEUER, CITY ATTORNEY**
**THOMAS H. PETERS, CHIEF ASST. CITY ATTORNEY**
**CORY M. BRENTE, SUPER. ASSIST CITY ATTORNEY**

BY: /S/ - *Craig J. Miller*

**CRAIG J. MILLER, DEPUTY CITY ATTORNEY**
**ATTORNEYS FOR DEFENDANTS** CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT and ANDREW SMITH