**EXHIBIT A - SCHEDULE OF PRETRIAL AND TRIAL DATES FOR CIVIL CASES**

| Case No.: | LA CV 16-00237 JAK (GJS) |
|---|---|
| Case Name: | Chua v. City of Los Angeles |

| Hearings: | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|
| _X_ Jury Trial<br>____ Court Trial<br>**(Tuesday at 9:00 a.m.)**<br><br>Duration Estimate:<br>_7_ Days  including jury selection, opening and closing statements<br>____ Weeks | Mar. 13, 2018 | | |
| Final Pretrial Conference ("FPTC") & Status Conference re Disputed Exhibits:<br>**(Monday at 3:00 p.m.: Two weeks before the trial)** | Feb. 26, 2018 | | |

| Deadlines for Bench Trials Only: | Weeks Before FPTC | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Anticipated Ruling to be Issued by Court | Same date | | | |
| Last Date to File Objections to Direct Testimony Declarations | 2 | | | |
| Last Date to File Direct Testimony Declarations | 3 | | | |

| Proposed Motion Practice for Motions for Summary Judgment & Motions for Class Certification: | Weeks Before FPTC | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Hearing on Motion | | 12/18/17 | | |
| Reply to Motion | | 10/30/17 | | |
| Response to Motion | | 10/23/17 | | |
| Last day to File Motion | | 10/9/17 | | |

| Deadlines: | Weeks Before FPTC | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|
| Anticipated Ruling on All Motions | 4 | Jan 29, 2018 | | |
| Last Date to Hear Motions (including discovery motions) | 8 | Dec. 18, 2017 | | |
| Last Date to File Motions (including discovery motions) | 20 | Oct. 9, 2017 | | |
| Expert Discovery Cut-Off | 20 | Oct. 9, 2017 | | |
| Expert Disclosure (Rebuttal) | 22 | Sep. 25, 2017 | | |
| Expert Disclosure (Initial) | 24 | Sep. 11, 2017 | | |
| Non-Expert Discovery Cut-Off | 26 | Aug. 21, 2017 | | |
| Last Date to Add Parties/Amend Pleadings | | May 1, 2017 | Dec. 1, 2016 | |
| **Settlement Procedure Selection:** (ADR-12 Form will be completed by Court after scheduling conference) | | Plaintiff(s) Request | Defendant(s) Request | Court Order |
| 1. Magistrate Judge 2. Attorney Settlement Officer Panel 3. Outside ADR/Non-Judicial (Private) | | ADR Carla Woehrle | MJ Standish | |
| Last day to conduct settlement conference/mediation | | Nov. 6, 2017 | Mar. 13, 2017 | |
| Notice of Settlement / Joint Report re Settlement (10 days before PMSC) | | Nov. 10, 2017 | Mar. 23, 2017 | |
| Post Mediation Status Conference: (Monday at 1:30 pm: 14 days after the last day to conduct settlement) | | Nov. 20, 2017 | Mar. 27, 2017 | |