UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | LA CV16-00237 JAK (GJSx) | Date | September 12, 2016 |
|---|---|---|---|
| Title | Charmaine Chua, et al. v. City of Los Angeles, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Colleen Flynn<br>Matthew D. Strugar | Craig J. Miller |

**Proceedings:**   **SCHEDULING CONFERENCE**

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' September 1, 2016 Joint Report and sets the following deadlines:

| | |
|---|---|
| When date is set by Judge Standish: | Parties to file joint report regarding whether this action and the related actions will be joined for settlement purposes and the completion date |
| TBD: | Last day to participate in a settlement conference/mediation |
| TBD: | Last day to file notice of settlement / joint report re settlement |
| TBD: | Post Mediation Status Conference |
| December 1, 2016: | Last day to amend or add parties |
| June 5, 2017: | Non-Expert Discovery Cut-Off |
| June 19, 2017: | Initial Expert Disclosures |
| July 3, 2017: | Rebuttal Expert Disclosures |
| July 17, 2017: | Expert Discovery Cut-Off |
| July 17, 2017: | Last day to file motions *(including discovery motions)* |
| October 2, 2017: | Last day to hear motions *(including discovery motions)* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV16-00237 JAK (GJSx) | Date | September 12, 2016 |
|---|---|---|---|
| Title | Charmaine Chua, et al. v. City of Los Angeles, et al. | | |

| | |
|---|---|
| October 23, 2017: | Anticipated ruling on all motions |
| November 6, 2017: | Last day to file all pretrial documents |
| November 20, 2017 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| December 5, 2017 at 9:00 a.m. | Jury Trial (est. tbd days) |

The Court defers setting dates with respect to settlement until it is determined whether this action and the related actions LA CV16-01187 JAK (GJSx) and LA CV16-00216 FMO (AFMx) will be consolidated for settlement purposes before Magistrate Judge Standish.

Plaintiff is ordered to file immediately a Notice of Related Cases pursuant to L.R. 83-1.3.1 in this action and Case No. LA CV16-01187 JAK (GJSx) so that a determination can be made by Judge Olguin as to whether these two actions relate to the action pending before him.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 10.

**IT IS SO ORDERED.**

cc: Judge Fernando M. Olguin

| | : | 23 |
|---|---|---|
| | Initials of Preparer | ak |