Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t)  310 393-3055
(e)  carolsobel@aol.com

Paul Hoffman, SBN 71244
Catherine Sweetser, SBN 271142
SCHONBRUN, SEPLOW, HARRIS &
HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, California 90064
(t)  310 396-0731; (f)  310 399-7040
(e)  hoffpaul@aol.com
(e)  catherine.sdshh@gmail.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

Barrett S. Litt, SBN 45527
KAYE, MCLANE, BEDNARSKI & LITT
234 Colorado Blvd., Suite 230
Pasadena, California 91101
(t)  626 844-7660; (f) 626 844-7670
(e)  blitt@kmbllaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 16-cv-00237-JAK-GJS<br><br>**JOINT REQUEST TO AMEND THE SCHEDULING ORDER**<br><br>Date:  None<br>Time: None<br>Ctrm: Hon. John Kronstadt<br><br>Action filed January 12, 2016 |

1  Colleen Flynn, SBN 234281
   Law Office of Colleen Flynn
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
3  (t)  213 252-9444
   (f)  213 252-0091
4  (e) cflynn@yahoo.com

5  Matthew Strugar, SBN 232951
   Law Office of Matthew Strugar
6  2108 Cove Avenue
   Los Angeles, CA 90039
7  (t) 323 696-2299
   (e) matthewstrugar@gmail.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REQUEST TO AMEND SCHEDULING ORDER

The parties to the above-captioned action hereby submit a joint request to amend the scheduling order to extend the time to complete discovery and settlement, as well as the motion cut-off dates.

The parties are proceeding diligently but require additional time to accommodate the availability of deponents. Plaintiffs set the depositions of the City defendants, as well as PMKs for several subject areas. The City requested that the depositions be continued because it would take Defendants some time to identify the PMKs and the individual named Defendants were not available until after the current discovery cut-off.

The parties are not requesting a change in the trial date or pre-trial final status conference.

The proposed changes in the current scheduling order are set forth below:

|  | Current date: | Proposed date: |
|---|---|---|
| Non-expert Discovery | June 5, 2017 | July 5, 2017 |
| Initial Expert Disclosure | June 19, 2017 | July 24, 2017 |
| Mediation Completion | June 12, 2017 | July 7, 2017 |
| Mediation Report | June 19, 2017 | July 14, 2017 |

JOINT REQUEST TO AMEND SCHEDULING ORDER

| | | | |
|---|---|---|---|
| 1 | Post Mediation Status Conf | June 26, 2017 | July 31, 2017 |
| 2 | Rebuttal Experts | July 3, 2017 | August 14, 2017 |
| 3 | | | |
| 4 | Last Day to File Motions | July 17, 2017 | August 21, 2017 |

Dated: May 23, 2017         Respectfully submitted,

Kaye, McLane, Bednarski & Litt
Law Office of Carol A. Sobel
Schonbrun, Seplow, Harris & Hoffman

/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

Dated: May 23, 2017         Michael N. Feuer, City Attorney
Thomas H. Peters, Chief Asst. City Attorney
Cory M. Brente, Supv. Asst. City Attorney
Craig J. Miller, Deputy City Attorney

By:      /s/  Craig J. Miller
Attorneys for Defendants