NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 16-cv-00237-JAK-GJS<br><br>**ORDER RE JOINT REQUEST TO AMEND THE SCHEDULING ORDER (DKT. 49)** |

The parties to the above-captioned action have filed a Joint Request to Amend the Scheduling Order to extend the time to complete discovery and settlement, as well as the motion cut-off dates. The parties have not requested that the Court continue the last day to hear motions, the pre-trial and trial dates. The Court finds that the parties have shown good cause to amend the scheduling order. Accordingly, the Joint Request is approved. The dates set forth in the Order amend the dates set out in the original Scheduling Order issued by the Court in this action.

**IT IS HEREBY ORDERED** that the following changes in the current scheduling order are made:

|  | Current date: | New date: |
|---|---|---|
| Non-expert Discovery | June 5, 2017 | July 5, 2017 |
| Initial Expert Disclosure | June 19, 2017 | July 24, 2017 |
| Mediation Completion | June 12, 2017 | July 7, 2017 |
| Mediation Report | June 19, 2017 | July 14, 2017 |
| Post Mediation Status Conf | June 26, 2017 | July 31, 2017 |
| Rebuttal Experts | July 3, 2017 | August 14, 2017 |
| Last Day to File Motions | July 17, 2017 | August 21, 2017 |

The November 20, 2017 Final Pretrial Conference and December 5, 2017 Jury Trial are VACATED. The parties will be invited to propose new dates for the final pretrial conference and trial upon the final ruling of all motions.

**IT IS SO ORDERED**.

Dated: May 25, 2017

_____
**JOHN A. KRONSTADT**
**United States District Judge**