Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t)  310 393-3055
(e)  carolsobel@aol.com

Paul Hoffman, SBN 71244
Catherine Sweetser, SBN 271142
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, California 90064
(t)  310 396-0731; (f)  310 399-7040
(e)  hoffpaul@aol.com
(e)  catherine.sdshh@gmail.com

Barrett S. Litt, SBN 45527
KAYE, MCLANE, BEDNARSKI & LITT
234 Colorado Blvd., Suite 230
Pasadena, California 91101
(t)  626 844-7660; (f) 626 844-7670
(e)  blitt@kmbllaw.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>PLAINTIFFS,<br><br>vs.<br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 16-cv-00237-JAK-GJS<br><br>**REQUEST TO TEMPORARILY ASSIGN THIS MATTER TO ANOTHER MAGISTRATE JUDGE**<br><br>Date:  None<br>Time: None<br>Ctrm: Hon. John Kronstadt<br><br>Action filed January 12, 2016 |

1  Colleen Flynn, SBN 234281
   Law Office of Colleen Flynn
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
3  (t) 213 252-9444
   (f) 213 252-0091
4  (e) cflynn@yahoo.com

5  Matthew Strugar, SBN 232951
   Law Office of Matthew Strugar
6  2108 Cove Avenue
   Los Angeles, CA 90039
7  (t) 323 696-2299
   (e) matthewstrugar@gmail.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST TO TEMPORARILY ASSIGN THIS MATTER TO ANOTHER
MAGISTRATE JUDGE

1       This action is assigned to Magistrate Judge Standish for mediation and all discovery matters. On May 26, 2017, just prior to the issuance of an Order granting the parties' request to reset the case management dates, Plaintiffs' counsel contacted the chambers of Magistrate Judge Standish, requesting a date for the mediation. Judge Standish's clerk informed Plaintiffs' counsel that the magistrate was off the bench for two months and would not return to the bench until after the time to complete the mediation. For this reason, the parties cannot comply with the scheduling order unless this matter is reassigned temporarily.

      In addition, the parties have met and conferred on discovery disputes that need to be addressed. The absence of the magistrate judge means that those motions cannot be heard now. This adversely impacts the conduct of the case.

      Accordingly, Plaintiffs request that the Court assign this matter to another magistrate judge temporarily to address both the discovery disputes and to conduct the mediation within the time limit in the Court's Order of May 25, 2017.

Dated: May 26, 2017       Respectfully submitted,

      Kaye, McLane, Bednarski & Litt
      Law Office of Carol A. Sobel
      Schonbrun, Seplow, Harris & Hoffman

      /s/ Carol A. Sobel
      By: CAROL A. SOBEL
      Attorneys for Plaintiffs

REQUEST TO TEMPORARILY ASSIGN THIS MATTER TO ANOTHER MAGISTRATE JUDGE