# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.  CV16-00237 JAK (GJSx)<br>CASE NO.  CV16-08781 JAK (GJSx)<br>*Judge John A. Kronstadt, Ctrm. 10B, 10th Fl., 1st St.*<br>*Mag. Gail J. Standish, Ctrm. 640, 6th Fl., Roybal*<br><br>**ORDER EXCUSING DEFENDANTS CHARLIE BECK, KURT GARCIA, JEFFREY BERT AND ANDREW SMITH FROM THE SETTLEMENT CONFERENCE**<br><br>Date:    June 30, 2017<br>Time:   10:00 a.m.<br>Ctrm:   6A, Santa Ana<br>Judge:  Hon. Jay C. Gandhi |
| PATRICIA BEERS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; LOS ANGELES CITY ATTORNEY MIKE FEUER, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, and DOES 1-20, inclusive,<br><br>Defendants. | |

1

**GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby excuses Defendants CHARLIE BECK, KURT GARCIA, JEFFREY BERT and ANDREW SMITH from attending the Settlement Conference currently scheduled for June 30, 2017, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: June 15, 2017

**HONORABLE JAY C. GANDHI**
UNITED STATES MAGISTRATE JUDGE