# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHARMAINE CHUA, et al.

Plaintiff(s),

v.

CITY OF LOS ANGELES, et al.

Defendant(s).

CASE NUMBER:

2:16−cv−00237−JAK−GJS

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

__6/13/17__     __58__     __Notice of Appearance or Withdrawal__

 Date Filed         Doc. No.     Title of Doc.

**IT IS HEREBY ORDERED:**

The document is stricken. The Notice of Appearance was filed in the wrong case.

Clerk, U.S. District Court

Dated: June 15, 2017         By: /s/ *Anel Huerta*
                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*