Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t)  310 393-3055
(e)  carolsobel@aol.com

Paul Hoffman, SBN 71244
Catherine Sweetser, SBN 271142
SCHONBRUN, SEPLOW, HARRIS &
HOFFMAN LLP
11543 W. Olympic Boulevard
Los Angeles, California 90064
(t)  310 396-0731; (f)  310 399-7040
(e)  hoffpaul@aol.com
(e)  catherine.sdshh@gmail.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

Barrett S. Litt, SBN 45527
KAYE, MCLANE, BEDNARSKI & LITT
234 Colorado Blvd., Suite 230
Pasadena, California 91101
(t)  626 844-7660; (f) 626 844-7670
(e)  blitt@kmbllaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>PLAINTIFFS,<br><br>vs.<br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 16-cv-00237-JAK-GJS<br><br>**JOINT REPORT RE SETTLEMENT CONFERENCE AND REQUEST TO STAY PROCEEDINGS FOR 45 DAYS**<br><br>Date:  None<br>Time: None<br>Ctrm: Hon. John Kronstadt<br><br>Action filed January 12, 2016 |

1  Colleen Flynn, SBN 234281
   Law Office of Colleen Flynn
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
3  (t) 213 252-9444
   (f) 213 252-0091
4  (e) cflynn@yahoo.com

5  Matthew Strugar, SBN 232951
   Law Office of Matthew Strugar
6  2108 Cove Avenue
   Los Angeles, CA 90039
7  (t) 323 696-2299
   (e) matthewstrugar@gmail.com
8

9  Rachel Steinback   SBN 310700
   Law Office of Rachel Steinback
10 Post Office Box 291253
   Los Angeles, CA 90029
11
   (t) 213 537 5370
12 (e) steinbacklaw@gmail.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT REPORT RE SETTLEMENT CONFERENCE AND REQUEST TO STAY FOR 45 DAYS

On June 30, 2017, the parties appeared before the Honorable Jay Ghandi for a settlement conference in the above-captioned action. The parties did not reach a settlement; however, after discussing the progress of the negotiations with the Court, the parties agreed to appear at a second settlement conference with Judge Ghandi within 45 days of the prior conference.

Accordingly, the parties now request that this Court enter an Order staying all case management dates related to discovery served prior to the current July 5 cut-off date, as well as all dates presently set for filing motions and for the designation and completion of expert discovery, for 45 days to allow the parties to engage in a further settlement conference.

Dated: July 17, 2017           Respectfully submitted,

                               Law Office of Carol A. Sobel

                               /s/ Carol A. Sobel
                               By: CAROL A. SOBEL
                               Attorneys for Plaintiffs


Dated: July 18, 2017           Michael N. Feuer, City Attorney
                               Thomas J. Peters, Chief Asst. City Attorney
                               Cory M. Brente, Supv. Asst. City Attorney
                               Geoffrey Plowden, Dep. City Attorney

                                 /s/   Geoffrey Plowden
                               By: GEOFFREY PLOWDEN
                               Attorneys for Defendants