1  Carol A. Sobel, SBN 84483
   LAW OFFICE OF CAROL A. SOBEL
2  725 Arizona Avenue, Suite 300
   Santa Monica, CA 90401
3  (t)  310 393-3055
   (e)  carolsobel@aol.com
4
   Paul Hoffman, SBN 71244
5  Catherine Sweetser, SBN 271142
   SCHONBRUN, SEPLOW, HARRIS &
6  HOFFMAN LLP
   11543 W. Olympic Boulevard
7  Los Angeles, California 90064
   (t)  310 396-0731; (f)  310 399-7040
8  (e)  hoffpaul@aol.com
   (e)  catherine.sdshh@gmail.com
9

10 Attorneys for Plaintiffs
   Additional Counsel on Following Page
11

Barrett S. Litt, SBN 45527
KAYE, MCLANE, BEDNARSKI & LITT
234 Colorado Blvd., Suite 230
Pasadena, California 91101
(t)  626 844-7660; (f) 626 844-7670
(e)  blitt@kmbllaw.com

12

13              UNITED STATES DISTRICT COURT
14         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

15 CHARMAINE CHUA, TORIE                  Case No.: 16-cv-00237-JAK-GJS
   RIVERA, LYDIA HICKS, and KYLE
16 TODD, individually and on behalf of a  **[PROPOSED] ORDER RE:
   class of similarly situated persons, and  JOINT REPORT RE
17 the NATIONAL LAWYERS GUILD,            SETTLEMENT CONFERENCE
                                          AND REQUEST TO STAY
18                         PLAINTIFFS,    PROCEEDINGS FOR 45 DAYS**

19                    vs.
   CITY OF LOS ANGELES, a                 Date:  None
20 municipal entity, CHIEF CHARLIE        Time: None
   BECK, COMMANDER ANDREW                 Ctrm: Hon. John Kronstadt
21 SMITH, CAPT. JEFF BERT, and
   DOES 1-10 inclusive,                   Action filed January 12, 2016
22
                           DEFENDANTS.
23

24
25
26
27
28

1  Colleen Flynn, SBN 234281
   Law Office of Colleen Flynn
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
3  (t) 213 252-9444
   (f) 213 252-0091
4  (e) cflynn@yahoo.com

5  Matthew Strugar, SBN 232951
   Law Office of Matthew Strugar
6  2108 Cove Avenue
   Los Angeles, CA 90039
7  (t) 323 696-2299
   (e) matthewstrugar@gmail.com
8

9  Rachel Steinback   SBN 310700
   Law Office of Rachel Steinback
10 Post Office Box 291253
   Los Angeles, CA 90029
11
   (t) 213 537 5370
12 (e) steinbacklaw@gmail.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order re Joint Report re Settlement Conference and Request To Stay Proceedings for 45 Days

On June 30, 2017, the parties appeared before the Honorable Jay Ghandi for a settlement conference in the above-captioned action. The parties did not reach a settlement; however, after discussing the progress of the negotiations with the Court, the parties agreed to appear at a second settlement conference with Judge Ghandi within 45 days of the prior conference.

Accordingly, the parties now request that this Court enter an Order staying all case management dates related to discovery served prior to the current July 5 cut-off date, as well as all dates presently set for filing motions and for the designation and completion of expert discovery, for 45 days to allow the parties to engage in a further settlement conference.

The Court finds that there is good cause to grant the requested relief. The current case schedule is stayed and continued for 45 days to complete any outstanding discovery, as well as to designate and complete expert discovery and to file any motions.

No later than August 25, 2017, the parties are to file a joint report with the Court regarding the result of the further settlement conference with Magistrate Judge Ghandi.

Dated: _____       _____
                             UNITED STATES DISTRICT JUDGE

Lodged by:

Law Office of Carol A. Sobel
/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order re Joint Report re Settlement Conference and Request To Stay Proceedings for 45 Days