1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 16-cv-00237-JAK-GJS<br><br>**ORDER RE:**<br>**JOINT REPORT RE**<br>**SETTLEMENT CONFERENCE**<br>**AND REQUEST TO STAY**<br>**PROCEEDINGS FOR 45 DAYS** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On June 30, 2017, the parties appeared before the Honorable Jay Ghandi for a settlement conference in the above-captioned action. The parties did not reach a settlement; however, after discussing the progress of the negotiations with the Court, the parties agreed to appear at a second settlement conference with Judge Ghandi within 45 days of the prior conference.

Accordingly, the parties now request that this Court enter an Order staying all case management dates related to discovery served prior to the current July 5 cut-off date, as well as all dates presently set for filing motions and for the designation and completion of expert discovery, for 45 days to allow the parties to engage in a further settlement conference.

The Court finds that there is good cause to grant the requested relief. Accordingly, the Stipulation is **GRANTED**. The current case schedule is stayed and continued for 45 days to complete any outstanding discovery, as well as to designate and complete expert discovery and to file any motions.

No later than August 25, 2017, the parties are to file a joint report with the Court regarding the result of the further settlement conference with Magistrate Judge Ghandi. To the extent counsel wish to seek a continuance of any dates in the Scheduling Order, a schedule of pretrial and trial dates shall be attached as an exhibit to the joint report. Accordingly, the July 31, 2017 Post Mediation Status Conference is taken off calendar.

Dated: July 31, 2017

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE