MICHAEL N. FEUER, City Attorney (SBN 111529x)
THOMAS H. PETERS, Chief Assistant City Attorney
CORY M. BRENTE, Supervising Assistant City Attorney
GEOFFREY PLOWDEN, Deputy City Attorney (SBN 146602)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Email: geoffrey.plowden@lacity.org
Tel: (213) 978-7038   Fax: (213) 978-8785
Attorneys for Defendants, CITY OF LOS ANGELES, *et al.*

Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t) 310 393-3055;
(e) carolsobel@aol.com

Barrett S. Litt, SBN 45527
KAYE, MCLANE, BEDNARSKI & LITT
234 Colorado Blvd., Suite 230
Pasadena, California 91101
(t) 626 844-7660; (f) 626 844-7670
(e) blitt@kmbllaw.com

Paul Hoffman, SBN 71244
Catherine Sweetser, SBN 271142
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN LLP
11543 W. Olympic Bouelvard
Los Angeles, California 90064
(t) 310 396-0731; (f) 310 399-7040
(e) hoffpaul@aol.com
(e) catherine.sdshh@gmail.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CHARMAINE CHUA, et al., <br><br> PLAINTIFFS, <br><br> vs. <br> CITY OF LOS ANGELES, et al., <br><br> DEFENDANTS. | Case No.: 16-cv-00237-JAK-GJS <br><br> **UPDATED REPORT AND STIPULATION OF THE PARTIES REQUESTING ANOTHER EXTENSION OF THE DATE TO COMPLETE THE COURT ORDERED MEDIATION AND TO REPORT TO COURT** <br><br> HON. JOHN A. KRONSTADT |

1

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(t)  213 252-9444
(f)  213 252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
2108 Cove Avenue
Los Angeles, CA 90039
(t) 323 696-2299
(e) matthewstrugar@gmail.com

Rachel Steinback SBN  310700
STEINBACK LAW
P.O. Box 291253
Los Angeles, CA 90029
t. 213 537 5370
e. steinbacklaw@gmail.com

///

2

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

The parties have attempted to reschedule a second settlement conference with Magistrate Gandhi, after the first settlement conference was conducted on June 30, 2017. The parties had agreed to Wednesday, September 13, 2017, but that date became unavailable to the Court. The parties, due to trial schedules of their counsel, then looked for a date in October, 2017. Judge Gandhi was booked for the entire month. The parties successfully secured a further settlement conference for November 27, 2017.

On November 20, 2017, lead defense counsel for the *Beers* case underwent major surgery. Lead counsel for the defendants in the *Chua* matter became engaged in an unexpected trial. As a result, defendants feel additional time would be fruitful towards a successful mediation.

The parties have contacted Magistrate Gandhi and have selected a tentative new mediation date of **January 24, 2018**.

The parties are discussing settlement and narrowing the issues for trial in the meantime. The parties believe a second session with Judge Gandhi may be fruitful.

Come now the parties with **STIPULATION OF THE PARTIES REQUESTING AN EXTENSION OF THE DATE TO COMPLETE THE COURT ORDERED MEDIATION AND TO REPORT TO THE COURT.**

On September 19, 2016, this court issued at scheduling order (doc. 35) which inter alia set dates but wrote "tbd: last day to participate in a settlement conference/mediation."

On November 9, 2016, this court discussed the possibilities regarding a settlement conference in conjunction with the settlement completion dates in two other cases, a date of March 17, 2017 was designated as a settlement conference/mediation completion date in this case. Due to illness of former defense counsel, the mediation completion date was continued to the end of June, 2017.

On June 30, 2017, the parties participated in a settlement conference. Several issues arose and the court suggested a second session would be fruitful. In the interim, Judge Ghandi spoke with the parties about the settlement discussions. Judge Ghandi became unavailable on the second scheduled date of September 13, 2017, so the parties requested another date. Judge Gandhi, who knows this case well, is booked until mid-late November. The parties have tentatively selected November 27, 2017 as the new settlement conference date.

Based upon the foregoing, the parties do not believe there can be a productive discussion about case resolution prior to January 2018. The parties agree and stipulate that the court may set the date of February 5, 2018 as a date by which the mediation/settlement conference needs to be completed. The parties agree and stipulate the court may set the date of February 27, 2018 as the date by which the parties file a joint report regarding the status of settlement and agree and stipulate the court may set the date of March 11, 2018 or another date suitable for the court, for a status conference post settlement conference.

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Carol A. Sobel, counsel for Plaintiff, concurs in the content of this filing and has authorized this filing.

Dated: November 21, 2017           Michael N. Feuer, City Attorney

                                               /S/ Geoffrey Plowden
Geoffrey Plowden, Deputy City Attorney
*Attorneys for Defendants*

Dated:  November 21, 2017           Kaye, McLane, Bednarski & Litt, LLP
Law Office of Carol A. Sobel
Schonbrun, Seplow, Harris & Hoffman

     /s/ Carol A. Sobel
By: CAROL A. SOBEL
*Attorneys for Plaintiffs*

4