1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.:<br>LA CV16-00237 JAK (GJSx)<br><br>**ORDER RE: STIPULATION OF THE PARTIES REQUESTING AN EXTENSION OF THE DATE TO COMPLETE THE COURT ORDERED MEDIATION AND TO REPORT TO COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court having read and reviewed the **STIPULATION OF THE PARTIES REQUESTING AN EXTENSION OF THE DATE TO COMPLETE THE COURT ORDERED MEDIATION AND TO REPORT TO COURT** makes the following orders:

Good cause having been shown, IT IS HEREBY ORDERED:

1	The Stipulation is GRANTED. The Scheduling Order dated September 19, 2016 and discussion of a settlement process occurring on November 19, 2016 is modified as follows:

The last date by which to complete the mediation/settlement conference is now set for February 5, 2018;

The parties are to file a joint report regarding the status of settlement by February 27, 2018;

The post-mediation status conference is continued to March 12, 2018 at 1:30 p.m.; provided, however, if a notice of settlement is filed prior to that date, the status conference will be taken off calendar. If the matter has not settled by February 27, 2018, the stay in this action will be lifted and the hearing on March 12, 2018 will also include a Scheduling Conference. Consequently, on or before March 2, 2018, the parties shall file an updated, joint report and proposed schedule for pre-trial and trial dates consistent with the Court's Standing Order.

DATE: November 27, 2017  	_____

**JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**

**cc: CJA**

2