**MICHAEL N. FEUER**, City Attorney (SBN 111529x)
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE,** Supervising Assistant City Attorney
**GEOFFREY PLOWDEN**, Deputy City Attorney (SBN 146602)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, CA  90012
Email: geoffrey.plowden@lacity.org
Tel:  (213) 978-7038   Fax:  (213) 978-8785
Attorneys for Defendants, CITY OF LOS ANGELES, ET AL.

Carol A. Sobel, SBN 84483
**LAW OFFICE OF CAROL A. SOBEL**
725 Arizona Avenue, Suite 300
Santa Monica, CA 90401
(t)  310 393-3055;
(e)  carolsobel@aol.com

Barrett S. Litt, SBN 45527
**KAYE, MCLANE, BEDNARSKI & LITT**
234 Colorado Blvd., Suite 230
Pasadena, California 91101
(t)  626 844-7660; (f) 626 844-7670
(e) blitt@kmbllaw.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CHARMAINE CHUA, et al.,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 16-cv-00237-JAK-GJS<br><br>**UPDATED REPORT AND STIPULATION OF THE PARTIES REQUESTING ANOTHER EXTENSION OF THE DATE TO COMPLETE THE COURT ORDERED MEDIATION AND TO REPORT TO COURT**<br><br>**HON. JOHN A. KRONSTADT** |

1

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Previously, the parties to this action and *Charmaine Chua, et al., v. City of Los Angeles, et al.*, CV16-00237 JAK (GJSx) were ordered to a settlement conference with Judge Gandhi. The parties intended to appear for a second session of the conference on January 24, 2018, but DCA Geoffrey Plowden (lead counsel in Chua for the City Defendants) was engaged in a several-week jury trial. The parties to this action anticipate selecting a new date in March, 2018, for the second session of the settlement conference now that Mr. Plowden's trial has concluded.

On the *Patricia Beers* case (CV16-0871), the Court entered the following order (Doc. 61): "The Court has reviewed the parties' Joint Status Report Re: Status of Settlement Negotiations. Dkt. 60. The Court takes the February 26, 2018 Post Mediation Status Conference off calendar. Counsel shall file an updated joint status report no later than March 26, 2018. The report shall not disclose the substantive contents of any settlement discussions but rather whether the parties have exhausted all settlement discussions and/or whether a further session with Judge Gandhi was held. The Court will reschedule the Post Mediation Status Conference with the hearing on any motion that is filed by March 2, 2018."

The parties in this action (*Chua*) intended to have the *Beers* Status Report (Doc. 60) serve a joint report in this action. The parties respectfully request the Court enter the same order in this action.

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Carol A. Sobel, counsel for Plaintiff, concurs in the content of this filing and has authorized this filing.

3

| | | |
|---|---|---|
| Dated: February 23, 2018 | | Michael N. Feuer, City Attorney |

          /S/ Geoffrey Plowden
Geoffrey Plowden, Deputy City Attorney
**Attorneys for Defendants**

Dated:  February 23, 2018       Kaye, McLane, Bednarski & Litt, LLP
Law Office of Carol A. Sobel
Schonbrun, Seplow, Harris & Hoffman

  /s/ Carol A. Sobel
By: CAROL A. SOBEL
**Attorneys for Plaintiffs**

4