| | |
|---|---|
| 1 | Carol A. Sobel, SBN 84483 |
| | LAW OFFICE OF CAROL A. SOBEL |
| 2 | 725 Arizona Avenue, Suite 300 |
| | Santa Monica, CA 90401 |
| 3 | (t) 310 393-3055 |
| | (e) carolsobel@aol.com |
| 4 | |
| 5 | Paul Hoffman, SBN 71244 |
| | Catherine Sweetser, SBN 271142 |
| 6 | SCHONBRUN, SEPLOW, HARRIS & HOFFMAN LLP |
| | 11543 W. Olympic Boulevard |
| 7 | Los Angeles, California 90064 |
| | (t) 310 396-0731; (f) 310 399-7040 |
| 8 | (e) hoffpaul@aol.com |
| | (e) catherine.sdshh@gmail.com |

Barrett S. Litt, SBN 45527
KAYE, MCLANE, BEDNARSKI & LITT
234 Colorado Blvd., Suite 230
Pasadena, California 91101
(t) 626 844-7660; (f) 626 844-7670
(e) blitt@kmbllaw.com

Attorneys for Plaintiffs
Additional Counsel on Following Page

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1-10 inclusive,<br><br>DEFENDANTS. | Case No.: 16-cv-00237-JAK-GJS<br><br>**JOINT STATUS REPORT OF SETTLEMENT AND PROPOSED REVISED SCHEDULING DATES**<br><br>Date: None<br>Time: None<br>Ctrm: Hon. John Kronstadt<br><br>Action filed January 12, 2016 |

1  Colleen Flynn, SBN 234281
   Law Office of Colleen Flynn
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
3  (t) 213 252-9444
   (f) 213 252-0091
4  (e) cflynn@yahoo.com

5  Matthew Strugar, SBN 232951
   Law Office of Matthew Strugar
6  2108 Cove Avenue
   Los Angeles, CA 90039
7  (t) 323 696-2299
   (e) matthewstrugar@gmail.com
8

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties previously informed the Court that they participated in a settlement conference with Magistrate Judge Gandhi, but did not reach a settlement. Subsequently, they scheduled a further settlement conference, but had to cancel the date because several counsel were in trial and could not attend. The parties then attempted to schedule a further settlement conference with Judge Gandhi before he left the bench to become a private mediator, but there were no available dates.

Plaintiffs' counsel then contacted the private mediation service and obtained available dates for a further mediation. The parties selected May 23, 2018; however, Judge Gandhi's office cancelled the mediation last week because of a family emergency. The parties have now agreed to a further mediation with Judge Gandhi on June 20, 2018. Counsel for the parties have conferred and still believe that settlement is possible in this matter.

In response to the Court's most recent order to provide new scheduling dates, the parties propose the following timeline:

| Date | Event |
|---|---|
| November 27, 2018 | JuryTrial |
| November 13, 2018 | Final PTC, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| October 29, 2018 | Last day to file pre-trial documents |
| October 15, 2018 | Anticipated ruling on all motions |
| September 24, 2018 | Last day to hear motions (including discovery motions) |
| July 16, 2018 | Last day to amend/add additional parties |

| | | |
|---|---|---|
| 1 | July 16, 2018 | Last day to file motions (including all discovery motions) |
| 3 | July 16, 2018 | Expert discovery cut-off |
| 4 | July 2, 2018 | Rebuttal expert disclosures |
| 5 | June 18, 2018 | Initial expert disclosures |

Dated: May 25, 2018     Respectfully submitted,

Law Office of Carol A. Sobel

/s/ Carol A. Sobel
By: CAROL A. SOBEL
Attorneys for Plaintiffs

Dated: May 25, 2018     Michael N. Feuer, City Attorney
Thomas J. Peters, Chief Asst. City Attorney
Cory M. Brente, Supv. Asst. City Attorney
Geoffrey Plowden, Dep. City Attorney

   /s/   Geoffrey Plowden
By: GEOFFREY PLOWDEN
Attorneys for Defendants