Morgan Ricketts (Bar No. 268892)
**RICKETTS LAW**
540 El Dorado Street #202
Pasadena CA 91101
Telephone: (213) 995-3935
Facsimile: (213) 995-3963
Email: morgan@rickettsandyang.com
Attorneys for Plaintiff Patricia Beers

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BEERS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LOS ANGELES, a municipal entity; LOS ANGELES CHIEF OF POLICE CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, OFFICER GARCIA (#33024), and DOES 1-20, inclusive,<br><br>  Defendants. | Case No.: 2:17-CV-8781 JAK (GJS)<br><br>*Hon. John A. Kronstadt*<br>*Magistrate Judge Gail J. Standish*<br><br>**DECLARATION OF PLAINTIFF'S COUNSEL** |

1

DECLARATION OF PLAINTIFF'S COUNSEL

## DECLARATION OF COUNSEL

I, Morgan Ricketts, counsel in this matter for Plaintiff Patricia Beers, make the following declaration pursuant to this Court's minute order of June 12, 2018:

1. On May 8, 2018, I received the Notice of Electronic Filing of Document 64 setting a Scheduling Conference for June 4, 2018, and reviewed it. My normal practice would be to immediately handwrite the relevant dates into my paper calendar, but in this instance I did not record the Scheduling Conference date. I do not know why I failed to do that in this instance.

2. I filed the parties' Joint Report on May 25, 2018, as ordered, but did not review my calendar at that time to make sure that the June 4 date was correctly recorded. From June 2 through June 4, I had family visiting from out of state and staying with me, which consumed much of my time and attention for those days. In addition, June 5 was my deadline to file an Opposition to MSJ in another federal case (2:17-CV-02835-CBM-JC) in which the parties have filed cross-MSJ motions on a number of complex constitutional issues, and so from several days before the Joint Report was due and continuing to today, my attention has been largely devoted to those MSJs. I believe I would have independently thought to check on the hearing date had I not had so many other things going on at the time. I sincerely apologize to the Court and to defense counsel for the inconvenience.

3.     Defense counsel alerted me to my non-appearance later the same day, June 4, and mentioned that there would be an order coming.  On June 8, I emailed defense counsel stating I had not seen the order yet and asking what had happened at the conference.  I did not receive any response.  This morning when I checked my email, I saw the notice of case activity in this matter and read the Court's order directing me to file this declaration by June 11.  That notification was emailed to me at 7:43 a.m. today, June 12.  I do not know whether the June 11 date was a typographical error or if there is some unexplained delay in my receipt of the email notification.

I make the above declaration under penalty of perjury of the laws of the United States.

DATED: June 12, 2018

By:   /s Morgan Ricketts
        Morgan Ricketts
        Attorney for Plaintiff Patricia Beers

3

DECLARATION OF PLAINTIFF'S COUNSEL