Morgan Ricketts (Bar No. 268892)
**RICKETTS LAW**
540 El Dorado Street #202
Pasadena CA 91101
Telephone:   (213) 995-3935
Facsimile:    (213) 995-3963
Email:  morgan@rickettsandyang.com

Attorneys for Plaintiff Patricia Beers

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BEERS, | Case No.: 2:16-CV-0237 |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT OF ENTIRE "CONSOLIDATED CASE" (ALL CLAIMS BY PLAINTIFF PATRICIA BEERS)** |
| CITY OF LOS ANGELES, a municipal entity; LOS ANGELES CHIEF OF POLICE CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, OFFICER GARCIA (#33024), and DOES 1-20, inclusive, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Patricia Beers has reached a settlement with all defendants against whom she has filed claims. The terms of this settlement include a payment to be made to Plaintiff, which counsel for Defendants anticipates may take thirty (30) days or more. Upon receipt of that payment, Plaintiff will submit a stipulation of dismissal with prejudice of all claims to counsel for all parties.

DATED: June 21, 2018

By: /s Morgan Ricketts
Morgan Ricketts
Attorney for Plaintiff Patricia Beers