# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE CHARMAINE CHUA, et al., (ALL CASES) | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | LA CV16-00237 JAK (GJSx) |
| v. | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 10-07 and/or the Court's Case Management Order as indicated:

| 06/21/2018 | / | 93 | / | Notice of Settlement |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
|  | / |  | / |  |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing.
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☒ Other : The Notice fails to comply with the Court's Order (Dkt. 88) with respect to the caption page. As a courtesy, Plaintiff's counsel was instructed that any future document that failed to comply with the Order would be stricken. Dkt. 92. Accordingly, the Notice is stricken. Plaintiff shall refile the Notice with the proper caption no later than June 25, 2018.

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 10-07 and applicable forms.

Dated: June 22, 2018

By: *[signature]*
U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*