1

Morgan Ricketts (Bar No. 268892)
**RICKETTS LAW**

2

540 El Dorado Street #202

3

Pasadena CA 91101

4

Telephone:   (213) 995-3935
Facsimile:    (213) 995-3963

5

Email:  morgan@rickettsandyang.com

6

7

Attorneys for Plaintiff Patricia Beers

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10

11

CHARMAINE CHUA, TORIE

12

RIVERA, LYDIA HICKS, and KYLE
TODD, individually and on behalf of a

13

class of similarly situated persons, and
the NATIONAL LAWYERS'

14

GUILD,

15

16

Plaintiffs,

17

v.

18

CITY OF LOS ANGELES, a

19

municipal entity; CHIEF CHARLIE
BECK, COMMANDER ANDREW

20

SMITH, CAPTAIN JEFF BERT, and

21

DOES 1-10, inclusive,

22

Defendants.

23

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  2:16-CV-00237

**NOTICE OF SETTLEMENT OF
ENTIRE "CONSOLIDATED
CASE" (ALL CLAIMS BY
PLAINTIFF PATRICIA BEERS)**

24

25

26

27

28

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

**RECORD:**

Plaintiff Patricia Beers has reached a settlement with all defendants against whom she has filed claims.  The terms of this settlement include a payment to be made to Plaintiff, which counsel for Defendants anticipates may take thirty (30) days or more.  Upon receipt of that payment, Plaintiff will submit a stipulation of dismissal with prejudice of all claims to counsel for all parties.

DATED: July 2, 2018

By:     /s Morgan Ricketts
        Morgan Ricketts
        Attorney for Plaintiff Patricia Beers

2

NOTICE OF SETTLEMENT