Morgan Ricketts (Bar No. 268892)
**RICKETTS LAW**
540 El Dorado Street #202
Pasadena CA 91101
Telephone:   (213) 995-3935
Facsimile:     (213) 995-3963
Email:  morgan@rickettsandyang.com

Attorneys for Plaintiff Patricia Beers

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Charmaine Chua, et al., | Lead Case No. LA CV16-00237 JAK (GJSx) |
| PATRICIA BEERS, | Consolidated Case No. LA CV16-08781 JAK (GJSx) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT OF ENTIRE "CONSOLIDATED CASE" (ALL CLAIMS BY PLAINTIFF PATRICIA BEERS)** |
| CITY OF LOS ANGELES, a municipal entity; CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, OFFICER GARCIA (#33024) and DOES 1-20, inclusive, | |
| Defendants. | |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Patricia Beers has reached a settlement with all defendants against whom she has filed claims.  The terms of this settlement include a payment to be made to Plaintiff, which counsel for Defendants anticipates may take thirty (30) days or more.  Upon receipt of that payment, Plaintiff will submit a stipulation of dismissal with prejudice of all claims to counsel for all parties.

DATED: July 10, 2018

By:     /s Morgan Ricketts
        Morgan Ricketts
        Attorney for Plaintiff Patricia Beers

2

NOTICE OF SETTLEMENT

DEMAND FOR JURY TRIAL