1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: Charmaine Chua, et al.,<br><br>PATRICIA BEERS,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPTAIN JEFF BERT, OFFICER GARCIA (#33024) and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Lead Case No. LA CV16-00237 JAK (GJSx)<br><br>Consolidated Case No. LA CV16-08781 JAK (GJSx)<br><br>**ORDER RE STIPULATION OF DISMISSAL OF "CONSOLIDATED CASE" WITH PREJUDICE**<br><br>**JS-6: Case LA CV16-08781 JAK (GJSx) Only** |

1

Good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is **GRANTED**. The above-captioned Consolidated Case against Defendants City of Los Angeles, Chief Charlie Beck, Commander Andrew Smith, Captain Jeff Bert, and Officer Garcia are **DISMISSED** with prejudice. Each side is to bear their own costs and attorneys' fees with respect to the Consolidated Case only.

IT IS SO ORDERED.

Dated: August 20, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE