1
2
3
4
5

Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Ste. 300
Santa Monica, CA 90401
(t)  310 393-3055;
(e)  carolsobel@aol.com

6
7
8
9
10
11
12
13
14
15
16

Paul Hoffman, SBN 71244
Catherine Sweetser, SBN 271142
SCHONBRUN, SEPLOW, HARRIS &
HOFFMAN LLP
11543 W. Olympic Blvd.
t. 310-393-3055
Los Angeles, CA  90064
(t) 310 396-0731 (f)  310 399-7040
(e)  hoffpaul@aol.com
(e)  catherine.sdshh@gmail.com

Attorneys for Plaintiffs
Additional Counsel on Following
Page

Barrett S. Litt, SBN 45527
KAYE, MCLANE, BEDNARSKI
& LITT
234 Colorado Blvd., Ste. 230
Pasadena, California 91101
(t)  626 844-7660; (f) 626
844-7670
(e) blitt@kmbllaw.com

17
18
19
20
21

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

22
23
24
25
26
27
28

| CHARMAINE CHUA, et al.,<br><br>PLAINTIFFS,<br><br>vs.<br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | Case No.: 16-cv-00237-JAK-GJS<br><br>JOINT REPORT RE SETTLEMENT AND REQUEST TO VACATE AND RESET SCHEDULING DATES<br><br>**TRIAL DATE**<br>**DATE: NONE**<br>**TIME: NONE.**<br>**CTRM: 10B, 1ST STREET** |
|---|---|

Colleen Flynn, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(t)  213 252-9444
(f)  213 252-0091
(e) cflynn@yahoo.com

Matthew Strugar, SBN 232951
LAW OFFICE OF MATTHEW STRUGAR
2108 Cove Avenue
Los Angeles, CA 90039
(t) 323 696-2299
(e) matthewstrugar@gmail.com

Michael N. Feuer, City Attorney (SBN 111529)
Thomas H. Peters, Chief Asst. City Attorney
Cory M. Brente, Supervising Asst. City Attorney
Geoffrey Plowden, Deputy City Attorney (SBN 144602)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, CA  90012
Email: geoffrey.plowden@lacity.org
Tel:  (213) 978-7038   Fax:  (213) 978-8785

1    The parties engaged in extensive settlement discussions with
2  former Magistrate Judge Gandhi but were unable to reach agreement on
3  a resolution of the case.  Accordingly, the parties now are prepared to
4  move forward with a trial in this matter.

5    Since the conclusion of the settlement process, the parties have
6  engaged in multiple discussions regarding the issues to be addressed
7  going forward.  As a preliminary matter, the parties have agreed to a
8  protective order for the production of arrest and booking records by the
9  City for the 6th and Hope class members.  The records were previously
10 requested in discovery by Plaintiffs and were the subject of a meet and
11 confer process with the prior Deputy City Attorney assigned to this case.
12 Plaintiffs held off compelling disclosure while settlement discussions
13 were taking place.

14    The records are necessary for review by Plaintiffs' expert to prepare
15 his report.  Because the City requires some time to compile the records,
16 the parties request that the Court reset the date for exchange of expert
17 reports to October 15, 2018.  There is currently no trial date in this case,
18 so there is no prejudice to the Court in permitting this extension.

19    The parties also conferred on matters relating to the conduct of a
20 trial in this instance, including, among other issues, the possible
21 bifurcation of liability and damages.  The parties believe that the
22 discussions are productive.  Accordingly, the parties request that the
23 Court permit time to complete the discussions and submit a report to the
24 Court with the results of their discussions, including points of agreement
25 and disagreement, in advance of a renewed scheduling conference with
26 the Court.

27    The parties believe that they can complete their discussions and
28 submit a further Joint Status Report to the Court no later than

1

1 September 24, 2018.  Accordingly, the parties request that the Court

2 issue an order, directing the parties to file a Joint Status Report with the

3 Court no later than September 24, 2018 and that the Court set a

4 scheduling conference thereafter.

5

6

7 Dated:  September 6, 2018          Respectfully submitted,

8

9                                                    Kaye, McLane, Bednarski & Litt, LLP
                                                      Law Office of Carol A. Sobel
10                                                  Schonbrun, Seplow, Harris & Hoffman
11                                                  Law Office of Colleen Flynn
                                                      Law Office of Matthew Strugar
12

13                                                  /s/ Carol A. Sobel
14                                                  By: CAROL A. SOBEL
                                                      Attorneys for Plaintiffs
15

16 Dated: September  6, 2018          Michael N. Feuer, City Attorney
17                                                  Thomas Peters,Chief AsstCity Attorney
                                                      Cory M. Brente, Asst. Supv. City Attorney
18                                                  Geoffrey Plowden, Dep. City Attorney
19

20                                                     /s   Geoffrey Plowden
                                                      By: GEOFFREY PLOWDEN
21                                                  Attorneys for Defendants

22

23

24

25

26

27

28

2