UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV16-00237 JAK (GJSx) | Date | September 24, 2018 |
| Title | Charmaine Chua, et al. v. City of Los Angeles, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE JOINT TRIAL REPORT (DKT. 106);**

**REPORT OF SETTLEMENT STATUS (DKT. 104); AND**

**ORDER SETTING PRETRIAL AND TRIAL DATES**

On September 6, 2018, the parties filed a Joint Report re Settlement and Request to Vacate and Reset Scheduling Dates (the "Joint Request to Reset Expert Report Exchange Date"). Dkt. 104. On September 14, 2018, an Order was issued requiring the parties to file a Joint Trial Report. Dkt. 106. They did so on September 19, 2018. Dkt. 107.

Based on a review of the Joint Request to Reset Expert Report Exchange Date and the Joint Trial Report, and because this action has been pending for more than 33 months, and the Order on the Motion for Class Certification (Dkt. 50) was issued 16 months ago, the following schedule is adopted:

October 15, 2018: Exchange Expert Reports

October 22, 2018: Last day for counsel to meet and confer to determine whether they can agree in whole or in part as to any or all of the following: (i) Plaintiffs' request to present claims of alleged general damages on a classwide basis at the trial of the corresponding claims for liability; (ii) a proposed trial plan for the presentation of evidence by Plaintiffs on a classwide basis as to such alleged damages, and any responsive evidence by Defendants; and (iii) a proposed trial plan for the presentation of evidence by Plaintiffs on a classwide basis as to alleged liability and corresponding statutory damages, and any responsive evidence by Defendants.

October 29, 2018: Complete Expert Discovery

November 5, 2018: If the parties have reached an agreement as to some or all of the foregoing during the meet and confer process, last day to file a proposed stipulation and order with respect to any such agreement. To the extent disputes remain following the completion of the aforementioned meet and confer process, last date for Plaintiffs to file a motion ("Motion") for leave to present claims of alleged general damages on a classwide basis at trial of the corresponding claims for liability, which shall

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV16-00237 JAK (GJSx) | Date | September 24, 2018 |
|---|---|---|---|
| Title | Charmaine Chua, et al. v. City of Los Angeles, et al. | | |

include a proposed trial plan for the presentation of evidence as to such alleged damages. Last day for Plaintiffs to file a proposed trial plan for the presentation of evidence on a classwide basis as to alleged liability and corresponding statutory damages.

November 19, 2018: Last day for Defendants to file any opposition to the Motion. Last day for Defendants to file any response to each of the proposed trial plans filed by Plaintiffs on November 5, 2018.

December 3, 2018: Last day for Plaintiffs to file any reply in support of the Motion. Last day for Plaintiffs to file any reply in support each of the proposed trial plans filed on November 5, 2018.

January 14, 2019 at 8:30 am: Hearing on Motion and status conference on trial plans.

March 4, 2019 at 3:00 pm: Final Pre-Trial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine

March 19, 2019 at 9:00 am: Jury Trial

The trial estimate will be made at the Final Pretrial Conference. Counsel shall adhere to the Court's Standing Order with respect to the preparation of all trial documents.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |