MICHAEL N. FEUER, City Attorney (111529x)
THOMAS H. PETERS, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney
GEOFFREY PLOWDEN, Deputy City Attorney (SBN146602)
200 North Main Street, Room 600 City Hall East
Los Angeles, CA  90012
email: geoffrey.plowden@lacity.org
Phone:  (213) 978-7038 - Fax:  (213) 978-8785
Attorneys for Defendants CITY OF LOS ANGELES, *et al.,*

Carol A. Sobel, SBN 84483
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, CA  90403
(t) 310-393-3055; (f) 310-399-1854
(e) carolsobel@aol.com
Attorneys for Plaintiffs, CHARMAINE CHUA, *et al.*

**DISCOVERY MATTER**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, *et al.,*<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, *et al.,*<br><br>Defendants. | Case No.: 16-cv-00237-JAK (GJSx)<br><br>**STIPULATION FOR PROTECTIVE ORDER;** [PROPOSED] ORDER<br><br>U.S. Magistrate Judge<br>Gail J. Standish |

Whereas plaintiffs have propounded a request for production of documents upon defendants pertaining to official and confidential information, contained in documents maintained by the Los Angeles Police Department, and whereas the parties having met and conferred with each other and the Court, and stipulated to the following terms and conditions, the Court hereby orders as follows:

1.  Defendants may designate as confidential any document or writing that they, in good faith, believe contains information of a privileged, confidential, private or sensitive nature, by affixing to such document or writing a legend, such as

///

"Confidential." "Confidential Documents," "Confidential Material," "Subject to Protective Order" or words of similar effect. Documents and writings so designated, and all information derived therefrom (hereinafter, collectively referred to as "Confidential Information"), shall be treated in accordance with the terms of this stipulation.

2. If Plaintiff's s counsel believes that any document, writing or information that has been designated by Defendants as Confidential (or an equivalent designation) does not warrant that designation Plaintiffs counsel will advise Defendants' counsel. The parties will attempt in good faith to resolve the question of whether the designation is warranted. If the parties are unable to resolve the matter informally, the disagreement will be resolved by the Magistrate Judge (or District Judge, if appropriate). Notwithstanding Plaintiffs counsel belief that a document, writing or information that has been designated by Defendants as Confidential (or an equivalent designation) does not warrant that designation, Plaintiffs counsel will continue to treat it as such in accordance with the terms of this Protective Order unless and until the parties agree otherwise or the Court so determines.

3. Confidential Information may be used by the persons receiving such information only for the purpose of this litigation.

4. Subject to the further conditions imposed by this stipulation, Confidential Information may be disclosed only to the following persons:

(a) Counsel for the parties, parties, and to experts, investigators, paralegal assistants, office clerks, secretaries and other such personnel working under their supervision;

(b) Such other parties as may be agreed by written stipulation among the parties hereto.

5. Prior to contacting any person identified as a witness or suspect in the Confidential Information, excluding the plaintiff in this action, the party intending to contact this person will first notify counsel for Defendant City of Los Angeles, who will

///

///

then advise the Los Angeles Police Department. The party requesting to contact any person identified as a witness or suspect in the Confidential Information will be notified within five working days of their request of the Department's position, if any, and if the Department objects to the party contacting this person, the parties agree they will not contact the person without Court order allowing them to do so.

6. Prior to the disclosure of any Confidential Information to any person described in paragraph 3(a) or 3(b), counsel for the party that has received and seeks to use or disclose such Confidential Information shall first provide any such person with a copy of this stipulation, and shall cause him or her to execute, on a second copy which counsel shall thereafter serve on the other party the following acknowledgment:

> "I understand that I am being given access to Confidential Information pursuant to the foregoing stipulation and order. I have read the Order and agree to be bound by its terms with respect to the handling, use and disclosure of such Confidential Information.
> Dated: _____/s/_____"

7. Upon the final termination of this litigation, including any appeal pertaining thereto, all Confidential Information and all copies thereof shall be returned to the Defendant City of Los Angeles through the City Attorney's Office. All Confidential Information disclosed to any person or party pursuant to any provision hereof also shall be returned to the Defendants.

8. If any party who receives Confidential Information receives a subpoena or other request seeking Confidential Information, he, she or it shall immediately give written notice to the Defendants' counsel, identifying the Confidential Information sought and the time in which production or other disclosure is required, and shall object to the request or subpoena on the grounds of this stipulation so as to afford the Defendants an opportunity to obtain an order barring production or other disclosure, or to otherwise respond to the subpoena or other request for production or disclosure of

///

1  Confidential Material. Other than objecting on the grounds of this stipulation, no party
2  shall be obligated to seek an order barring production of Confidential Information, which
3  obligation shall be borne by the Defendants. However, in no event should production
4  or disclosure be made without written approval by the Defendants' counsel unless
5  required by court order arising from a motion to compel production or disclosure of
6  Confidential Information,

7      9.    Any pleadings, motions, briefs, declarations, stipulations, exhibits or
8  other written submissions to the Court in this litigation which contain, reflect,
9  incorporate or refer to Confidential Information shall be filed and maintained under seal.

10      10.    Counsel for the parties hereto agree that any motions, applications
11  or other pre-trial proceedings which entail the discussion or disclosure of Confidential
12  Information be heard by the Court outside the presence of the jury or potential jurors,
13  unless having heard from counsel, the Court orders otherwise. Counsel for the parties
14  further agree that during any portion of the trial of this action which could entail the
15  discussion or disclosure of Confidential Information, access to the courtroom be limited
16  to parties, their counsel and other designated representative, experts or consultants who
17  agree to be bound by this stipulation, and court personnel, unless having heard from
    counsel, the Court orders otherwise.

18      11.    Nothing herein shall prejudice any party's rights to object to the
19  introduction of any Confidential Information into evidence, on grounds including but
20  not limited to relevance and privilege.

21      12.    This Protective Order survives settlement, trial and/or appeal.
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1      13.     This Stipulation may be signed in parts and may be transmitted by
2  facsimile as if it was the original document.
3            *IT IS SO STIPULATED:*

5  DATED: SEPT. 27, 2018
6                    Kaye, McLane, Bednarski & Litt, LLP
                     Law Office of Carol A. Sobel
7                    Schonbrun, Seplow, Harris & Hoffman
8                    Law Office of Colleen Flynn
                     Law Office of Matthew Strugar
9
10                   /s/   *Carol A. Sobel*
11                   By: CAROL A. SOBEL
                     Attorneys for Plaintiffs
12
13  Dated: SEPT. 27, 2018    Michael N. Feuer, City Attorney
14                           Thomas Peters, Chief Asst. City Attorney
                             Cory M. Brente, Asst. Supv. City Attorney
15                           Geoffrey Plowden, Dep. City Attorney
16
17                           /s/    *Geoffrey Plowden*
                             By: GEOFFREY PLOWDEN
18                           Attorneys for Defendants