**Exhibit A Pt.4(b)**

**8.** On Tuesday, 11 April 2017 at 9:00 a.m. in Helena at the federal courthouse, in courtroom #314, Magistrate Judge Joe J. Volpe will hold a hearing.  He will consider the joint final claims report.  Any potential class member whose timely written claim was rejected, and who timely asked for reconsideration in writing, may appear and be heard.  The Court also authorizes Judge Volpe to equitably toll the deadline for objecting to exclusion from the settlement proceeds, № 52-1, § VIII, ¶ 4, for good cause.  Any rejected claimant who made a timely written claim, appears at the April 11th hearing, and shows good cause for making a belated challenge to exclusion should also be heard.  The hearing does not, however, reopen the claim period.  That period lasted approximately three months, which was plenty of time.  Judge Volpe may not receive or consider previously unmade claims—that would be unfair to all the people who followed the Court-approved procedure, responded to the adequate notices, and made timely claims.  Instead, the hearing is solely to consider the evidence (existing or new) about any rejected claimant who appears and seeks reconsideration.  The parties should come to the hearing prepared with all available records and information about all rejected claims.  Judge Volpe may enter any Order

needed between now and the hearing to accomplish the hearing's objective.

**9.** By 17 March 2017, the parties must mail a copy of this Order to all potential class members who made claims (approved or rejected) or whose mailing address is otherwise known.

**10.** The Court adopts the following schedule:

- Order mailed to claimants       17 March 2017

- Thomas affidavit filed       31 March 2017

- Joint final claims report filed       31 March 2017

- Joint report on side agreements filed       31 March 2017

- Joint pre-hearing information sheet, listing exhibits and witnesses, filed       6 April 2017

- Claims-exclusion hearing in Helena, federal courthouse, courtroom #314 at 9:00 a.m.       11 April 2017

- Attorney's fee petition filed       14 April 2017

- Renewed joint motion for final settlement approval filed       19 April 2017

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

10 March 2017

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**DONTEL THOMAS and
DALTON JACKSON, on
behalf of Themselves and all Others
Similarly Situated**                                         **PLAINTIFFS**

v.                              No. 2:15-cv-95-DPM

**NEAL BYRD, in his Official Capacity;
JOHN THOMAS, individually and in his
official capacity as an employee of City of
Helena-West Helena; and SENTENCING
OPTIONS SPECIALISTS, INC.**                          **DEFENDANTS**

## ORDER

**1.** The Court adopts Magistrate Judge Volpe's recommendation. The
Court resolves the claims objections and late claim as follows:

- Darren Buckner's claim is excluded as untimely. It was received
several months late, and it involved events in 2005, which are
outside the scope of this lawsuit.

- Staten and Winfield are added to the class. They both filed timely
written objections saying that they were denied a first appearance
during the class period. The existing records, which are incomplete
and imperfect, don't disprove their claims.

- Brown, Jackson, and Webster are added to the class. The Court
equitably tolls the objection deadline for them, because they showed
up at the claims-exclusion hearing and objected in person. Webster
and Jackson said they were denied first appearances. Here again, the
patchy records don't disprove these claims. And in Brown's case,
the documents prove he qualifies for the class.

- Harvey is added to the class based on extraordinary circumstances. He qualifies as a class member, but missed notice because he had moved; he contacted class counsel on the last day of the claim period, but had no way to file a claim by fax or email that day. He took all the right steps as soon as he reasonably could. And he appeared at the claims exclusion hearing. In these extraordinary circumstances, the Court modifies its prior Order, № 61 at 2 & 6, reopens the claims period for Harvey, and includes him in the settlement class. This step will slightly reduce other class members' *pro rata* share, but it's fair in the compelling circumstances presented.

2. The Court grants, as modified, the joint motion to approve the settlement agreement, № 79. With an exception previously noted, the proposed settlement agreement, № 52-1, is approved as fair, reasonable, and adequate. *In re Flight Transportation Corp. Securities Litigation*, 730 F.2d 1128, 1135 (8th Cir. 1984). The settlement fund pays several thousand dollars in compensatory damages to each approved class member, class counsel's litigation fees and expenses, and the class representative's service awards. Only one class member opted out, and he did so to pursue a similar claim and an unrelated claim in a lawsuit on his own. All material circumstances considered, the settlement fund appropriately covers these amounts. The side agreement, № 79-2, is likewise approved. (There is one agreement, not two. *Compare* № 61 at 3.) The side agreement is not self dealing, it's a fair resolution of the related-litigation issues unique to Dontel Thomas, Dalton

Jackson, Alexander J. (A.J.) Culler and Lakevis King. (The final claims chart, № 79-1, needs to be updated to show that Culler and King are in the class.)

The exception. The Court remains concerned about the proposed *cy pres* distribution of any unclaimed funds. № 52-1 at 14; 61 at ¶ 7. Any remaining funds must be distributed equally among all class members—as long as it's cost effective to do so. *In re Bankamerica Corp. Securities Litigation*, 775 F.3d 1060, 1064 (8th Cir. 2015). If distribution to class members is impractical, then the Court must address the fit between the International Trust for the Humanities and this case. No *cy pres* distribution may be made until this is done. *Ibid.*

3. The Court grants the requested injunctive relief against the City of Helena-West Helena and Phillips County. № 52-1 at 11. The Court enjoins the City, the County, and all their officials, agents, officers, employees, as follows:

> The City and County shall comply with the law in providing timely Arkansas Rule of Criminal Procedure 8 hearings. The City and the County must comply with the law in conducting the proper inquiry into individuals' ability to pay and in appointing adequate representation where appropriate before jailing individuals for failure to pay monies owed to the city or the county. The City and County shall not continue to incarcerate any individual who has not received a timely post-arrest hearing.

-3-

The City and County shall not take by action to collect any unpaid fines or costs due from *Thomas v. Byrd* settlement class members as a result of the underlying arrest.

**4.** In addition to getting a member's share of the settlement fund, Jackson and Thomas are entitled to a reasonable service fee for acting as class representatives. Being the public face for the case cost them time and was a burden in other ways, as documented in Jackson's hearing testimony and Thomas's post-hearing affidavit. All material things considered, though, the amounts requested for their services are too much. The Court awards Jackson $15,000 and Thomas $6,000.

**5.** Class counsel deserves to be paid for much good work. The billing records are somewhat jumbled, but they're good enough in the circumstances. Class counsel seeks a $75,000 fee, which is more than one-third of the total common fund. It's also the maximum that counsel said, at the fairness hearing, he would seek. Considering the size of the fund, the class, and the work counsel already did (and was paid for) in the *Covington* case on this same issue, $75,000 is a little too much. The sometimes-favored "percentage of the fund" method doesn't fit this case well. *Compare Petrovic v. Amoco Oil Company*, 200 F.3d 1140, 1157 (8th Cir. 1999), *with Johnston v. Comerica*

*Mortgage Corporation*, 83 F.3d 241, 244–47 (8th Cir. 1996).  The lodestar method best captures the reasonable compensation, in light of all the circumstances, for class counsel's time and effort.  42 U.S.C. § 1988(b); *Blanchard v. Bergeron*, 489 U.S. 87, 93 (1989).

Class counsel's requested hourly rates are too high.  The Court recently approved certain rates for the same kind of work in *Covington*, and will use them here:  Luther Sutter—$300;  Lucien Gillham—$250;  and Tona Demers—$225.  Using these rates, the time actually spent would produce an even higher fee than counsel has requested.  But the Court reduces the amount of time awarded—without addressing specific problems in the billing—because of the groundwork laid in *Covington*.  *Hensley v. Eckerhart*, 461 U.S. 424, 433–34 (1983); *United Healthcare Corporation v. American Trade Insurance Company LTD*, 88 F.3d 563, 574 n.9 (8th Cir. 1996).  It was reasonable for Luther Sutter to spend 150 hours working on the case, for Tona Demers to spend 25 hours, and for Lucien Gillham to spend 25 hours.  The Court has reduced the time total by 82 hours.  The Court doesn't doubt these hours were spent, but they aren't reasonably billed against the common fund in the circumstances.  The total fee award is $56,875.

The Court approves the unopposed request for expenses of $6,877.60. These were paid out of pocket, and were reasonable expenses for this case. Most of the expenses were for an experienced paralegal. The tank of airplane fuel is out of the ordinary, but it's a wash with the saved travel time. All said, the award to class counsel for fees and expenses is $63,752.60. Subtracting this and the class representative fees, the settlement fund has $125,247.40 remaining to divide between the 31 approved class members.

\* \* \*

Magistrate Judge Volpe's recommendation, № 73, is adopted, with thanks. The joint motion to approve the settlement agreement, № 79, is granted as modified. Any *cy pres* distribution will abide further Order. The motion for attorney's fees and costs, № 74, is mostly granted and partly denied: attorney's fees and expenses of $63,752.60 are awarded out of the common fund to class counsel. Dalton Jackson is awarded $15,000 as a service fee; Dontel Thomas is awarded $6,000 as a service fee; each award is in addition to a *pro rata* share of the common fund balance. If the Court has done the math correctly, each class member will receive $4,040.24. If the Court has made a math error, the parties may adjust the distribution amount

accordingly and explain this to class members in a cover letter. The parties

must send a copy of this Order and the Judgment to each class member with

the check. Judgment will be entered. Joint report on settlement

administration due by 1 December 2017.

So Ordered.

D.P. Marshall Jr.
United States District Judge

29 June 2017

-7-

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

**DONTEL THOMAS and DALTON**
**JACKSON, on behalf of Himself**
**And all Other Similarly Situated**                                          **PLAINTIFFS**

**V.**                            **CASE NO. 2:15CV95BSM**

**NEAL BYRD, in his Official Capacity; JOHN**
**THOMAS, Individually and in his**
**Official capacity as an employee of**
**The CITY OF HELENA-WEST HELENA,**
**And SENTENCING OPTIONS**
**SPECIALISTS, INC.**                                                  **DEFENDANTS**

## JOINT STATUS REPORT ON SETTLEMENT DISTRIBUTION

Come the parties herein, by and through respective counsel, and for their Joint Status Report on Settlement Distribution, state:

1.      On July 31, 2017, letters were sent to claimants enclosing a copy of the Order and Judgment set by this Court along with their settlement check. See attached Exhibit A.

2.      With the exception of Dontel Thomas, Dalton Jackson and Donna Borum, all settlement checks were delivered by Certified Mail to the remaining claimants within the following ten days.

3.      Donna Borum opted to pick up her settlement check at the Arkansas Municipal League, and did so on August 7, 2017 as reflected in her signed acknowledgment. See attached Exhibit B.

4.      Dontel Thomas and Dalton Jackson, class representatives, elected to receive their settlement checks through their counsel, Luther Sutter.

5.    Settlement checks for Dontel Thomas and Dalton Jackson and Sutter & Gillham's check for attorney's fees were hand delivered to the offices of Sutter & Gillham on July 27, 2017. See attached Exhibit C.

6.    *Dontel Thomas v. APERMA, Arkansas Municipal League, Helena-West Helena and Neal Byrd*, Case No. 54CV2016-123-1 in Phillips Co. Circuit Court still remains open.

7.    Plaintiffs' counsel is attempting to locate six (6) claimants.

Respectfully submitted,
**JOHN THOMAS, in his official capacity**

By:    /s/ Sara Monaghan
SARA MONAGHAN, ABA #2005276
P.O. Box 38
North Little Rock, AR 72115
TELEPHONE: 501-978-6122
FACSIMILE: 501-537-7262
EMAIL: smonaghan@arml.org

and    /s/ Luther O. Sutter
Luther Sutter
Sutter & Gillham, PLLC
P. O. Box 2012
Benton, AR  72018

And    /s/ Ralph Ohm
Ralph Ohm
P.O. Box 1558
Hot Springs, AR 71902-1558

And    /s/ Alec Gaines
Alec Gaines
WILLIAMS & ANDERSON, PLLC
111 Center Street, 22nd Floor
Little Rock, AR 72201

And    /s/ Joe D. Byars, Jr.
Joe D. Byars, Jr.
BYARS & HALL
401 Lexington Avenue
Fort Smith, AR 72901

2

## CERTIFICATE OF SERVICE

I, Sara Monaghan, hereby certify that on December 13, 2017, I filed the foregoing with the Clerk of Court, which will send notification of such filing to all CM/ECF participating counsel of record listed below.

Luther Sutter
Sutter & Gillham, PLLC
P. O. Box 2012
Benton, AR  72018

Ralph Ohm
P.O. Box 1558
Hot Springs, AR 71902

Alec Gaines
WILLIAMS & ANDERSON, PLLC
111 Center Street, 22nd Floor
Little Rock, AR 72201

Joe D. Byars, Jr.
BYARS & HALL
401 Lexington Avenue
Fort Smith, AR 72901

/s/Sara Monaghan_____
Sara Monaghan

3

**SARA MONAGHAN**
ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, A
E-mail: smonaghan@ar

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**

Rickey Borum
1001 Cherry Street
Helena, AR 72342

RE:  Thomas Class Action Lawsuit
U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Borum:

Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

Sincerely,

/s/ Traci L. Squires
Paralegal

TLS:
Enclosure
Cc:  Luther Sutter
Lucien Gillham
Tona DeMers
Kamala Williams
Ralph Ohm
Alec Gaines
Joe D. Byars, Jr.
Sara Monaghan
Christian C. Michaels



EXHIBIT

A

**SARA MONAGH[ ]**
ATTORNEY AT LA[ ]
P.O. BOX 38
NORTH LITTLE ROCK, A[ ]
E-mail: smonaghan@ar[ ]

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To   DEDRICK BRAGG
Street and Apt. No., or PO Box No.   5 WOOD DALE ST.
City, State, ZIP+4®   HELENA, AR 72342

Postmark
Here

SETT
CHECK

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
Dedrick Bragg
5 Wood Dale St.
Helena, AR 72342

RE:   Thomas Class Action Lawsuit
      U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Bragg:

Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

Sincerely,

/s/ Traci L. Squires
Paralegal

TLS:
Enclosure
Cc:   Luther Sutter
      Lucien Gillham
      Tona DeMers
      Kamala Williams
      Ralph Ohm
      Alec Gaines
      Joe D. Byars, Jr.
      Sara Monaghan
      Christian C. Michaels

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEDRICK BRAGG
5 WOOD DALE ST.
HELENA, AR 72342

9590 9402 2198 6193 9430 52

2. Article Number (Transfer from service label)
7016 1370 0000 9868 9432

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Dedrick Bragg_       ☐ Agent
                        ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

**SARA MONAGHAN**
ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, AR
E-mail: smonaghan@arm

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
Dentrel Bragg
5 Wood Dale St.
Helena, AR 72342

RE:   Thomas Class Action Lawsuit
      U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Bragg:

Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

Sincerely,

/s/ Traci L. Squires
Paralegal

TLS:
Enclosure
Cc:   Luther Sutter
      Lucien Gillham
      Tona DeMers
      Kamala Williams
      Ralph Ohm
      Alec Gaines
      Joe D. Byars, Jr.
      Sara Monaghan
      Christian C. Michaels

**SARA MONAGHAN**
ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, A
E-mail: smonaghan@ar

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
Vann Bragg, Sr.
709 Walker St.
Helena, AR 72342

     RE:   Thomas Class Action Lawsuit
           U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Bragg:

    Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

          Sincerely,

          /s/ Traci L. Squires
          Paralegal

TLS:
Enclosure
Cc:   Luther Sutter
      Lucien Gillham
      Tona DeMers
      Kamala Williams
      Ralph Ohm
      Alec Gaines
      Joe D. Byars, Jr.
      Sara Monaghan
      Christian C. Michael

**SARA MONAGHAN**
ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, A[...]
E-mail: smonaghan@ar[...]

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
Marlon Braggs, Jr.
3817 Stuart Rd. Apt. 10
Denton, TX 76209

    RE:   Thomas Class Action Lawsuit
          U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Braggs:

    Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

                       Sincerely,

                       /s/ Traci L. Squires
                       Paralegal

TLS:
Enclosure
Cc:   Luther Sutter
       Lucien Gillham
       Tona DeMers
       Kamala Williams
       Ralph Ohm
       Alec Gaines
       Joe D. Byars, Jr.
       Sara Monaghan
       Christian C. Michael

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____

Postage $

Total Postage and Fees $

Postmark Here

SETT CHECK

Sent To MARLON BRAGGS, JR.
Street and Apt. No., or PO Box No. 3817 STUART RD. APT. 10
City, State, ZIP+4 DENTON, TX 76209

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 1370 0000 6982 2240

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MARLON BRAGGS, JR.
3817 STUART RD.
APT. 10
DENTON, TX 76209

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 2834 7069 6276 06

2. Article Number (Transfer from service label)
7016 1370 0000 6982 2240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Marlon Braggs    ☐ Agent
                    ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Marlon Braggs   8-2-17
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**SARA MONAGH[...]**
ATTORNEY AT LA[...]
P.O. BOX 38
NORTH LITTLE ROCK, A[...]
E-mail: smonaghan@arm[...]

---

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
David Brown
919 Porter St.
Helena, AR 72342

     RE:    Thomas Class Action Lawsuit
           U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Brown:

    Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

               Sincerely,

               /s/ Traci L. Squires
               Paralegal

TLS:
Enclosure
Cc:    Luther Sutter
       Lucien Gillham
       Tona DeMers
       Kamala Williams
       Ralph Ohm
       Alec Gaines
       Joe D. Byars, Jr.
       Sara Monaghan
       Christian C. Michael[...]

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

Postmark Here

SETT CHECK

Sent To  DAVID BROWN
Street and Apt. No., or PO Box No.  919 PORTER ST.
City, State, ZIP+4®  HELENA, AR 72342

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1370 0000 9864 1980

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DAVID BROWN
919 PORTER ST.
HELENA, AR 72342

9590 9402 2866 7069 4517 43

2. Article Number (Transfer from service label)
7016 1370 0000 9864 1980

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jannette Dingby
    ☐ Agent
    ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
  If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**SARA MONAGHAN**
ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, AR
E-mail: smonaghan@ar

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**

A. J. Culler
216 N. 2nd Street
West Helena, AR 72390

     RE:   Thomas Class Action Lawsuit
           U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Culler:

    Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

                       Sincerely,

                       /s/ Traci L. Squires
                       Paralegal

TLS:
Enclosure
Cc:   Luther Sutter
       Lucien Gillham
       Tona DeMers
       Kamala Williams
       Ralph Ohm
       Alec Gaines
       Joe D. Byars, Jr.
       Sara Monaghan
       Christian C. Michael



**SARA MONAGHAN**
ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, [AR]
E-mail: smonaghan@a[...]

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
Wayne Fulcher, Jr.
721 Cook St.
West Helena, AR 72390

     RE:    Thomas Class Action Lawsuit
              U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Fulcher:

    Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

                             Sincerely,

                             /s/ Traci L. Squires
                             Paralegal

TLS:
Enclosure
Cc:    Luther Sutter
        Lucien Gillham
        Tona DeMers
        Kamala Williams
        Ralph Ohm
        Alec Gaines
        Joe D. Byars, Jr.
        Sara Monaghan
        Christian C. Michaels

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark
Here

SETT CHECK

Sent To    CALVIN GRAY
Street and Apt. No., or PO Box No.   1127 OHIO ST.
City, State, ZIP+4®   HELENA, AR 72342

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SARA MONAGHAN**
ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, AR
E-mail: smonaghan@arr

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
Calvin Gray
1127 Ohio St.
Helena, AR 72342

    RE:    Thomas Class Action Lawsuit
            U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Gray:

    Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

    Sincerely,

    /s/ Traci L. Squires
    Paralegal

TLS:
Enclosure
Cc:    Luther Sutter
        Lucien Gillham
        Tona DeMers
        Kamala Williams
        Ralph Ohm
        Alec Gaines
        Joe D. Byars, Jr.
        Sara Monaghan
        Christian C. Michaels



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CALVIN GRAY
1127 OHIO ST.
HELENA, AR 72342

9590 9402 2834 7069 6275 38

2. Article Number (Transfer from service label)
7016 1370 0000 6982 2318

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Calvin Gray        ☐ Agent
                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery   ☒ Return Receipt for Merchandise
☐ Collect on Delivery                 ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SARA MONAGHAN**

ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, A[R]
E-mail: smonaghan@ar[...]

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
Christopher Harvey
507 Hawkins Street
West Helena, AR 72390

RE:   Thomas Class Action Lawsuit
      U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Harvey:

Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

Sincerely,

/s/ Traci L. Squires
Paralegal

TLS:
Enclosure
Cc:   Luther Sutter
      Lucien Gillham
      Tona DeMers
      Kamala Williams
      Ralph Ohm
      Alec Gaines
      Joe D. Byars, Jr.
      Sara Monaghan
      Christian C. Michaels

**SARA MONAGH**
ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, A
E-mail: smonaghan@arm

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
Seneca Harvey
443 Devilla St.
West Helena, AR 72390

     RE:   Thomas Class Action Lawsuit
            U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Harvey:

    Enclosed please find a check in the amount of $4,040.24 in full settlement of this case.
Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within
60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

                                   Sincerely,

                                   /s/ Traci L. Squires
                                   Paralegal

TLS:
Enclosure
Cc:   Luther Sutter
       Lucien Gillham
       Tona DeMers
       Kamala Williams
       Ralph Ohm
       Alec Gaines
       Joe D. Byars, Jr.
       Sara Monaghan
       Christian C. Michael

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

SETT
CHECK

Sent To
SENECA HARVEY
Street and Apt. No., or PO Box No.
443 DEVILLA ST.
City, State, ZIP+4®
WEST HELENA, AR 72390

7016 1370 0002 2007 1541

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

SENECA HARVEY
308 N. SAM STREET
WEST HELENA, AR 72390

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
    90 9402 2834 7069 5875 11

‖le Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Seneca Harvey_   ☐ Agent
              ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
  If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature         ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☒ Certified Mail®      ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery     ☒ Return Receipt for
☐ Collect on Delivery Restricted Delivery   Merchandise
☐ Insured Mail        ☐ Signature Confirmation™
☐ Insured Mail Restricted Delivery    ☐ Signature Confirmation
                     Restricted Delivery

3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

**SARA MONAGHAN**
ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, AR
E-mail: smonaghan@ar

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
Anthony Hawkins
1122 Franklin
Helena, AR 72342

RE:     Thomas Class Action Lawsuit
        U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Hawkins:

Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

Sincerely,

/s/ Traci L. Squires
Paralegal

TLS:
Enclosure
Cc:    Luther Sutter
       Lucien Gillham
       Tona DeMers
       Kamala Williams
       Ralph Ohm
       Alec Gaines
       Joe D. Byars, Jr.
       Sara Monaghan
       Christian C. Michaels



**SARA MONAGHAN**
ATTORNEY AT LAW
P.O. BOX 38
NORTH LITTLE ROCK, AR
E-mail: smonaghan@ar

301 West Second Street
North Little Rock, AR 72114
Telephone (501)978-6122

July 31, 2017

**VIA CERTIFIED MAIL**
Elton Henry
P.O. Box 97
Helena, AR 72342

      RE:    Thomas Class Action Lawsuit
              U.S.D.C. Case No. 2:15CV95DPM

Dear Mr. Henry:

    Enclosed please find a check in the amount of $4,040.24 in full settlement of this case. Pursuant to the terms of the Settlement Agreement, this check has to be cashed or deposited within 60 days of receipt. A copy of the Order and Judgment are enclosed for your records.

                                Sincerely,

                                /s/ Traci L. Squires
                                Paralegal

TLS:
Enclosure
Cc:    Luther Sutter
        Lucien Gillham
        Tona DeMers
        Kamala Williams
        Ralph Ohm
        Alec Gaines
        Joe D. Byars, Jr.
        Sara Monaghan
        Christian C. Michaels

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70161370000069822288

▶    ▶    ▶    Delivered

**Expected Delivery on:** Friday, August 4, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**          **Features:**
                             Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **August 4, 2017, 10:27 am** | **Delivered** | **HELENA, AR 72342** |

▲

Your item was delivered at 10:27 am on August 4, 2017 in HELENA, AR 72342.

| August 4, 2017, 8:26 am | Arrived at Unit | HELENA, AR 72342 |

See Less ⌃

## Available Actions

See Less ⌃