**MICHAEL N. FEUER, CITY ATTORNEY (SBN 111529x)**
**THOMAS H. PETERS, CHIEF ASSISTANT CITY ATTORNEY**
**CORY M. BRENTE, SUPERVISING ASSISTANT CITY ATTORNEY**
**CRAIG J. MILLER, DEPUTY CITY ATTORNEY (SBN 138302)**
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Email: Craig.miller@lacity.org
Tel: (213) 978-8722   Fax: (213) 978-8785

ATTORNEYS FOR DEFENDANTS CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT and ANDREW SMITH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: CV 16-00237 JAK (GJSx)<br>Honorable Judge: John A. Kronstadt<br>Honorable Magistrate Judge: Gail J. Standish<br><br>NOTICE OF UNAVAILABILITY OF DEFENDANTS' COUNSEL |

**TO THE HONORABLE COURT, PLAINTIFF AND HIS COUNSEL:**

Please be advised that trial counsel for Defendant CITY OF LOS ANGELES is Deputy City Attorney, Geoffrey Plowden. Deputy City Attorney Plowden will be out of the office and unavailable for any appearances in this action from November 7 to

///

///

1

December 19, 2018.  Deputy City Attorney Plowden will be on medical leave during that period of time.

DATE: November 8, 2018

**MICHAEL N. FEUER, CITY ATTORNEY**
**THOMAS H. PETERS, CHIEF ASST. CITY ATTORNEY**
**CORY M. BRENTE, SENIOR ASSIST. CITY ATTORNEY**

BY: /S/ *Geoffrey Plowden*
_____
**GEOFFREY PLOWDEN**
**DEPUTY CITY ATTORNEY**

*ATTORNEYS FOR DEFENDANTS*
CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT and ANDREW SMITH

2