1  Barrett S. Litt, SBN 45527
   Email: blitt@kmbllaw.com
2  KAYE, MCLANE, BEDNARSKI & LITT
3  975 East Green Street
   Pasadena, California 91106
4  Telephone: (626) 844-7660
   Facsimile: (626) 844-7670
5

6  Carol A. Sobel, SBN 84483
   Email: carolsobel@aol.com
7  LAW OFFICE OF CAROL A. SOBEL
8  3110 Main Street, Suite 210
   Santa Monica, California 90405
9  Telephone: (310) 393-3055
   Facsimile: (310) 451-3858
10

11 ADDITIONAL COUNSEL LISTED
   ON NEXT PAGE
12 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, ET AL.<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>DEFENDANTS. | CASE NO: 2:16-CV-00237-JAK-GJS(X)<br>[HON. JOHN A. KRONSTADT]<br><br>PLAINTIFFS' NOTICE OF ERRATA<br><br>HEARING DATE:  JANUARY 14, 2019<br>HEARING TIME:  8:30 A.M.<br>COURTROOM:     10B<br><br>TRIAL DATE: _  MARCH 19, 2019__<br>TIME:           9:00 A.M.<br>ACTION FILED:  JAN. 13, 2016 |

ADDITIONAL PLAINTIFFS' COUNSEL

Paul Hoffman, SBN 71244
Email. hoffpaul@aol.com
Catherine Sweetser. SBN271142
Email. catherine.sdshhh@gmail.com
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
732 Ocean Front Walk
Venice, California 90291
Tel. (310) 396-0731
Fax. (310) 399-7040

Colleen M. Flynn, SBN 234281
Email. cflynnlaw@yahoo.com
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, California 9001 0
Tel. 213 252-9444
Fax. 213 252-0091

Matthew Strugar, SBN 232951
Email. matthewstrugar@gmail.com
LAW OFFICE OF MATTHEW STRUGAR
2108 Cove Avenue
Los Angeles, California 90039
Tel: 323 696-2299

1  TO THE COURT, DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

2      In reviewing the recently filed NOTICE OF MOTION AND MOTION FOR LEAVE TO PRESENT CLASSWIDE GENERAL DAMAGES, Plaintiff has discovered that a typographical error in the Notice of Motion lists a hearing date of January 19, 2019. The correct date is January 14, 2019.

    The corrected Notice of Motion is attached hereto. Our apologies for any inconvenience.

DATED: November 13, 2018    Respectfully Submitted,

KAYE, MCLANE, BEDNARSKI & LITT
LAW OFFICES OF CAROL SOBEL
SCHOENBRON, DESIMONE, ET AL.
LAW OFFICE OF COLLEEN FLYNN
LAW OFFICE OF MATTHEW STUGAR

By:__/s/ Barrett S. Litt_____
    Barrett S. Litt
    Attorneys for Plaintiffs

| | |
|---|---|
| 1 | Barrett S. Litt, SBN 45527 |
| 2 | Email: blitt@kmbllaw.com<br>KAYE, MCLANE, BEDNARSKI & LITT |
| 3 | 975 East Green Street<br>Pasadena, California 91106 |
| 4 | Telephone: (626) 844-7660 |
| 5 | Facsimile: (626) 844-7670 |
| 6 | Carol A. Sobel, SBN 84483 |
| 7 | Email: carolsobel@aol.com<br>LAW OFFICE OF CAROL A. SOBEL |
| 8 | 3110 Main Street, Suite 210<br>Santa Monica, California 90405 |
| 9 | Telephone: (310) 393-3055 |
| 10 | Facsimile: (310) 451-3858 |
| 11 | ADDITIONAL COUNSEL LISTED<br>ON NEXT PAGE |
| 12 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>DEFENDANTS. | CASE NO: 2:16-CV-00237-JAK-GJS(X)<br>[HON. JOHN A. KRONSTADT]<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO PRESENT CLASSWIDE GENERAL DAMAGES MEMORANDUM OF LAW; DECLARATIONS; EXHIBITS.<br><br>HEARING DATE:   JANUARY 14, 2019<br>HEARING TIME:   8:30 A.M.<br>COURTROOM:      10B<br><br>TRIAL DATE: _   MARCH 19, 2019__<br>TIME:                     9:00 A.M.<br>ACTION FILED:    JAN. 13, 2016 |

1  ADDITIONAL PLAINTIFFS' COUNSEL

2  Paul Hoffman, SBN 71244
3  Email. hoffpaul@aol.com
4  Catherine Sweetser. SBN271142
   Email. catherine.sdshhh@gmail.com
5  SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
6  732 Ocean Front Walk
   Venice, California 90291
7  Tel. (310) 396-0731
8  Fax. (310) 399-7040

9
   Colleen M. Flynn, SBN 234281
10 Email. cflynnlaw@yahoo.com
   LAW OFFICE OF COLLEEN FLYNN
11 3435 Wilshire Boulevard, Suite 2910
12 Los Angeles, California 9001 0
   Tel. 213 252-9444
13 Fax. 213 252-0091
14
15 Matthew Strugar, SBN 232951
   Email. matthewstrugar@gmail.com
16 LAW OFFICE OF MATTHEW STRUGAR
17 2108 Cove Avenue
   Los Angeles, California 90039
18 Tel: 323 696-2299
19
20
21
22
23
24
25
26
27
28

1 TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, on January 14, 2019, at 8:30 a.m., in
3 Courtroom 10B of the United States District Court for the Central District of
4 California, 350 West First Street, Los Angeles, California 90012, Plaintiffs will, and
5 hereby do, move the Court for leave to present claims of alleged general damages on
6 a classwide basis at trial of the corresponding claims for liability.

7   In connection with this motion, and the Court's September 24, 2018
8 Scheduling Order, Plaintiffs also submit a trial plan for general damages and for
9 statutory damages under Civil Code §52.1.

10   Plaintiffs met and conferred with Defendants regarding this motion on October
11 3, 2018. The parties were unable to agree on classwide treatment of general damages
12 or on how statutory damages would be handled.

14 DATED: November 13, 2018        Respectfully Submitted,

15
16                                 KAYE, MCLANE, BEDNARSKI & LITT
                                   LAW OFFICES OF CAROL SOBEL
17                                 SCHOENBRON, DESIMONE, ET AL.
                                   LAW OFFICE OF COLLEEN FLYNN
18                                 LAW OFFICE OF MATTHEW STUGAR

19
                                   By:__/s/ Barrett S. Litt_____
20                                       Barrett S. Litt

21
                                   By:__/s/ Carol A. Sobel_____
22                                       Carol A. Sobel
23                                 Attorneys for Plaintiffs