Barrett S. Litt, SBN 45527
Email: blitt@kmbllaw.com
KAYE, MCLANE, BEDNARSKI & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Carol A. Sobel, SBN 84483
Email: carolsobel@aol.com
LAW OFFICE OF CAROL A. SOBEL
3110 Main Street, Suite 210
Santa Monica, California 90405
Telephone: (310) 393-3055
Facsimile: (310) 451-3858

ADDITIONAL COUNSEL LISTED
ON NEXT PAGE
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>DEFENDANTS. | CASE NO: 2:16-CV-00237-JAK-GJS(X)<br>[HON. JOHN A. KRONSTADT]<br><br>JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DATES<br><br>HEARING DATE: JANUARY 14, 2019<br>HEARING TIME: 8:30 A.M.<br>COURTROOM: 10B<br><br>TRIAL DATE: MARCH 19, 2019<br>TIME: 9:00 A.M.<br>ACTION FILED: JAN. 13, 2016 |

ADDITIONAL PLAINTIFFS' COUNSEL

Paul Hoffman, SBN 71244
Email. hoffpaul@aol.com
Catherine Sweetser. SBN271142
Email. catherine.sdshhh@gmail.com
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
732 Ocean Front Walk
Venice, California 90291
Tel. (310) 396-0731
Fax. (310) 399-7040

Colleen M. Flynn, SBN 234281
Email. cflynnlaw@yahoo.com
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, California 9001 0
Tel. 213 252-9444
Fax. 213 252-0091

Matthew Strugar, SBN 232951
Email. matthewstrugar@gmail.com
LAW OFFICE OF MATTHEW STRUGAR
2108 Cove Avenue
Los Angeles, California 90039
Tel: 323 696-2299

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2      Plaintiffs and Defendants do hereby stipulate as follows:

3      The parties previously submitted a joint trial report (Dkt 107) requesting a trial date of April 30, following which the Court entered a trial date of March 19, 2019 (Dkt 108).

6      Even before recent events that necessitate a new trial date, the current trial date of March 19 presented substantial problems for Mr. Litt, one of the Plaintiffs' counsel responsible for the trial of this case. Mr. Litt has had a long-planned family vacation from February 23, 2019, until March 5, 2019. The parties had requested April 29 because that would have returned Mr. Litt approximately seven weeks before trial, allowing him to be available for the Rule 16 meet and confer among counsel, the extensive preparation for the pretrial conference, and the pretrial conference itself (which is presently scheduled March 4 when Mr. Litt is away).

14      The parties were prepared to request that the court move the March 19 trial date on that basis alone. However, in the interim, the sole Defendant's counsel, Geoffrey Plowden, and the other Plaintiffs' counsel, Paul Hoffman, both have had significant medical issues arise that makes a March 19 trial date unworkable (and also necessitates that the hearing date on Plaintiffs' motion for General Damages be moved).

20      To begin with defense counsel, Geoffrey Plowden is the sole counsel for defendants on this case, and is the sole trial counsel. He was required to take an immediate medical leave. As a result, he filed a Notice of Unavailability, which indicated that leave will go until at least December 19, 2018. (Doc. 115.) Mr. Plowden is currently out on leave, and his office does not currently know whether he will be able to return on December 19.

26      a. Because this leave will put Mr. Plowden significantly back not only on this case, but other cases for which he is responsible, the March

1

|   |   |
|---|---|
| 1 | 19 trial date is not possible for him or his office. His other |
| 2 | commitments include several matters in addition to this one that will |
| 3 | require immediate attention on his return. He has another currently |
| 4 | scheduled trial set for February 25, 2019, in Los Angeles Superior |
| 5 | (*Darnell Monday v. City of Los Angeles*) that the City Attorney's |
| 6 | Office will also be addressing with that court. Because the City |
| 7 | Attorney's Office was only informed of Mr. Plowden's need for |
| 8 | immediate medical leave via a writing by his physician, it does not |
| 9 | know whether he will be able to return in December, but it is clear |
| 10 | that his matters will be seriously backed up as a result of Mr. |
| 11 | Plowden's leave. |

b.  For the same reason, it is not possible for Defendants to file their opposition to the Motion for General Damages, which is currently due on November 19. If the Court approves, the parties agree to move the filing date for that opposition to January 7, the Reply to January 21 and the hearing date to February 4, 2019.

c.  The City Attorney's Office recognizes that, if Mr. Plowden is unable to return to work by December 19, it will have to assign a new attorney to this case. However, at this time, it anticipates that Mr. Plowden will return by December 19. If he does not, any new attorney assigned will be able to meet the schedule proposed for both the General Damages motion and trial.

Finally, Paul Hoffman, the other Plaintiffs' trial counsel, requires hip replacement surgery. He has been waiting for confirmation of the surgical date, with the objective of setting it as soon as possible. He has been advised by his doctors that the current plan is to have hip replacement surgery sometime in February, but he will not know the exact date until late December.  A trial date in March would mean that

he would still be recovering from his surgery, which would put a strain on his recovery, whereas he expects to be fully recovered from surgery if the trial is held at the end of April or later.

Thus, the parties jointly stipulate that the Court continue the trial date from the currently scheduled date of March 19, 2019, to May 7, 2019, or a convenient date thereafter, and to continue the pretrial schedule accordingly, including specifically to continue the pretrial conference to April 15, 2019. The parties have chosen the May 7 trial date as one they believe provides sufficient time for Mr. Hoffman's surgery recovery and for Mr. Plowden to be available or Defendants assign new counsel who will be ready.

The parties further stipulate that the date to file any opposition to the motion for general damages (Dkt. 114) be extended to January 7, 2019, the reply to any opposition be extended to January 21, 2019, and the hearing on the motion be set for February 4, 2019.

IT IS SO STIPULATED

DATED: November 16, 2018        Respectfully Submitted,

KAYE, MCLANE, BEDNARSKI & LITT
LAW OFFICES OF CAROL SOBEL
SCHOENBRON, DESIMONE, ET AL.
LAW OFFICE OF COLLEEN FLYNN
LAW OFFICE OF MATTHEW STUGAR

By:__/s/ Barrett S. Litt_____
       Barrett S. Litt
Attorneys for Plaintiffs

1
2  MICHAEL N. FEUER, CITY ATTORNEY
3  THOMAS H. PETERS, CHIEF ASST. CITY ATTORNEY
4  CORY M. BRENTE, SENIOR ASSIST. CITY ATTORNEY
5  LOS ANGELES CITY ATTORNEY'S OFFICE
6  By:__/s/ Thomas H. Peters_____
7         Thomas H. Peters
8  Attorneys for Defendants
9  (Permission granted to affix defense counsel's signature on his behalf)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4