1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

11

CHARMAINE CHUA, ET AL.

12

PLAINTIFFS,

13

VS.

14

15

CITY OF LOS ANGELES, ET AL.,

16

DEFENDANTS.

17

18

19

20

CASE NO: 2:16-CV-00237-JAK-GJS(X)

**ORDER  RE JOINT STIPULATION
TO CONTINUE TRIAL AND
RELATED DATES (DKT. 117)**

**NOTE CHANGES MADE BY COURT**

21

22

23

24

25

26

27

28

    The joint stipulation of the parties (Dkt. 117) having come before this Court, and good cause appearing, it is hereby Ordered that the Stipulation is **GRANTED IN PART** as follows:

    1.  The trial date is continued to May 7, 2019 at 9:00 a.m.;

    2.  The pretrial conference is continued to April 15, 2019 at 3:00 p.m.;

1

3.  Defendant's opposition to the Motion for General Damages (Dkt. 114) is due on January 7, 2019;

4.  Plaintiffs' reply to any opposition is due on January 17, 2019;

5.  The hearing on the Motion for General Damages (Dkt. 114) is continued to February 4, 2019 at 8:30 a.m.

6.  The Trial Readiness Conference is continued to February 4, 2019 at 8:30 a.m.

7.  There will be no further continuances of the trial date, including those requested based on the current, reported medical issues of any counsel.

IT IS SO ORDERED.

Dated: November 28, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2