1  Barrett S. Litt, SBN 45527
   Email: blitt@kmbllaw.com
2  KAYE, MCLANE, BEDNARSKI & LITT
3  975 East Green Street
   Pasadena, California 91106
4  Telephone: (626) 844-7660
   Facsimile: (626) 844-7670
5

6  Carol A. Sobel, SBN 84483
   Email: carolsobel@aol.com
7  LAW OFFICE OF CAROL A. SOBEL
8  3110 Main Street, Suite 210
   Santa Monica, California 90405
9  Telephone: (310) 393-3055
   Facsimile: (310) 451-3858
10

11 ADDITIONAL COUNSEL LISTED
   ON NEXT PAGE
12 Attorneys for Plaintiffs

13
14            UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
15

16 CHARMAINE CHUA, ET AL.            CASE NO: 2:16-CV-00237-JAK-GJS(X)
                                     [HON. JOHN A. KRONSTADT]
17        PLAINTIFFS,
18                                   JOINT NOTICE OF PROVISIONAL
                                     SETTLEMENT AND REQUEST TO
19                     VS.           VACATE ALL PENDING DATES

20 CITY OF LOS ANGELES, ET AL.,      HEARING DATE:   JANUARY 14, 2019
                                     HEARING TIME:   8:30 A.M.
21        DEFENDANTS.                COURTROOM:      10B
22
                                     TRIAL DATE: _   MARCH 19, 2019__
23                                   TIME: _         9:00 A.M.
24                                   ACTION FILED:   JAN. 13, 2016

25
26
27
28

ADDITIONAL PLAINTIFFS' COUNSEL

Paul Hoffman, SBN 71244
Email. hoffpaul@aol.com
Catherine Sweetser. SBN271142
Email. catherine.sdshhh@gmail.com
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
732 Ocean Front Walk
Venice, California 90291
Tel. (310) 396-0731
Fax. (310) 399-7040

Colleen M. Flynn, SBN 234281
Email. cflynnlaw@yahoo.com
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, California 9001 0
Tel. 213 252-9444
Fax. 213 252-0091

Matthew Strugar, SBN 232951
Email. matthewstrugar@gmail.com
LAW OFFICE OF MATTHEW STRUGAR
2108 Cove Avenue
Los Angeles, California 90039
Tel: 323 696-2299

     The parties advise the Court that they have reached a settlement in principle among counsel. The parties hope to have a final settlement agreement by the end of February (which timetable factors in the tine for the normal back and forth involved in any class settlement). Once the settlement agreement has been drafted, the parties estimate a four to six week period for it to be presented to and approved by the Los Angeles City Council. That would put the target date for an approved settlement agreement of mid-April (possibly earlier). Thus, the parties hope to submit a preliminary approval motion and accompanying documents (including draft class notice, claim form and proposed preliminary approval order) by the end of April or early May.

     Based on the foregoing, the parties request that the Court vacate all dates (including regarding the currently pending motion for general damages) and set a status conference for May 13, 2019, to be vacated in the event that the motion for preliminary approval has not been filed before that.

DATED: January 10, 2019       Respectfully Submitted,

KAYE, MCLANE, BEDNARSKI & LITT
LAW OFFICES OF CAROL SOBEL
SCHOENBRON, DESIMONE, ET AL.
LAW OFFICE OF COLLEEN FLYNN
LAW OFFICE OF MATTHEW STUGAR

By:__/s/ Barrett S. Litt_____
      Barrett S. Litt
     Attorneys for Plaintiffs

| | |
|---|---|
| 1 | MICHAEL N. FEUER, City Attorney |
| 2 | THOMAS H. PETERS, Chief Asst. City Attorney |
| 3 | Cory M. Brente, Sr. Asst. City Attorney |
| 4 | LOS ANGELES CITY ATTORNEY'S OFFICE |
| 5 | |
| 6 | By:__/s/ Geoffrey Plowden_____ |
| 7 | Geoffrey Plowden<br>Attorneys for Defendants |
| 8 | (Permission granted to affix defense counsel's signature on his behalf) |