1  **MICHAEL N. FEUER, City Attorney (SBN 111529x)**
2  **THOMAS H. PETERS, Chief Assistant City Attorney**
3  **CORY M. BRENTE, Supervising Assistant City Attorney**
   **GEOFFREY PLOWDEN, Deputy City Attorney (SBN 146602)**
4  200 N. Main Street, 6th Floor, City Hall East
   Los Angeles, CA  90012
5  Email: geoffrey.plowden@lacity.org
6  Tel:  (213) 978-7038   Fax:  (213) 978-8785

7  Attorneys For Defendants CITY OF LOS ANGELES, CHARLIE BECK,
8  JEFFREY BERT and ANDREW SMITH

9                  UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD, | Case No.: CV 16-00237 JAK (GJSx) |
|---|---|
| | Honorable Judge: John A. Kronstadt |
| | Honorable Magistrate Judge: Gail J. Standish |
| Plaintiffs, | **APPLICATION FOR UNTIMELY NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR GENERAL DAMAGES;NOTICE OF NON-OPPOSTION;DECLARATION OF GEOFFREY PLOWDEN** |
| vs. | |
| CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1 - 10, inclusive, | **HON. JOHN A. KRONSTADT** |
| Defendants. | |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants hereby apply for an Order allowing an untimely Notice of Non-Opposition, per the Court's Minute Order of January 10, 2019. (DOC. 119) The

///

application is based on the following attached Notice of Non-Opposition and Declaration of Geoffrey Plowden.

Dated: January 10, 2019

MICHAEL N. FEUER, City Attorney
THOMAS H. PETERS, Chief Asst. City Atty
CORY M. BRENTE, Sr. Asst. City Attorney

       /S/ *Geoffrey Plowden*
       Geoffrey Plowden,
       Deputy City Attorney

Attorneys for Defendants
CITY OF LOS ANGELES, CHARLIE BECK,
JEFFREY BERT and ANDREW SMITH