**MICHAEL N. FEUER, City Attorney (SBN 111529x)**
**THOMAS H. PETERS, Chief Assistant City Attorney**
**CORY M. BRENTE, Supervising Assistant City Attorney**
**GEOFFREY PLOWDEN, Deputy City Attorney (SBN 146602)**
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Email: geoffrey.plowden@lacity.org
Tel: (213) 978-7038  Fax: (213) 978-8785

Attorneys For Defendants CITY OF LOS ANGELES, CHARLIE BECK, JEFFREY BERT and ANDREW SMITH

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, TORIE RIVERA, LYDIA HICKS, and KYLE TODD, individually and on behalf of a class of similarly situated persons, and the NATIONAL LAWYERS GUILD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF CHARLIE BECK, COMMANDER ANDREW SMITH, CAPT. JEFF BERT, and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: CV 16-00237 JAK (GJSx)<br>Honorable Judge: John A. Kronstadt<br>Honorable Magistrate Judge: Gail J. Standish<br><br>**NOTICE OF NON-OPPOSITION**<br><br>**HON. JOHN A. KRONSTADT** |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants hereby advise the Court and the parties that Defendants do not oppose at this time to the Plaintiff's Motion for General Damages; as was contemplated by the

///

1

1  recent settlement reached by the parties.

2

3  Dated: January 10, 2019          MICHAEL N. FEUER, City Attorney
4                                   THOMAS H. PETERS, Chief Asst. City Atty
                                    CORY M. BRENTE, Sr. Asst. City Attorney
5

6                                   _____/S/ *Geoffrey Plowden*_____
                                         Geoffrey Plowden,
7                                        Deputy City Attorney

8
                                    Attorneys for Defendants
9                                   CITY OF LOS ANGELES, CHARLIE BECK,
10                                  JEFFREY BERT and ANDREW SMITH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28