UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, Et Al. | Case No. 2:16-CV-00237-JAK-GJS(x) |
| Plaintiffs, | **ORDER RE JOINT NOTICE OF PROVISIONAL SETTLEMENT AND REQUEST TO VACATE ALL PENDING DATES (DKT. 120);** |
| vs. | |
| CITY OF LOS ANGELES, Et Al., | **MOTION FOR LEAVE TO PRESENT CLASSWIDE GENERAL DAMAGES (DKT. 114);** |
| Defendants | **APPLICATION FOR UNTIMELY NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR GENERAL DAMAGES (DKT. 121)** |

On January 10, 2019, the parties filed a notice of provisional settlement and request to vacate all pending dates (the "Notice"). Dkt. 120. In light of the Notice, and good cause appearing for the request, all pending dates in this matter, including the hearings that have been set for February 4, 2019, and April 15, 2019, and the trial date of May 7, 2019, are **VACATED**. Counsel shall file a motion for preliminary approval of the class action settlement on or before May 3, 2019.  Any request for fees and costs shall be included in the motion and supported with evidence and summaries in compliance with the Court's Standing Order. A hearing on the motion is set for June 10, 2019 at 8:30 a.m.; provided, however, the parties may seek to continue these deadlines for good cause shown. If a continuance is requested, a status conference may be scheduled to address any open issues and scheduling.

In light of the Notice, Plaintiff's motion for leave to present classwide general damages (Dkt. 114) (the "Motion") is **MOOT**; provided, however, this is without prejudice to its renewal should the parties not reach a final settlement agreement or should the settlement agreement not be approved. Defendants' application to file an untimely notice of non-opposition to the Motion (the "Application") (Dkt. 121)

///

///

is **GRANTED**. Defendants shall file the proposed notice of non-opposition that was attached to the Application (Dkt. 121-1) on or before January 25, 2019.

IT IS SO ORDERED.

Dated: January 22, 2019   _____
                          JOHN A. KRONSTADT
                          UNITED STATES DISTRICT JUDGE