UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, ET AL. <br><br> PLAINTIFFS, <br><br> VS. <br><br> CITY OF LOS ANGELES, ET AL., <br><br> DEFENDANTS. | CASE NO: 2:16-CV-00237-JAK-GJS(X) <br><br> **ORDER RE STIPULATION TO CONTINUE MAY 3 DEADLINE FOR FILING THE MOTION FOR PRELIMINARY APPROVAL (DKT. 128)** |

    The Stipulation (Dkt. 128) to continue the date for the filing of the motion for preliminary approval is **APPROVED** for good cause shown.

    IT IS HEREBY ORDERED that the motion for preliminary approval, which shall also address preliminary approval of any award of attorneys' fees and shall include as attachments those materials required by the Court's Standing Order 10(e) and Exhibit G, shall be filed on or before July 15, 2019.

IT IS FURTHER ORDERED that the hearing on the motion is **CONTINUED** from June 10, 2019 to September 9, 2019 at 8:30 a.m.

IT IS SO ORDERED.

Dated: April 29, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE