**Exhibit D**

| TABLE 1 - Hours and Fees by Attorney/Staff ||||| 
|---|---|---|---|---|
| **Attorney/Staff** | **Task** | **Rate** | **Hours** | **Fees** |
| Barry Litt-Attorney | Task 01 - Pre-Filing Investigation | $ 1,200.00 | 2.40 | $2,880.00 |
| Barry Litt-Attorney | Task 02 - Pre-Filing Research | $ 1,200.00 | 0.10 | $120.00 |
| Barry Litt-Attorney | Task 04 - Drafting/Amending Complaint | $ 1,200.00 | 2.90 | $3,480.00 |
| Barry Litt-Attorney | Task 05 - Rule 26/Scheduling Conferences | $ 1,200.00 | 1.30 | $1,560.00 |
| Barry Litt-Attorney | Task 06 - Class Certification | $ 1,200.00 | 32.00 | $38,400.00 |
| Barry Litt-Attorney | Task 07 - Discovery, Document Productions | $ 1,200.00 | 1.30 | $1,560.00 |
| Barry Litt-Attorney | Task 09 - Trial Preparation, Document Evaluation, Research | $ 1,200.00 | 21.70 | $26,040.00 |
| Barry Litt-Attorney | Task 10 - General Damages | $ 1,200.00 | 14.60 | $17,520.00 |
| Barry Litt-Attorney | Task 11 - Miscellaneous Case, Document, Calendar Management | $ 1,200.00 | 7.40 | $8,880.00 |
| Barry Litt-Attorney | Task 12 - Mediation/Settlement Proceedings | $ 1,200.00 | 34.10 | $40,920.00 |
| Barry Litt-Attorney | Task 13 - Settlement Agreement Negotiations, Preparation | $ 1,200.00 | 13.00 | $15,600.00 |
| Barry Litt-Attorney | Task 14 - Preliminary Approval | $ 1,200.00 | 8.90 | $10,680.00 |
| Barry Litt-Attorney | Task 15 - Co-Counsel Meetings, Communications | $ 1,200.00 | 27.00 | $32,400.00 |
| Barry Litt-Attorney | Task 17 - Post-Filing Research | $ 1,200.00 | 0.40 | $480.00 |
| Barry Litt-Attorney | Task 18 - Attorney Fees | $ 1,200.00 | 8.00 | $9,600.00 |
|  |  | **TOTALS** | **175.10** | **$210,120.00** |
|  |  |  |  |  |
| Carol Sobel-Attorney | Task 01 - Pre-Filing Investigation | $ 1,000.00 | 6.80 | $6,800.00 |
| Carol Sobel-Attorney | Task 02 - Pre-Filing Research | $ 1,000.00 | 2.70 | $2,700.00 |

| | | | | |
|---|---|---|---|---|
| Carol Sobel-Attorney | Task 03 - Criminal Investigation | $ 1,000.00 | 0.60 | $600.00 |
| Carol Sobel-Attorney | Task 4 - Drafting/Amending Complaint | $ 1,000.00 | 49.10 | $49,100.00 |
| Carol Sobel-Attorney | Task 05 - Rule 26/Scheduling Conferences | $ 1,000.00 | 4.10 | $4,100.00 |
| Carol Sobel-Attorney | Task 06 - Class Certification | $ 1,000.00 | 27.30 | $27,300.00 |
| Carol Sobel-Attorney | Task 07 - Discovery, Document Productions | $ 1,000.00 | 47.60 | $47,600.00 |
| Carol Sobel-Attorney | Task 08 - Deposition Preparation, Attendance | $ 1,000.00 | 31.50 | $31,500.00 |
| Carol Sobel-Attorney | Task 09 - Trial Preparation, Document Evaluation, Research | $ 1,000.00 | 39.20 | $39,200.00 |
| Carol Sobel-Attorney | Task 10 - General Damages | $ 1,000.00 | 4.90 | $4,900.00 |
| Carol Sobel-Attorney | Task 11 - Miscellaneous Case, Document, Calendar Management | $ 1,000.00 | 3.90 | $3,900.00 |
| Carol Sobel-Attorney | Task 12 - Mediation/Settlement Proceedings | $ 1,000.00 | 59.10 | $59,100.00 |
| Carol Sobel-Attorney | Task 13 - Settlement Agreement Negotiations, Preparation | $ 1,000.00 | 2.80 | $2,800.00 |
| Carol Sobel-Attorney | Task 15 - Co-Counsel Meetings, Communications | $ 1,000.00 | 12.40 | $12,400.00 |
| Carol Sobel-Attorney | Task 16 - Client Communications | $ 1,000.00 | 0.40 | $400.00 |
| Carol Sobel-Attorney | Task 17 - Post-Filing Research | $ 1,000.00 | 2.40 | $2,400.00 |
| Carol Sobel-Attorney | Task 18 - Attorney Fees | $ 1,000.00 | 12.30 | $12,300.00 |
| | | **TOTALS** | **307.10** | **$307,100.00** |
| | | | | |
| Catherine Sweetser-Attorney | Task 07 - Discovery, Document Productions | $650.00 | 23.70 | $15,405.00 |
| Catherine Sweetser-Attorney | Task 08 - Deposition Preparation, Attendance | $650.00 | 33.00 | $21,450.00 |

| Attorney | Task | Rate | Hours | Total |
|---|---|---|---|---|
| Catherine Sweetser-Attorney | Task 9 - Trial Preparation, Document Evaluation, Research | $650.00 | 0.90 | $585.00 |
| Catherine Sweetser-Attorney | Task 11 - Miscellaneous Case, Document, Calendar Management | $650.00 | 0.90 | $585.00 |
| Catherine Sweetser-Attorney | Task 12 - Mediation/Settlement Proceedings | $650.00 | 0.70 | $455.00 |
| Catherine Sweetser-Attorney | Task 15 - Co-Counsel Meetings, Communications | $650.00 | 0.80 | $520.00 |
| Catherine Sweetser-Attorney | Task 16 - Client Communications | $650.00 | 0.70 | $455.00 |
| Catherine Sweetser-Attorney | Task 18 - Attorney Fees | $650.00 | 0.90 | $585.00 |
| | | **TOTALS** | **61.60** | **$40,040.00** |
| | | | | |
| Colleen Flynn-Attorney | Task 01 - Pre-Filing Investigation | $ 725.00 | 2.10 | $1,522.50 |
| Colleen Flynn-Attorney | Task 03 - Criminal Investigation | $ 725.00 | 12.00 | $8,700.00 |
| Colleen Flynn-Attorney | Task 04 - Drafting/Amending Complaint | $ 725.00 | 2.00 | $1,450.00 |
| Colleen Flynn-Attorney | Task 05 - Rule 26/Scheduling Conferences | $ 725.00 | 1.70 | $1,232.50 |
| Colleen Flynn-Attorney | Task 07 - Discovery, Document Productions | $ 725.00 | 21.90 | $15,877.50 |
| Colleen Flynn-Attorney | Task 08 - Deposition Preparation, Attendance | $ 725.00 | 19.40 | $14,065.00 |
| Colleen Flynn-Attorney | Task 09 - Trial Preparation, Document Evaluation, Research | $ 725.00 | 1.20 | $870.00 |
| Colleen Flynn-Attorney | Task 12 - Mediation/Settlement Proceedings | $ 725.00 | 3.20 | $2,320.00 |
| Colleen Flynn-Attorney | Task 15 - Co-Counsel Meetings, Communications | $ 725.00 | 1.50 | $1,087.50 |
| Colleen Flynn-Attorney | Task 16 - Client Communications | $ 725.00 | 3.70 | $2,682.50 |
| | | **TOTALS** | **68.70** | **$49,807.50** |

| Colleen Mullen-Attorney | Task 02 - Pre-Filing Research | $ 500.00 | 0.80 | $400.00 |
|---|---|---|---|---|
| Colleen Mullen-Attorney | Task 08 - Deposition Preparation, Attendance | $ 500.00 | 7.10 | $3,550.00 |
| | | | **7.90** | **$3,950.00** |
| | | | | |
| Julia White-Sr. Paralegal | Task 01 - Pre-Filing Investigation | $ 360.00 | 0.60 | $216.00 |
| Julia White-Sr. Paralegal | Task 05 - Rule 26/Scheduling Conferences | $ 360.00 | 1.50 | $540.00 |
| Julia White-Sr. Paralegal | Task 06 - Class Certification | $ 360.00 | 11.20 | $4,032.00 |
| Julia White-Sr. Paralegal | Task 07 - Discovery, Document Productions | $ 360.00 | 10.60 | $3,816.00 |
| Julia White-Sr. Paralegal | Task 09 - Trial Preparation, Document Evaluation, Research | $ 360.00 | 5.70 | $2,052.00 |
| Julia White-Sr. Paralegal | Task 10 - General Damages | $ 360.00 | 2.10 | $756.00 |
| Julia White-Sr. Paralegal | Task 11 - Miscellaneous Case, Document, Calendar Management | $ 360.00 | 8.10 | $2,916.00 |
| Julia White-Sr. Paralegal | Task 12 - Mediation/Settlement Proceedings | $ 360.00 | 4.60 | $1,656.00 |
| Julia White-Sr. Paralegal | Task 13 - Settlement Agreement Negotiations, Preparation | $ 360.00 | 2.90 | $1,044.00 |
| Julia White-Sr. Paralegal | Task 14 - Preliminary Approval | $ 360.00 | 1.20 | $432.00 |
| Julia White-Sr. Paralegal | Task 15 - Co-Counsel Meetings, Communications | $ 360.00 | 2.00 | $720.00 |
| Julia White-Sr. Paralegal | Task 18 - Attorney Fees | $ 360.00 | 12.80 | $4,608.00 |
| | | | **63.30** | **$22,788.00** |
| | | | | |
| Matthew Strugar-Attorney | Task 01 - Pre-Filing Investigation | $ 725.00 | 6.40 | $4,640.00 |
| Matthew Strugar-Attorney | Task 02 - Pre-Filing Research | $ 725.00 | 7.50 | $5,437.50 |

| Matthew Strugar-Attorney | Task 04 - Drafting/Amending Complaint | $ 725.00 | 16.70 | $12,107.50 |
|---|---|---|---|---|
| Matthew Strugar-Attorney | Task 05 - Rule 26/Scheduling Conferences | $ 725.00 | 4.80 | $3,480.00 |
| Matthew Strugar-Attorney | Task 06 - Class Certification | $ 725.00 | 10.70 | $7,757.50 |
| Matthew Strugar-Attorney | Task 07 - Discovery, Document Productions | $ 725.00 | 7.50 | $5,437.50 |
| Matthew Strugar-Attorney | Task 11 - Miscellaneous Case, Document, Calendar Management | $ 725.00 | 2.00 | $1,450.00 |
| Matthew Strugar-Attorney | Task 17 - Post-Filing Research | $ 725.00 | 5.00 | $3,625.00 |
| Matthew Strugar-Attorney | Task 03 - Criminal Investigation | $ 725.00 | 0.90 | $652.50 |
|  |  | **TOTALS** | **61.50** | **$44,587.50** |
|  |  |  |  |  |
| Monique Alarcon-Attorney | Task 07 - Discovery, Document Productions | $ 420.00 | 45.70 | $19,194.00 |
| Monique Alarcon-Attorney | Task 08 - Deposition Preparation, Attendance | $ 420.00 | 14.90 | $6,258.00 |
| Monique Alarcon-Attorney | Task 09 - Trial Preparation, Document Evaluation, Research | $ 420.00 | 0.80 | $336.00 |
| Monique Alarcon-Attorney | Task 12 - Mediation/Settlement Proceedings | $ 420.00 | 0.30 | $126.00 |
| Monique Alarcon-Attorney | Task 17 - Post-Filing Research | $ 420.00 | 4.70 | $1,974.00 |
| Monique Alarcon-Law Student | Task 01 - Pre-Filing Investigation | $ 200.00 | 24.80 | $4,960.00 |
| Monique Alarcon-Law Student | Task 02 - Pre-Filing Research | $ 200.00 | 79.90 | $15,980.00 |
|  |  | **TOTALS** | **171.10** | **$48,828.00** |
|  |  |  |  |  |
| Paul Hoffman-Attorney | Task 01 - Pre-Filing Investigation | $ 1,050.00 | 5.40 | $5,670.00 |
| Paul Hoffman-Attorney | Task 02 - Pre-Filing Research | $ 1,050.00 | 2.40 | $2,520.00 |
| Paul Hoffman-Attorney | Task 03 - Criminal Investigation | $ 1,050.00 | 0.50 | $525.00 |

| | | | | |
|---|---|---|---|---|
| Paul Hoffman-Attorney | Task 04 - Drafting/Amending Complaint | $ 1,050.00 | 17.00 | $17,850.00 |
| Paul Hoffman-Attorney | Task 05 - Rule 26/Scheduling Conferences | $ 1,050.00 | 1.00 | $1,050.00 |
| Paul Hoffman-Attorney | Task 06 - Class Certification | $ 1,050.00 | 4.90 | $5,145.00 |
| Paul Hoffman-Attorney | Task 07 - Discovery, Document Productions | $ 1,050.00 | 1.80 | $1,890.00 |
| Paul Hoffman-Attorney | Task 08 - Deposition Preparation, Attendance | $ 1,050.00 | 30.30 | $31,815.00 |
| Paul Hoffman-Attorney | Task 09 - Trial Preparation, Document Evaluation, Research | $ 1,050.00 | 12.20 | $12,810.00 |
| Paul Hoffman-Attorney | Task 10 - Preparation for Filing Re General Damages | $ 1,050.00 | 0.20 | $210.00 |
| Paul Hoffman-Attorney | Task 12 - Mediation/Settlement Proceedings | $ 1,050.00 | 33.10 | $34,755.00 |
| Paul Hoffman-Attorney | Task 13 - Settlement Agreement Negotiations, Preparation | $ 1,050.00 | 0.70 | $735.00 |
| Paul Hoffman-Attorney | Task 15 - Co-Counsel Meetings, Communications | $ 1,050.00 | 11.60 | $12,180.00 |
| Paul Hoffman-Attorney | Task 17 - Post-Filing Research | $ 1,050.00 | 0.20 | $210.00 |
| | | **TOTALS** | **121.30** | **$127,365.00** |
| | | | | |
| Rachel Steinback-Attorney | Task 07 - Discovery, Document Productions | $ 650.00 | 5.90 | $3,835.00 |
| Rachel Steinback-Attorney | Task 08 - Deposition Preparation, Attendance | $ 650.00 | 43.40 | $28,210.00 |
| Rachel Steinback-Attorney | Task 11 - Miscellaneous Case, Document, Calendar Management | $ 650.00 | 1.20 | $780.00 |
| Rachel Steinback-Attorney | Task 12 - Mediation/Settlement Proceedings | $ 650.00 | 1.00 | $650.00 |

| Rachel Steinback-Attorney | Task 15 - Co-Counsel Meetings, Communications | $ 650.00 | 1.00 | $650.00 |
|---|---|---|---|---|
| | | TOTALS | 52.50 | $34,125.00 |
| | | | | |
| Weston Rowland-Law Clerk | Task 07 - Discovery, Document Productions | $ 250.00 | 32.00 | $8,000.00 |
| | | | | |
| | | TOTALS | 1122.1 | $896,711.00 |
| | | | | |
| **Exclusive of class administration, it is expected that an additional 50-125 hours will be spent prior to the filing of the final approval motion and order. (Litt Dec. paragraph 40)** | | | | |
| | | | | |

| | TABLE 2 - ATTORNEY FEES BY TASK | | | |
|---|---|---|---|---|
| Attorney/Staff | Task 1 - Pre-Filing Investigation | Rate | Hours | Fees |
| Barry Litt-Attorney | Task 1 - Pre-Filing Investigation | $1,200.00 | 2.4 | $2,880.00 |
| Julia White-Sr. Paralegal | Task 1 - Pre-Filing Investigation | $360.00 | 0.6 | $216.00 |
| Paul Hoffman-Attorney | Task 1 - Pre-Filing Investigation | $1,050.00 | 5.4 | $5,670.00 |
| Matthew Strugar-Attorney | Task 1 - Pre-Filing Investigation | $725.00 | 6.4 | $4,640.00 |
| Colleen Flynn-Attorney | Task 1 - Pre-Filing Investigation | $725.00 | 2.1 | $1,522.50 |
| Carol Sobel-Attorney | Task 1 - Pre-Filing Investigation | $1,000.00 | 6.8 | $6,800.00 |
| Monique Alarcon-Law Student | Task 1 - Pre-Filing Investigation | $200.00 | 24.8 | $4,960.00 |
| | | TASK 1 TOTALS | $48.50 | $26,688.50 |
| Attorney/Staff | Task 2 - Pre-Filing Research | Rate | Hours | Fees |
| Barry Litt-Attorney | Task 2 - Pre-Filing Research | $1,200.00 | 0.10 | $120.00 |
| Paul Hoffman-Attorney | Task 2 - Pre-Filing Research | $1,050.00 | 2.40 | $2,520.00 |
| Matthew Strugar-Attorney | Task 2 - Pre-Filing Research | $725.00 | 7.50 | $5,437.50 |
| Colleen Mullen-Attorney | Task 2 - Pre-Filing Research | $500.00 | 0.80 | $400.00 |
| Carol Sobel-Attorney | Task 2 - Pre-Filing Research | $1,000.00 | 2.70 | $2,700.00 |
| Monique Alarcon-Law Student | Task 2 - Pre-Filing Research | $200.00 | 79.90 | $15,980.00 |
| | | TASK 2 TOTALS | $93.40 | $27,157.50 |
| Attorney/Staff | Task 3 - Criminal Investigation | Rate | Hours | |
| Paul Hoffman-Attorney | Task 3 - Criminal Investigation | $1,050.00 | 0.5 | $525.00 |
| Matthew Strugar-Attorney | Task 3 - Criminal Investigation | $725.00 | 0.9 | $652.50 |
| Colleen Flynn-Attorney | Task 3 - Criminal Investigation | $725.00 | 12 | $8,700.00 |
| Carol Sobel-Attorney | Task 3 - Criminal Investigation | $1,000.00 | 0.6 | $600.00 |
| | | TASK 3 TOTALS | 14.00 | $10,477.50 |
| Attorney/Staff | Task 4 - Drafting/Amending Complaint | Rate | Hours | Fees |
| Barry Litt-Attorney | Task 4 - Drafting/Amending Complaint | $1,200.00 | 2.9 | $3,480.00 |

| Attorney/Staff | Task | Rate | Hours | Fees |
|---|---|---|---|---|
| Paul Hoffman-Attorney | Task 4 - Drafting/Amending Complaint | $1,050.00 | 17 | $17,850.00 |
| Matthew Strugar-Attorney | Task 4 - Drafting/Amending Complaint | $725.00 | 16.7 | $12,107.50 |
| Colleen Flynn-Attorney | Task 4 - Drafting/Amending Complaint | $725.00 | 2 | $1,450.00 |
| Carol Sobel | Task 4 - Drafting/Amending Complaint | $1,000.00 | 49.1 | $49,100.00 |
| | | **TASK 4 TOTALS** | **87.70** | **$83,987.50** |
| | | | | |
| **Attorney/Staff** | **Task 5 - Rule 26/Scheduling Conferences** | **Rate** | **Hours** | **Fees** |
| Barry Litt-Attorney | Task 5 - Rule 26/Scheduling Conferences | $1,200.00 | 1.3 | $1,560.00 |
| Julia White-Sr. Paralegal | Task 5 - Rule 26/Scheduling Conferences | $360.00 | 1.5 | $540.00 |
| Paul Hoffman-Attorney | Task 5 - Rule 26/Scheduling Conferences | $1,050.00 | 1.0 | $1,050.00 |
| Matthew Strugar-Attorney | Task 5 - Rule 26/Scheduling Conferences | $725.00 | 4.8 | $3,480.00 |
| Colleen Flynn-Attorney | Task 5 - Rule 26/Scheduling Conferences | $725.00 | 1.7 | $1,232.50 |
| Carol Sobel-Attorney | Task 5 - Rule 26/Scheduling Conferences | $1,000.00 | 4.1 | $4,100.00 |
| | | **TASK 5 TOTALS** | **14.4** | **$11,962.50** |
| | | | | |
| **Attorney/Staff** | **Task 6 - Class Certification** | **Rate** | **Hours** | **Fees** |
| Barry Litt-Attorney | Task 6 - Class Certification | $1,200.00 | 32 | $38,400.00 |
| Julia White-Sr. Paralegal | Task 6 - Class Certification | $360.00 | 11.2 | $4,032.00 |
| Paul Hoffman-Attorney | Task 6 - Class Certification | $1,050.00 | 4.9 | $5,145.00 |
| Matthew Strugar-Attorney | Task 6 - Class Certification | $725.00 | 10.7 | $7,757.50 |
| Carol Sobel-Attorney | Task 6 - Class Certification | $1,000.00 | 27.3 | $27,300.00 |
| | | **TASK 6 TOTALS** | **86.1** | **$82,634.50** |
| | | | | |
| **Attorney/Staff** | **Task 7 - Discovery, Document Productions** | **Rate** | **Hours** | **Fees** |

| Attorney/Staff | Task | Rate | Hours | Fees |
|---|---|---|---|---|
| Barry Litt-Attorney | Task 7 - Discovery, Document Productions | $1,200.00 | 1.3 | $1,560.00 |
| Julia White-Sr. Paralegal | Task 7 - Discovery, Document Productions | $360.00 | 10.6 | $3,816.00 |
| Paul Hoffman-Attorney | Task 7 - Discovery, Document Productions | $1,050.00 | 1.8 | $1,890.00 |
| Rachel Steinback-Attorney | Task 7 - Discovery, Document Productions | $650.00 | 5.9 | $3,835.00 |
| Matthew Strugar-Attorney | Task 7 - Discovery, Document Productions | $725.00 | 7.5 | $5,437.50 |
| Catherine Sweetser-Attorney | Task 7 - Discovery, Document Productions | $650.00 | 23.7 | $15,405.00 |
| Colleen Flynn-Attorney | Task 7 - Discovery, Document Productions | $725.00 | 21.9 | $15,877.50 |
| Carol Sobel-Attorney | Task 7 - Discovery, Document Productions | $1,000.00 | 47.6 | $47,600.00 |
| Weston Rowland-Law Clerk | Task 7 - Discovery, Document Productions | $250.00 | 32 | $8,000.00 |
| Monique Alarcon-Attorney | Task 7 - Discovery, Document Productions | $420.00 | 45.7 | $19,194.00 |
| | | **TASK 7 TOTALS** | **198** | **$122,615.00** |
| **Attorney/Staff** | **Task 8 - Deposition Preparation, Attendance** | **Rate** | **Hours** | **Fees** |
| Paul Hoffman-Attorney | Task 8 - Deposition Preparation, Attendance | $1,050.00 | 30.3 | $31,815.00 |
| Colleen Mullen-Attorney | Task 8 - Deposition Preparation, Attendance | $500.00 | 7.1 | $3,550.00 |
| Rachel Steinback-Attorney | Task 8 - Deposition Preparation, Attendance | $650.00 | 43.4 | $28,210.00 |
| Colleen Sweetser-Attorney | Task 8 - Deposition Preparation, Attendance | $650.00 | 33 | $21,450.00 |
| Colleen Flynn-Attorney | Task 8 - Deposition Preparation, Attendance | $725.00 | 19.4 | $14,065.00 |
| Carol Sobel-Attorney | Task 8 - Deposition Preparation, Attendance | $1,000.00 | 31.5 | $31,500.00 |
| Monique Alarcon-Attorney | Task 8 - Deposition Preparation, Attendance | $420.00 | 14.9 | $6,258.00 |
| | | **TASK 8 TOTALS** | **179.6** | **$136,848.00** |
| **Attorney/Staff** | **Task 9 - Trial Preparation, Document Evaluation, Research** | **Rate** | **Hours** | **Fees** |
| Barry Litt-Attorney | Task 9 - Trial Preparation, Document Evaluation, Research | $1,200.00 | 21.7 | $26,040.00 |

| Attorney/Staff | Task | Rate | Hours | Fees |
|---|---|---|---|---|
| Julia White-Sr. Paralegal | Task 9 - Trial Preparation, Document Evaluation, Research | $360.00 | 5.7 | $2,052.00 |
| Paul Hoffman-Attorney | Task 9 - Trial Preparation, Document Evaluation, Research | $1,050.00 | 12.2 | $12,810.00 |
| Catherine Sweetser-Attorney | Task 9 - Trial Preparation, Document Evaluation, Research | $650.00 | 0.9 | $585.00 |
| Colleen Flynn-Attorney | Task 9 - Trial Preparation, Document Evaluation, Research | $725.00 | 1.2 | $870.00 |
| Carol Sobel-Attorney | Task 9 - Trial Preparation, Document Evaluation, Research | $1,000.00 | 39.2 | $39,200.00 |
| Monique Alarcon-Attorney | Task 9 - Trial Preparation, Document Evaluation, Research | $420.00 | 0.8 | $336.00 |
| | | **TASK 9 TOTALS** | **81.7** | **$81,893.00** |

| Attorney/Staff | Task 10 - General Damages | Rate | Hours | Fees |
|---|---|---|---|---|
| Barry Litt-Attorney | Task 10 - General Damages | $1,200.00 | 14.6 | $17,520.00 |
| Julia White-Sr. Paralegal | Task 10 - General Damages | $360.00 | 2.1 | $756.00 |
| Paul Hoffman-Attorney | Task 10 - Preparation for Filing Re General Damages | $1,050.00 | 0.2 | $210.00 |
| Carol Sobel-Attorney | Task 10 - General Damages | $1,000.00 | 4.9 | $4,900.00 |
| | | **TASK 10 TOTALS** | **21.8** | **$23,386.00** |

| Attorney/Staff | Task 11 - Miscellaneous Case, Document, Calendar Management | Rate | Hours | Fees |
|---|---|---|---|---|
| Barry Litt-Attorney | Task 11 - Miscellaneous Case, Document, Calendar Management | $1,200.00 | 7.4 | $8,880.00 |
| Julia White-Sr. Paralegal | Task 11 - Miscellaneous Case, Document, Calendar Management | $360.00 | 8.1 | $2,916.00 |
| Rachel Steinback-Attorney | Task 11 - Miscellaneous Case, Document, Calendar Management | $650.00 | 1.2 | $780.00 |
| Matthew Strugar-Attorney | Task 11 - Miscellaneous Case, Document, Calendar Management | $725.00 | 2 | $1,450.00 |

| Attorney/Staff | Task | Rate | Hours | Fees |
|---|---|---|---|---|
| Catherine Sweetser-Attorney | Task 11 - Miscellaneous Case, Document, Calendar Management | $650.00 | 0.9 | $585.00 |
| Carol Sobel-Attorney | Task 11 - Miscellaneous Case, Document, Calendar Management | $1,000.00 | 3.9 | $3,900.00 |
| | | **TASK 11 TOTALS** | **23.5** | **$18,511.00** |
| **Attorney/Staff** | **Task 12 - Mediation/Settlement Proceedings** | **Rate** | **Hours** | **Fees** |
| Barry Litt-Attorney | Task 12 - Mediation/Settlement Proceedings | $1,200.00 | 34.1 | $40,920.00 |
| Julia White-Sr. Paralegal | Task 12 - Mediation/Settlement Proceedings | $360.00 | 4.6 | $1,656.00 |
| Paul Hoffman-Attorney | Task 12 - Mediation/Settlement Proceedings | $1,050.00 | 33.1 | $34,755.00 |
| Rachel Steinback-Attorney | Task 12 - Mediation/Settlement Proceedings | $650.00 | 1 | $650.00 |
| Catherine Sweetser-Attorney | Task 12 - Mediation/Settlement Proceedings | $650.00 | 0.7 | $455.00 |
| Colleen Flynn-Attorney | Task 12 - Mediation/Settlement Proceedings | $725.00 | 3.2 | $2,320.00 |
| Carol Sobel-Attorney | Task 12 - Mediation/Settlement Proceedings | $1,000.00 | 59.1 | $59,100.00 |
| Monique Alarcon-Attorney | Task 12 - Mediation/Settlement Proceedings | $420.00 | 0.3 | $126.00 |
| | | **TASK 12 TOTALS** | **136.1** | **$139,982.00** |
| **Attorney/Staff** | **Task 13 - Settlement Agreement Negotiations, Preparation** | **Rate** | **Hours** | **Fees** |
| Barry Litt-Attorney | Task 13 - Settlement Agreement Negotiations, Preparation | $1,200.00 | 13 | $15,600.00 |
| Julia White-Sr. Paralegal | Task 13 - Settlement Agreement Negotiations, Preparation | $360.00 | 2.9 | $1,044.00 |
| Paul Hoffman-Attorney | Task 13 - Settlement Agreement Negotiations, Preparation | $1,050.00 | 0.7 | $735.00 |

| Carol Sobel-Attorney | Task 13 - Settlement Agreement Negotiations, Preparation | $1,000.00 | 2.8 | $2,800.00 |
|---|---|---|---|---|
| | | **TASK 13 TOTALS** | **19.4** | **$20,179.00** |
| | | | | |
| **Attorney/Staff** | **Task 14 - Preliminary Approval** | Rate | Hours | |
| Barry Litt-Attorney | Task 14 - Preliminary Approval | $1,200.00 | 8.9 | $10,680.00 |
| Julia White-Sr. Paralegal | Task 14 - Preliminary Approval | $360.00 | 1.2 | $432.00 |
| | | **TASK 14 TOTALS** | **10.1** | **$11,112.00** |
| | | | | |
| **Attorney/Staff** | **Task 15 - Co-Counsel Meetings, Communications** | Rate | Hours | Fees |
| Barry Litt-Attorney | Task 15 - Co-Counsel Meetings, Communications | $1,200.00 | 27 | $32,400.00 |
| Julia White-Sr. Paralegal | Task 15 - Co-Counsel Meetings, Communications | $360.00 | 2 | $720.00 |
| Paul Hoffman-Attorney | Task 15 - Co-Counsel Meetings, Communications | $1,050.00 | 11.6 | $12,180.00 |
| Rachel Steinback-Attorney | Task 15 - Co-Counsel Meetings, Communications | $650.00 | 1 | $650.00 |
| Catherine Sweetser-Attorney | Task 15 - Co-Counsel Meetings, Communications | $650.00 | 0.8 | $520.00 |
| Colleen Flynn-Attorney | Task 15 - Co-Counsel Meetings, Communications | $725.00 | 1.5 | $1,087.50 |
| Carol Sobel-Attorney | Task 15 - Co-Counsel Meetings, Communications | $1,000.00 | 12.4 | $12,400.00 |
| | | **TASK 15 TOTALS** | **56.3** | **$59,957.50** |
| | | | | |
| **Attorney/Staff** | **Task 16 - Client Communications** | Rate | Hours | Fees |
| Catherine Sweetser-Attorney | Task 16 - Client Communications | $650.00 | 0.7 | $455.00 |
| Colleen Flynn-Attorney | Task 16 - Client Communications | $725.00 | 3.7 | $2,682.50 |
| Carol Sobel-Attorney | Task 16 - Client Communications | $1,000.00 | 0.4 | $400.00 |
| | | **TASK 16 TOTALS** | **4.8** | **$3,537.50** |
| | | | | |
| **Attorney/Staff** | **Task 17 - Post-Filing Research** | Rate | Hours | Fees |
| Barry Litt-Attorney | Task 17 - Post-Filing Research | $1,200.00 | 0.4 | $480.00 |

| Attorney/Staff | | Rate | Hours | Fees |
|---|---|---|---|---|
| Paul Hoffman-Attorney | Task 17 - Post-Filing Research | $1,050.00 | 0.2 | $210.00 |
| Matthew Strugar-Attorney | Task 17 - Post-Filing Research | $725.00 | 5 | $3,625.00 |
| Carol Sobel-Attorney | Task 17 - Post-Filing Research | $1,000.00 | 2.4 | $2,400.00 |
| Monique Alarcon-Attorney | Task 17 - Post-Filing Research | $420.00 | 4.7 | $1,974.00 |
| | | **TASK 17 TOTALS** | **12.7** | **$8,689.00** |
| | | | | |
| **Attorney/Staff** | **Task 18 - Attorney Fees** | **Rate** | **Hours** | **Fees** |
| Barry Litt-Attorney | Task 18 - Attorney Fees | $1,200.00 | 8 | $9,600.00 |
| Julia White-Sr. Paralegal | Task 18 - Attorney Fees | $360.00 | 12.8 | $4,608.00 |
| Catherine Sweetser-Attorney | Task 18 - Attorney Fees | $650.00 | 0.9 | $585.00 |
| Carol Sobel-Attorney | Task 18 - Attorney Fees | $1,000.00 | 12.3 | $12,300.00 |
| | | **TASK 18 TOTALS** | **34** | **$27,093.00** |
| | | | | |
| | | **TOTALS** | **1,122.10** | **$896,711.00** |
| | | | | |
| **Exclusive of class administration, it is expected that an additional 50-125 hours will be spent prior to the filing of the final approval motion and order. (Litt Dec. paragraph 40)** | | | | |