**Exhibit 4**

# Monique Alarcon

2229 W. 2nd Street, Los Angeles, CA 90057
(909) 292-3850 • monique.alarcon8@gmail.com

## BAR ADMISSIONS
State Bar of California, December 2016
U.S. District Court Central District of California, December 2016
U.S. Court of Appeals for the Ninth Circuit, February 2018

## EDUCATION
**Loyola Law School, Los Angeles, CA**
Juris Doctor, May 2016

**Activities:** Ninth Circuit Appellate Advocacy Clinic, *Drafted and Filed Opening Brief in a § 1983 Civil Rights Appeal* (2015 - 2016);
Scott Moot Court Honors Board, (2015 - 2016), *Earned a "Top 10 Brief" Award*;
HNBA Moot Court, *Student Advisor* (2015 - 2016);
Loyola Writing Tutor (2015 - 2016);
Civil Rights Litigation Practicum, Research Assistant (Fall 2015);
Loyola Project for the Innocent (2015 - 2016)

**University of California, Riverside, CA**
Bachelor of Arts, Double Major in Sociology and Law & Society, June 2013

## EXPERIENCE
**Law Office of Carol A. Sobel**                                    **Santa Monica, CA**
*Associate Attorney*                                                August 2016 – Present
*Summer Law Clerk*                                                  Summer 2015
- Represent individuals in civil rights litigation, focusing primarily on First Amendment and Fourteenth Amendment due process issues.
- Litigate all aspects of each case, including performing client intakes and serving as primary point of contact for clients, researching federal and state law claims, drafting § 1983 civil rights complaints, draft written discovery requests and responses, and take and defend depositions.
- Represent homeless individuals cited for "quality of life" offenses by appearing for and presenting oral argument at arraignments, trials, and post-conviction hearings on infraction offenses

**Public Counsel**                                                  **Los Angeles, CA**
*Spring Extern, Children's Rights Project*                          January - May 2015
- Researched administrative law decisions from Department of Developmental Service hearings
- Drafted memoranda to assist clients with Regional Center IPP meetings and fair hearing appeals
- Monitored settlement implementation at juvenile hall by interviewing juveniles and preparing summaries of hall visits

**Disability Rights Legal Center**                                  **Los Angeles, CA**
*Summer Law Clerk*                                                  May - August 2014
- Performed document review and drafted Public Records Act requests
- Conducted legal research regarding ADA accessibility and IDEA special education claims

## PRO BONO ACTIVITIES & BOARD MEMBERSHIP

- National Lawyers Guild Los Angeles, Homeless Citation Defense Clinics
  *Supervising Attorney for Legal Clinics in Skid Row and Venice*
- Loyola Law School's Hispanic National Bar Association (HNBA) Moot Court Team
  *Coach*, 2016 – Present
- Elder Law and Disability Rights Center
  *Advisory Board Member*, May 2019 – Present

## ADDITIONAL INFORMATION

**Language:**  Fluent in Spanish

**Presentations:**  National Lawyers Guild Continuing Legal Education Training, Los Angeles, California
*Panelist,* "Combatting the Criminalization of Unhoused People"