Barrett S. Litt, SBN 45527
Email: blitt@kmbllaw.com
KAYE, MCLANE, BEDNARSKI & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Carol A. Sobel, SBN 84483
Email: carolsobel@aol.com
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, California 90401
Telephone: (310) 393-3055

ADDITIONAL COUNSEL LISTED
ON NEXT PAGE
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>DEFENDANTS. | CASE NO: 2:16-CV-00237-JAK-GJS(X)<br>[HON. JOHN A. KRONSTADT]<br><br>CORRECTED EXHIBIT 1 TO SOBEL DECLARATION<br><br>HEARING DATE: SEPTEMBER 9, 2019<br>HEARING TIME: 8:30 A.M.<br>COURTROOM: 10B |

ADDITIONAL PLAINTIFFS' COUNSEL

Paul Hoffman, SBN 71244
Email. hoffpaul@aol.com
Catherine Sweetser. SBN271142
Email. catherine.sdshhh@gmail.com
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
11543 Olympic Boulevard
Los Angeles, California 90064
Tel. (310) 396-0731
Fax. (310) 399-7040

Colleen M. Flynn, SBN 234281
Email. cflynnlaw@yahoo.com
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, California 9001 0
Tel. 213 252-9444
Fax. 213 252-0091

Matthew Strugar, SBN 232951
Email. matthewstrugar@gmail.com
LAW OFFICE OF MATTHEW STRUGAR
2108 Cove Avenue
Los Angeles, California 90039
Tel: 323 696-2299

Plaintiffs hereby submit the Corrected Exhibit 1 to the Declaration of Carol A. Sobel.  An incomplete version of the exhibit was inadvertently filed when the Motion for Preliminary Approval was submitted in mid-July.

The Corrected Exhibit 1 contains as attachments the Curriculum Vitae of each attorney for whom fees are sought in this matter other than Barrett Litt, whose CV was submitted separately at the time of the July 2019 filing.

Dated: August 21, 2019   Respectfully submitted,

**KAYE, McLANE, BEDNARSKI & LITT**
**LAW OFFICE OF CAROL SOBEL**
**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**

By:___/s/ Carol A. Sobel_____
CAROL A. SOBEL
Attorneys for Plaintiffs

1

Barrett S. Litt, SBN 45527
Email: blitt@kmbllaw.com
KAYE, MCLANE, BEDNARSKI & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Carol A. Sobel, SBN 84483
Email: carolsobel@aol.com
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, California 90401
Telephone: (310) 393-3055

ADDITIONAL COUNSEL LISTED
ON NEXT PAGE
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>DEFENDANTS. | CASE NO: 2:16-CV-00237-JAK-GJS(X)<br>[HON. JOHN A. KRONSTADT]<br><br>CORRECTED EXHIBIT 1 TO SOBEL DECLARATION<br><br>HEARING DATE:   SEPTEMBER 9, 2019<br>HEARING TIME:    8:30 A.M.<br>COURTROOM:       10B |

ADDITIONAL PLAINTIFFS' COUNSEL

Paul Hoffman, SBN 71244
Email. hoffpaul@aol.com
Catherine Sweetser. SBN271142
Email. catherine.sdshhh@gmail.com
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
11543 Olympic Boulevard
Los Angeles, California 90064
Tel. (310) 396-0731
Fax. (310) 399-7040

Colleen M. Flynn, SBN 234281
Email. cflynnlaw@yahoo.com
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, California 9001 0
Tel. 213 252-9444
Fax. 213 252-0091

Matthew Strugar, SBN 232951
Email. matthewstrugar@gmail.com
LAW OFFICE OF MATTHEW STRUGAR
2108 Cove Avenue
Los Angeles, California 90039
Tel: 323 696-2299

Plaintiffs hereby submit the Corrected Exhibit 1 to the Declaration of Carol A. Sobel.  An incomplete version of the exhibit was inadvertently filed when the Motion for Preliminary Approval was submitted in mid-July.

The Corrected Exhibit 1 contains as attachments the Curriculum Vitae of each attorney for whom fees are sought in this matter other than Barrett Litt, whose CV was submitted separately at the time of the July 2019 filing.

Dated: August 21, 2019   Respectfully submitted,

**KAYE, McLANE, BEDNARSKI & LITT**
**LAW OFFICE OF CAROL SOBEL**
**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**

By:___ /s/ Carol A. Sobel_____
CAROL A. SOBEL
Attorneys for Plaintiffs

003

**DECLARATION OF CAROL SOBEL**

# CAROL A. SOBEL

725 Arizona Avenue• Suite 300 • Santa Monica, CA 90401 •
Tel. 310 393-3055 • Email carolsobellaw@gmail.com

## Employment:

LAW OFFICE OF CAROL A. SOBEL                                APRIL, 1997 TO PRESENT
Solo civil rights law firm.

SENIOR STAFF COUNSEL                                        1990 TO APRIL, 1997
*ACLU Foundation of Southern California*

Responsible for conducting civil rights and civil liberties litigation in state and federal courts in California;
supervise litigation by ACLU volunteer counsel and other ACLU legal staff.

STAFF ATTORNEY                                             1985 TO 1990
*ACLU Foundation of Southern Califorina*

Civil liberties litigation, primarily in the areas of Establishment Clause and Free Exercise violations, as well as other
First Amendment rights.

ASSOCIATE DIRECTOR                                         1979 TO 1985
*ACLU Foundation of Southern California*
*American Civil Liberties Union of Southern California*

Under the direction of the Executive Director, responsible for administration of two non-profit organizations,
including working with Boards of Directors on development of policy on civil liberties issues.  Engaged in litigation
and assisted Legal Director in coordination and supervision of pro bono attorneys.

DEVELOPMENT DIRECTOR                                       1977 TO 1979
*ACLU Foundation of Southern California*
*American Civil Liberties Union of Southern California*

Responsible for conducting a variety of fundraising efforts to meet a million-dollar plus annual budget for a
501(c)(3) and a 501(c)(4).

## Admitted to Practice:

California Supreme Court                                   No vember, 1978

United States Supreme Court                               Sep tember, 1991

Ninth Circuit Court of Appeals                            August, 1986

U.S.D.C. Central District of California                   February, 1986

U.S.D.C.  Eastern District of California                  June, 1990

## Litigation Experience:

### Federal courts:   (Partial listing of published opinions and significant cases)

*CPR for SKID ROW,*
779 F.3d 1098 (9th Cir. 2015)
Partial reversal of summary judgment in favor of the Defendant and holding that California Penal Code §403
could not lawfully be applied to criminalize the expressive activity of the Plaintiffs for protesting on Skid
Row.
(Lead counsel and argued on appeal)

005

*Desertrain v. City of Los Angeles*
754 F.3d 1114 (9th Cir. 2014)
Reversal of summary judgment in favor of the Defendants and holding that Los Angeles Municipal Code §85.02, prohibiting parking a vehicle on public streets or parking lots any time of day or night if a person "lives" in the vehicle, is unconstitutionally vague.
(Lead counsel and argued on appeal)

*Lavan v. City of Los Angeles*
693 F.3d 1022 (9th Cir. 2012), *affirming* grant of preliminary injunction 797 F.Supp.2d 1005 (C.D. Cal. 2011)
Preliminary injunction barring City from confiscating and immediately destroying the property of homeless individuals on Los Angeles' Skid Row.
(Lead Counsel)

*Long Beach Area Peace Network v. City of Long Beach*
522 F.3d 1010 (9th Cir. 2008), as amended July 24, 2009
Upholding and reversing in part on appeal a decision of the district court granting Plaintiffs' request for a preliminary injunction to enjoin a municipal parade ordinance that included vague permit standards setting, *inter alia,* advance-notice requirements police charges based on the past unlawful conduct of third parties without adequate standards to limit the discretion of public officials charged with implementing the parade ordinance.
(Lead counsel)

*Fitzgerald v. City of Los Angeles*
485 F.Supp.2d 1137 (CD CA 2008)
Extending injunction against police sweeps of homeless persons on Los Angeles' Skid Row on the grounds of searching for parole and probation violations.  See below for discussion of permanent injunction in 2003.
(Co-Counsel)

*Multi-Ethnic Immigrant Worker Organizing Network (MIWON) v. City of Los Angeles*
246 F.R.D. 621 (C.D. Cal. 2007)
Order granting class certification in challenge to police assault on a lawful assembly of immigrant rights supporters by the Los Angeles Police Department on May Day, 2007.
(Class Co-Counsel)

*Edward Jones, et al., v. City of Los Angeles*,
444 F.3d 1118 (9th Cir. 2006), vacated pursuant to settlement 505 F.3d 1006 (2007)
Challenge to City of Los Angeles Municipal Code §41.18(d), prohibiting sitting, lying or sleeping on any street or sidewalk anywhere in the City at any time of day or night.  Plaintiffs, all of whom are homeless persons, brought an 8th Amendment as-applied challenge to their arrests and citations for violating the ordinance when their was no available adequate shelter.
(Co-counsel)

*Terry Tipton-Whittingham, et al. v. City of Los Angeles*
316 F.3d 1059 (9thCir. 2003)
Challenge by City of Los Angeles to interim fee award granting plaintiffs' fees as "catalysts" under state civil rights fee shifting statutes.  Following oral argument, the Ninth Circuit certified issue of continued availability of "catalyst" fees under California law after adverse decision by the United States Supreme Court rejecting catalyst fee doctrine under federal law absent express legislative authorization.  Certified for hearing before the California Supreme Court and ultimately upheld the catalyst fee doctrine under California law.
(Co-counsel*; argued in Ninth Circuit)

*Fitzgerald v. City of Los Angeles*
2003 U.S. Dist. LEXIS 27382 (CD CA 2003)
Permanent injunction enjoining Fourth Amendment violations by the Los Angeles Police Department (LAPD). The injunction prevents the LAPD  from engaging in stops of homeless persons for parole and probation sweeps on Skid Row without reasonable suspicion to believe that specific individuals are on parole or probation and subject to a search condition, or that the individual has engaged in, or is about to commit a crime.
(Lead counsel)

*Khademi v. South Orange County Community College District*
194 F.Supp.2d 1011 (C.D. CA 2002)
First Amendment facial challenge invalidating college policy  regulating time, place and manner of student speech on campus.
(Lead counsel)

*Mardi Gras of San Luis Obispo v. City of San Luis Obispo*
189 F. Supp.2d 1018 (C.D. Cal. 2002)
Preliminary injunction to enjoin a municipal parade ordinance that required lengthy advance-notice requirement and permitted high insurance and police charges based on the past unlawful conduct of third parties without adequate standards to limit the discretion of public officials charged with implementing the parade ordinance.

*Bauer v. Sampson*
261 F.3d 775 (9th Cir. 2001)
First Amendment challenge to disciplinary action against college professor for publication of an alternative newsletter criticizing elected and appointed public officials and disclosing wrongdoing by college officials and personnel. The college sought to discipline the professor for violating the district's policies on discrimination and work-place violence. The polices were declared unconstitutional as applied to the professor's speech.

*H.C. v. Koppel*
203 F.3d 610 (9th Cir. 2000)
Dismissal of federal civil rights action filed in federal court against state court judge and appointed counsel for minor in family law matter. Circuit held that Younger Abstention applied and non-custodial parent had adequate state court remedy.

*Justin v. City of Los Angeles*
2000 U.S. Dist. LEXIS (CD Cal. 2000)
Class action to enjoin police sweeps of homeless population on Los Angeles' Skid Row. Permanent injunction stipulated to in settlement following certification of the injunctive relief class.
(Lead counsel)

*Los Angeles Alliance for Survival, et al. v. City of Los Angeles*
987 F. Supp. 819 (1997); 157 F.3d 1162 (9th Cir. 1998); on certification to the California Supreme Court, 22 Cal.4th 352 (2000); 224 F.3d 1076 (9th Cir. 2000)
Injunction issued in challenge to municipal ordinance barring so-called "aggressive solicitation" in broad areas of traditional public fora. Preliminary injunction entered by district court based on California Constitution. On appeal, the Ninth Circuit certified the California Constitution question to the California Supreme Court. Following decision by the California Supreme Court, the Ninth Circuit upheld the original injunction.
(Co-counsel)

*Service Employees International Union 660 v. City of Los Angeles*
114 F. Supp.2d 966 (C.D. Cal. 2000)
Challenge to the "no-protest zone" at the Democratic National Convention in Los Angeles in 2000, as well as a preliminary injunction to enjoin the City of Los Angeles parade ordinance.
(Co-counsel)

*United States v. Wunsch*
54 F.3d 579 (9th Cir. 1995);84 F.3d 1110 (9th Cir. 1996) (reargument)
First Amendment challenge to discipline of male attorney for "gender bias" in sending note to female Asst. U.S. Attorney after she successfully moved to disqualify him as defense counsel in a criminal case. Ninth Circuit invalidated the penalty and declared unconstitutional California's "offensive personality" regulation on attorneys' professional conduct. (Argued and briefed on appeal).

*American Jewish Congress v. City of Beverly Hills*
65 F.3d 1539 (9th Cir. 1995);90 F.3d 379 (9th Cir. 1996) (en banc)
First Amendment challenge to display of a religious symbol on public property and to permit scheme for expressive activities in public fora in the City of Beverly Hills. The en banc panel held the permit scheme unconstitutional and found that a preference had occurred for the display of a particular religious symbol. The en banc decision was unanimous. (Argued and briefed on appeal)

*Baca v. Moreno Valley Unified School District*
936 F. Supp. 719 (C.D. Cal. 1996)
First Amendment challenge to school board regulations preventing speakers from making disparaging remarks about public employees during public board meetings.

*Wallin v. City of Los Angeles*,
1194 U.S. App. LEXIS 2343 (9th Cir. 2004)

Circuit dismissed appeal of defendant City and law enforcement officers from denial of qualified immunity. Appellee, a female officer with the Los Angeles Police Department, alleged that appellants violated her right to equal protection, due process and right to petition the government because they violated LAPD confidentiality regulations and delayed the investigation into her allegations of co-worker rape.

(Lead counsel)

*National Abortion Federation v. Operation Rescue*
8 F.3d 680 (9th Cir. 1993)
Class-action state-wide injunction against blockades of women's health care clinics by anti-abortion activists. First case decided under the "frustrate and hinder" clause of 42 U.S.C. § 1985(3), the 1871 Ku Klux Klan Act. Appeals court held cause of action under "frustrate and hinder" clause was properly plead and reversed 12(b)(6) ruling on that claim.

(Co-lead counsel throughout; argued on appeal)

*Hewitt v. Joyner*

940 F.2d 1561 (9th Cir. 1991)

Establishment Clause challenge to Christian theme park, Desert Christ Park, owned and operated by San Bernardino County.  Ninth Circuit held County ownership and operation of the park violated the Establishment Clause.

(Lead counsel throughout litigation; argued on appeal).

*Standing Deer v. Carlson*

831 F.2d 1525 (9th Cir. 1986)

First Amendment challenge for Native Americans at Lompoc Federal Penitentiary to regulation barring religious headbands in the dining facilities for purported health reasons.

(Argued and briefed on appeal)

*Burbridge v. Sampson*

74 F.Supp.2d 940 (C.D. Ca. 1999)

First Amendment challenge to community college policy regulating student speech in public fora on campus. Court issued a preliminary injunction, declaring the college's speech regulations unconstitutional.

*Rubin v. City of Santa Monica*

823 F.Supp. 709 (C.D. Ca. 1993)

First Amendment challenge to city permit scheme limiting access to public parks for protected expressive activities.  Court issued a preliminary injunction and declared the permit scheme unconstitutionally on vagueness grounds and procedural due process grounds.  (Lead counsel)

# State Court

*Terry Tipton-Whittingham, et al. v. City of Los Angeles*

34 Cal.4th 604 (2002)

California continues to recognize "catalyst" fee awards to prevailing parties under the private attorney-general statute (Cal. Code of Civ. Proc. §1021.5) and Fair Employment and Housing Act (FEHA) despite change in federal civil rights fee-shifting law.  Under California law, there is no requirement of a judicial determination establishing a change in the legal obligations of the parties.

(Co-counsel and argued at California Supreme Court)

*Los Angeles Alliance for Survival v. City of Los Angeles*

22 Cal.4th 352 (2000)

Ordinance restricting certain activity as "aggressive solicitation" was not content-based under California Constitution

(co-counsel)

*Williams v. Garcetti*

5 Cal.4th 561 (1993), *sub nom Williams v. Reiner*, 13 Cal.App.4th 392 (1991)

Challenge on due process grounds to portion of STEPP law which imposed a criminal penalty  on parents of minor children engaged in or at risk of delinquent conduct.

(Argued and brief on appeal to California Supreme Court)

*Sands v. Morongo Unified School District*

53 Cal.3d 863 , *cert denied*, 112 U.S. 3026 (1991)

225 Cal.App.3d 1385 (1989)

Establishment Clause challenge invalidating prayers at public high-school graduations.

(Argued and briefed as lead counsel throughout litigation)

*Walker v. Superior Court of Sacramento*

47 Cal.3d 112 (1988)

Establishment Clause/Free Exercise/Due Process challenge to criminal prosecution of Christian Science parents for death resulting from use of prayer instead of traditional medicine in treatment of ill child. (Wrote amicus brief on due process issues).

*Irvine Valley College Academic Senate, et al. v. South Orange County Community College District*

129 Cal.App.4th 1482 (2005)

Statutory construction of plain language of Education Code §87360, bolstered by legislative intent, requires actual joint agreement and mutual development of revisions to faculty hiring policies.

(co-counsel, drafted final briefs on appeal)

*Fashion 21, et al. v. Coalition for Humane Immigrant Rights (CHIRLA), et al.*

111 Cal.App.4th 1128 (2004)

Special motion to strike defamation complaint by retainer against garment worker advocates must be granted as the plaintiff retailer could not establish a probability of prevailing on the merits of their claims. Garment worker advocates properly relied on draft labor commission regulations suggesting retailer could be liable for sweatshop conditions of manufacturing of its retail goods.

(lead counsel at all stages)

*Gonzalez v. Superior Court*

33 Cal.App.4th 1539 (1995)

Challenge to discovery order in sexual harassment case requiring plaintiff to disclose name of confidential informant who provided her with photographic evidence of harassment. "After-acquired evidence" rule applied to require disclosure.

(Lead counsel in trial court and appeal)

*Lantz. v. Superior Court of Kern County*

28 Cal.App.4th 1839 (1994)

Privacy rights challenge to interpretation of Consumer Personnel Records Statute (CCP $\S$ 1985(3), requiring strict adherence to statutory procedures and limiting exemption of local government agencies from adhering to statutory requirements.

(Lead counsel throughout litigation)

*Rudnick v. McMillan*

25 Cal.App.4th 1183 (1994)

Defamation verdict involving public figure plaintiff and local environmentalist author of letter to editor overturned on basis that letter was protected opinion and public figure subject to constitutional malice proof burden. Wrote amicus brief which formed basis of appellate ruling.

*Westside Sane/Freeze v. Hahn*

224 Cal.App.3d 546 (1990)

Challenge to restrictions on First Amendment petition activities in shopping center.

(Co-counsel, co-wrote appeal)

*City of Glendale v. Robert George*

208 Cal.App.3d 1394 (1989)

Reversal of trial court order imposing prior restraints on speech of "Presidential Santa" on the basis that he constituted a public nuisance to his neighbors in a residential area.

(Argued and briefed on appeal)

*McCarthy v. Fletcher*

207 Cal.App.3d 130 (1989)

Challenge to removal of textbooks from school reading list based on community-based religious objections. Court of Appeal reversed summary judgment decision, holding that there was sufficient evidence of constitutionally impermissible factors in evaluation of appropriateness of class-room reading materials.

(Argued and brief on appeal)

*Fiske v. Gillespie*

200 Cal.App.3d 130 (1988)

Challenge to sex-based actuarial presumptions in insurance industry rate for particular types of life insurance and annuity benefits.

(Co-Counsel, Argued on appeal)


# Publications:
# (Partial listing)s


*Catalyst Fees After Buckhannon*

Civil Rights Litigation and Attorney Fees Annual Handbook

(January 2006)


*Free Speech and Harassment: An Overview*

*in the Public Employee Sector*

CPER: CALIFORNIA PUBLIC EMPLOYEE RELATIONS

Institute of Industrial Relations - UC Berkeley

June 1999  No. 136


*Defeating Employer Defenses to Supervisor Liability*

*After* Ellerth *and* Faragher

ADVOCATE, October 1998


*Student Expression Under California Law*

UCLA Journal of Education

Volume 3, pp. 127-137 (1989)


*Should Attorneys Be Disciplined For Gender Bias*

Point/Counterpoint ABA Journal   August, 1995


*Fight Illegal Police Practices in State Court*

Los Angeles Daily Journal

March 6, 1992


*Judicial Oversight Limited by Supreme Court*

Los Angeles Daily Journal

May 6, 1991


*Jury Nullification is Conscience of Community*

Los Angeles Daily Journal

August 31, 1990


*A Basic Right Merits Shield From The Mob*

Los Angeles Times

August 11, 1991 p.M5

*Prop 115 revisited: Police charged with crimes deserve fair trials too*
Los Angeles Daily News
May 7, 1991

*Prayer Doesn't Belong at Graduation*
USA Today
May 15, 1991 p. A10

*Killea Tactic Can Only Hurt the Church in the Long Run*
Los Angeles Times (San Diego)
November 20, 1989 p.B7

*The Fifth is a Shield for All*
Los Angeles Times
August 6, 1988   II8
(authored for Exec. Dir. ACLU)

*Which Way Will Rehnquist Court Turn?*
Los Angeles Daily News
June 18, 1986 p.21

*Constitution Exacts Cost for Religious Freedom*
Los Angeles Daily News
June 8, 1986 FOCUS  p.3

## Education:

| | |
|---|---|
| Peoples College of Law | J.D.  May, 1978 |
| Douglass College.For Women, Rutgers University | B.A . June, 1968 |

## Professional and Community Activities:

| | |
|---|---|
| Adjunct Professor - Loyola Law School Civil Rights Advocacy Practicum | 2007-present |
| Blue Ribbon Panel on LAPD Rampart Inquiry, Member | 2004-2006 |
| Ninth Circuit Gender Bias Task Force Convenor, Advisory Committee on Employment Law | 1992-1993 |
| Ninth Circuit Conference on "Ethnicity, Race, and Religion in the Ninth Circuit" Member, Working Subcommittee | 1993 |
| Los Angeles Public Interest Law Journal Advisory Board | 2007-present |

| | |
|---|---|
| Los Angeles Center for Law and Community Action<br>Member, Board of Directors | 2015-present |
| National Police Accountability Project<br>Member, Advisory Board and Board of Directors | 2006-present |
| National Lawyers Guild, Los Angeles - President | 2001-2008 |
| National Lawyers Guild - National Executive Vice President | 2009-2011 |
| National Lawyers Guild Far West Regional Vice-President | 2003-2005 |
| National Lawyers Guild, National Executive Committee | 2003-2012 |
| NLG National Mass Defense Committee, Co-chair | 2003-2012 |
| Women Lawyers Association of Los Angeles<br>Member, ProChoice Committee | 1985-2002 |
| The California Anti-SLAPP Project<br>Member, Board of Directors | 1995-2010 |

## Awards:

## (Partial listing)

| | |
|---|---|
| PEN Freedom to Write Award | 1991 |
| American Jewish Congress Tzedek Award | 1992 |
| Planned Parenthood Los Angeles, Distinguished Service Award | 1990 |
| Freethought Heroine Award | 1992 |
| National Lawyers Guild - Los Angeles | 1999 |
| ACLU of Southern California Pro Bono Attorney Award | 2001 |
| Asian Pacific American Legal Center Pro Bono Award | 2003 |
| California Lawyer: Super Lawyer -Civil Rights/Constitutional Law | 2004-2014 |
| ACLU of Southern California Freedom of Expression Award | 2007 |
| Daily Journal Top 100 Most Influential Lawyers in California | 2007 |

| | |
|---|---|
| National Lawyers Guild - Ernie Goodman Award | 2007 |
| Angel Award - California Lawyer Magazine Award for pro bono work | 2007 |
| CLAY Award (California Lawyer of the Year - civil rights) - California Lawyer Magazine | 2008 |
| Top 75 Women Litigators in California - Daily Journal | 2008, 2013 |
| California Super Lawyers - Top 50 Women Lawyers in Southern California | 2014 |
| National Lawyers Guild, Los Angeles Law for the People Award | 2014 |
| ACLU Lifetime Achievement Award | 2017 |

**DECLARATION OF PAUL HOFFMAN**

**PAUL LINDSEY HOFFMAN**
SCHONBRUN, SEPLOW
HARRIS & HOFFMAN LLP
200 PIER AVENUE, SUITE 226
HERMOSA BEACH, CALIFORNIA 90254
310-396-0731; 310-399-7040 (FAX)
HOFFPAUL@AOL.COM
WWW.LAEMPLOYMENTLAWYER.COM

**LAW PRACTICE**

| | |
|---|---|
| March 1994 - Present | Private Practice<br>Schonbrun Seplow Harris and Hoffman, LLP<br>Los Angeles, California (1999-Present)<br><br>Bostwick & Hoffman LLP (1994-1999)<br><br>*Practice areas*: civil rights generally; police misconduct; First Amendment; international human rights; employment; environmental justice; defamation; criminal and civil appeals. |
| September 1984 - February 1994 | Legal Director, ACLU Foundation of Southern California<br>Los Angeles, California<br><br>Directed the legal program of the ACLU in Southern California which included the supervision of ten staff attorneys and more than 100 volunteer attorneys with a docket of approximately 200 pending cases in every area of civil liberties and civil rights practice.  Litigated a full docket of cases in all areas of the ACLU's policies, especially police misconduct litigation.  Coordinated ACLU International Human Rights Task Force (1991-2000). |
| August 1976 - August 1981 | Associate Attorney (Litigation Department)<br>Loeb and Loeb, Los Angeles, California<br><br>*Practice areas:* securities regulation, bankruptcy, contracts, business torts, real estate, copyright, defamation and constitutional law. |

1

October 1976 -
Present

Volunteer Attorney - ACLU Foundation of Southern California
Los Angeles, California

Litigated dozens of civil rights/civil liberties cases from 1976 to 1984 and from 1994 to the present in all areas of the ACLU's work.  Lead counsel in *Coalition Against Police Abuse v. Board of Police Commissioners* (the "police spying" cases); *Wilkinson v. FBI* (a challenge to the FBI's COINTELPRO operation against the National Committee To Abolish HUAC); and *Antelli v. City of Hawthorne* (illegal searches of more than 40 homes).  Co-lead trial counsel in *Salim v.  Jessen & Mitchell* (suit against psychologists who created the CIA torture program settled in August 2017).  Co-lead trial counsel in *Mamani v. Berzain* ($10 million verdict against former President and Defense Minister of Bolivia).

## AWARDS

Alexander Prize ("for using your legal expertise to help alleviate injustice and inequity"), University of Santa Clara Law School (2017)

Cox Price Human Rights Award, University of Denver Law School (2009)

Judith Lee Stronach Human Rights Award, Center for Justice and Accountability (2007)

Co-Civil Rights Attorney of the Year, California State Bar (2006)
(for work on Doe v. Unocal) (with Dan Stormer and Anne Richardson)

Los Angeles Business Journal Top Trial Lawyer (1999)

100 Most Influential Lawyers of California (1998)

Clarence Darrow Award (1984) for outstanding First Amendment advocacy for work on the policy spying cases

Selected as a Super Lawyer from 2004-2018

Firm ranking of highest tier nationally for Appellate Practice by U.S. News & Reports, available at: https://bit.ly/2v6NX9B.

**TEACHING EXPERIENCE**

**FULL-TIME**

August 1981 -        Associate Professor, Southwestern University School of Law
July 1984            Los Angeles, California

                     *Courses***:** Criminal Law and Procedure, Federal Courts, Civil Rights
                     Litigation Seminar, International Human Rights Law, Public
                     International Law, Contracts.  Co-Director (with Stanley Fleishman) of
                     Clinic on the rights of people with disabilities and the elderly.

**ADJUNCT TEACHING**

Presently            University of California at Irvine School of Law, Adjunct Professor
                     (Since 2010)
                     Co Director, International Human Rights Litigation Clinic (Since 2012)
                     Co Director, Civil Rights Litigation Clinic (Since 2015)
                     Appellate Litigation Clinic (Since 2014)

                     University of California at Berkeley Bolt Hall School of Law, Adjunct
                     Professor, International Human Rights Clinic (Since 2018)

June 1980 -          -Oxford University/George Washington School of Law
2017                  Human Rights Program
                     -Harvard Law School
                     -Stanford Law School
                     -UCLA School of Law
                     -USC Law School
                     -Loyola Law School
                     -Southwestern University School of Law
                     -Visiting Fellow and Tutor, Kellogg College, Oxford University

                     More than 50 separate courses taught, including First Amendment,
                     Civil Rights Litigation, Constitutional Law Seminars on Equality and
                     Privacy, International Human Rights, International Criminal Justice,
                     Police Abuse Litigation, Defamation and AIDS and the Law.

**OTHER PROFESSIONAL ACTIVITIES**

3

**BAR ASSOCIATION AND RELATED ACTIVITIES**

Member, California Academy of Appellate Lawyers (elected May 2000)

Co-Chair, International Human Rights Committee, ABA Section on International Law and Practice (1999-2000)

Lawyer Representative, Ninth Circuit Judicial Conference (1989-1992)

Member, Committee on Private Bar Involvement in Pro Bono Work, The State Bar of California (1988-1991)

Program Coordinator, International Human Rights Committee, ABA Section on Individual Rights and Responsibilities (1984-1988)

Committee on Human Rights, The State Bar of California (1983-1986)

Executive Committee, Section on Individual Rights and Responsibilities, Los Angeles County Bar Association (1985-1987)

Executive Committee, International Law Section, Los Angeles County Bar Association (1982-1986)

Arbitrator (legal fee disputes), Los Angeles County Bar Association (1980-1983)

Arbitrator, American Arbitration Association, Commercial Panel (1981-1985)

Vice-Chair, Arbitration Committee, Los Angeles County Bar Association (1982-1983)

Judge Pro Tem, Los Angeles Municipal Court (Small Claims)(1983-1984)

**REPRESENTATIVE SAMPLE OF INTERNATIONAL HUMAN RIGHTS ACTIVITIES**

018

**Amnesty International:** Member of AI's 9 member International Executive Committee ("IEC") which oversees AI's operations throughout the world (1999-2005). Chair of the IEC from 2002 to 2004.  Chair of AI's International Strategic Planning Committee (2007-2009).

**Amnesty International - USA:** Chair of the Board (1997-99, 1988-89); Member, Executive Committee (1984-89, 1992-94, 1997-99); Member of Board (1983-89), 1992-94, 1996-99); Chair, International Council Meeting (1991-97); Founder and National Coordinator, AIUSA Legal Support Network (1982-87); Chair of December 1998 International Summit of Human Rights Defenders (Paris, France).  Member of several human rights missions, diplomatic missions (*e.g.* as a delegate to United Nations meetings) and trial observations for AI.  Served on numerous AIUSA committees and task forces.

**Human Rights Watch:** Member of California Committee since its inception; Member of Advisory Committee of Asia Watch; Research mission to Ethiopia (1994).

**Article 19 (International Centre Against Censorship):** Member of International Board (1999-2005); Chair of 1995 International Conference on Freedom of Expression and National Security (Johannesburg, South Africa).

**Center for Justice and Accountability:** Co-Founder and Member of Legal Advisory Committee.

5

## EDUCATION

**LEGAL**

New York University School of Law, J.D., June 1976

*Honors/Activities:*

Staff Member, Annual Survey of American Law (1974-1976)

Research Associate, International Law Program,
Carnegie Endowment for International Peace (1975-1976)

Law Clerk, Manhattan Legal Services
(N.Y.U. Public Interest Clinic) (1974-1975)

RFK Fellow, Office of Congressman Jonathan Bingham, Washington, D.C.
(1974) (responsible for foreign policy related issues, issues relating to
Watergate and tax reform).

**GRADUATE**

The London School of Economics and Political Science,
M.Sc. (Econ.), June 1973

**UNDERGRADUATE**

The City College of the City University of New York, B.A., June 1972

| | |
|---|---|
| Major: | International Relations |
| Class Standing: | Top 5% |
| Honors: | Phi Beta Kappa |
| | Magna Cum Laude |
| | Regent's Scholarship |

6

## SELECTED PUBLICATIONS

**Books**

Steinhardt, Hoffman and Camponovo, *Human Rights Lawyering:
Cases and Materials* (West Publishing)(2009)

Stephens, Ratner, Chomsky, Green and Hoffman, *International Human Rights
Litigation in U.S. Courts* (2d ed Martinus Nijhoff 2007).

Coliver, Hoffman, Fitzpatrick & Bowen, (Editors), "Security and Liberty:
National Security, Freedom of Expression and Access to Information,"
(Martinus Nijhoff 1999) ("Secrecy and Liberty")

**Articles**

Qualified Immunity: The Shrinking of Constitutional Rights, Consumer
Attorneys of California, Forum p. 26 (March, April 2018)

Kiobel v. Royal Dutch Petroleum Co.: First Impressions, 52 Col. J. Trans. L. 28
(2013)

The Alien Tort Statute: An Introduction for Civil Rights Lawyers, 2 L.A. Pub.
Int. L. J. 129 (2010) (with Adrienne Quarry)

Celebrity Prosecutions: Punishing Pundits: *People v Dyleski* and the Gag
Order As Prior Restraint in High-Profile Cases, 39 Loy. L.A. L. Rev 1197
(2006) (with Michael Seplow)

Wartime Security and Constitutional Liberty: Justice Jackson, Nuremberg and
Human Rights Litigation, 68 Alb. L. Rev. 1145 (2005)

Holding Human Rights Violators Accountable By Using International Law in
U.S. Courts: Advocacy Efforts and Complementary Strategies, 19 Emory L.
Rev. 169 (2005)(with Sandra Coliver and Jennifer Green)

The Rules of the Road: Federal Common Law and Aiding and Abetting Under
the Alien Tort Claims Act, 26 Loy. L.A. Int'l & Comp L. Rev. 47 (2003)(with
Daniel Zaheer)

Pursuing Crimes against Humanity in the United States: The Need for a
Comprehensive Liability Regime, in Justice for Crimes Against Humanity, Eds
M. Lattimer and P. Sands(Hart Publishing 2003)(with William Aceves)

7

021

Using Immigration Law to Protect Human Rights: A Critique of Recent
Legislative Proposals, 23 Mich. J. Int'l L. 733 (2002)(with William Aceves)

*International Human Rights Law and Police Reform, in Zero Tolerance: Quality
of Life and the New Police Brutality in New York City* (NYU Press 2001*)* Eds.
A. McArdle and T. Erzen

Using Immigration Law to Protect Human Rights: A Legislative Proposal,20
Mich. J. of Int'l L. 657 (1999)(with William Aceves)

Safeguarding Liberty: National Security, Freedom of Expression and Access to
Information: United States of America, (with Kate Martin) in <u>Secrecy and
Liberty.</u>

The Gag Order in the O.J. Simpson Civil Action:  Lessons to be Learned?,17
Loyola Ent. L.J. 333 (1997)

The 'Blank Stare Phenomenon':  Proving Customary International Law in U.S.
Courts, 25 Ga. J. Int'l and Comp. Law 181 (1996)

Enforcing International Human Rights Law in the United States,
in <u>Human Rights: An Agenda for the Next Century</u>, American Society
of International Law (1994) (with Nadine Strossen)

Double Jeopardy Wars: The Case for a Civil Rights 'Exception,'
41 UCLA L. Rev. 649 (1994)

The Feds, Lies and Videotape: The Need for an Effective Federal Role
in Controlling Police Abuse in Urban America, 66 So. Cal. L. Rev. 1453 (1993)

The Elimination of Torture:  International and Domestic Developments,
9 International Lawyer 1351 (Fall 1985) (with Linda Brackins)

Public Interest Lawyers:  Three Success Stories, Los Angeles Lawyer
(December 1984) (subject of the article)

<u>Book Review</u>, Hannum, "Guide to International Human Rights Practice," and
Meron, "Human Rights in International Law:  Legal and Policy Issues,"
18 International Lawyer 741 (Summer 1984)

The Police Spying Settlement:  New Safeguards for Political Expression,
Los Angeles Lawyer (May 1984) (with Robert Newman)

The Application of International Human Rights Law in State Courts:
A View from California, 18 The International Lawyer 59 (Winter 1984)
(Symposium)

8

*Trade Union Rights Under Article 11 of the European Convention of Human Rights, 5 Comparative Labor Law 149 (1982)*

Assignment to Trial Department; Motions; Procedure in Chambers, in California Civil Procedure During Trial (C.E.B. 1982) (with Dale L. Gronemeier)

Environmental Law/The Clean Air Act Amendments, 1974/75 Annual Survey of American Law 641

The Right of Self-Determination in Very Small Places, 8 N.Y.U. Journal of International Law and Politics 331 (1976) (with Professor Thomas M. Franck)

Author of dozens of articles for a variety of publications, including the newsletters and magazines of various organizations, on civil liberties, civil rights and international human rights issues.  See, e.g., *"The United Nations and the Death Penalty," in The Universal Declaration of Human Rights 1948-1988:  Human Rights, The United Nations and Amnesty International*, at 89-99 (Published by AIUSA in Fall 1988)(with Zazi Pope); "The Use of International Law in ACLU Cases" (paper presented at ACLU Biennial Conference, Madison, Wisconsin, June 1989, updated in 1991 for the ACLU Biennial Conference in Burlington, Vermont).

Numerous op-ed pieces on civil liberties and international human rights topics in the Los Angeles Times, the Daily News, the Los Angeles Daily Journal, Newsday and the Herald Examiner.

Frequent speaker on civil and international human rights issues at dozens of CLE programs, law school talks, symposia, Bar Association meetings, and other public events.  *See, e.g.*, XII N.Y.L. Sch. J. Hum.Rts. 599 (1995)(re human rights trials in Ethiopia).

**SELECTED CASES**

Asterisks denote cases I argued or on which I was lead counsel.  I have been
involved in more than one hundred appeals in one capacity or another.

### United States Supreme Court

*Kiobel v. Royal Dutch Petroleum Co.,* 133 S. Ct. *1659 (2013)(argued twice)\**
(Extraterritorial Application of the Alien Tort Statute)

*Muehler v. Mena,* 544 U.S. 93 (2005) (argued)\*
(Wrongful Detention)

*Sosa v Alvarez-Machain,* 542 U.S. 692 (2004) (argued)\*
(Alien Tort Statute)

*Sandin v. Conner,* 515 U.S. 472 (1995) (argued)\*
(Prisoners' Rights, Due Process)

*United States v. Alvarez-Machain,* 504 U.S. 655 (1992) (argued)\*
(Extradition Treaty, International Law)

*Lockyer v. Andrade,* No 01-1127 (argued November 5, 2002) (co-counsel)
(Three Strikes case)

*Reno v. Arab-American Anti-Discrimination Committee,* 119 S.Ct. 136 (1999)
(Immigrant Rights, Federal Jurisdiction)

*Reno v. Flores,* 507 U.S. 292 (1993)
(Immigrant Rights, Due Process)

*San Francisco Arts & Athletics, Inc. v. U.S. Olympic Committee,*
483 U.S. 522 (1987)
(First Amendment, Trademark)

*Board of Directors of Rotary Int'l v. Rotary Club of Duarte,* 481 U.S. 537 (1987)
(Sex Discrimination)

*Crawford v. Board of Education,* 458 U.S. 527 (1982)
(Desegregation)

10

***Circuit Courts***

*Doe v. Nestle*, Case No. 17-55435 (9th Cir., argued June, 2018)*
(decision pending) (Misc. Alien Tort Statute Issues)

*Doe v. Cisco*, Case No. 15-16909 (9th Cir., argued Apr. 2017)*
(decision pending) (Misc. Alien Tort Statute Issues)

*Vos v. City of Newport Beach*, 892 F. 3d 1024 (9th Cir.  2018)*
(Police Shooting)

*Adhikari v. Kellogg Brown & Root, Inc.*, 845 F. 3d 184 (5th Cir. 2016)*
(Human Trafficking)

*Biscotti v. Yuba City*, 636 F. App'x 419, 420 (9th Cir. 2016)*
(Police Shooting)

*Collender v.  City of Brea*, 605 F. App'x 624 (9th Cir.  2016)*
(Police Shooting)

*Contreras v.  Benevides*, 603 F.  App'x 530, (9th Cir.  2015)*
(Police Shooting)

*Balintulo v. Ford Motor Co.*, 796 F.3d 160 (2d Cir. 2015) *
*(*Apartheid Case*)*

*Mujica v. Occidental Petroleum Corp.,* 771 F.3d 580 (9th Cir. 2014)*
(Political Question and International Comity)

*Doe v Nestle USA, Inc.,* 766 F.3d 1013 (9th Cir.2014 )*
(Misc. Alien Tort Statute Issues)

*Cardona v Chiquita Brands Intl. Inc.,* 760 F.3d 1185 (11th Cir 2014) *
(Misc. Alien Tort Statute issues*)*

*Gonzalez v. City of Anaheim*, 747 F.3d 789 (9th Cir. 2014) (en banc) *
(Summary judgment in police shooting case)

*Gonzalez v. City of Maywood,* 729 F.3d 1196 (9th Cir. 2013) *
*(*Civil Rights Attorney's Fees*)*

*Mirmehdi v. United States*, 689 F.3d 975 (9th Cir. 2012)*
(Wrongful Immigration Detention after September 11 attacks)

*Balintulo v. Daimler AG et al.*, 727 F. 3d 174 (2d Cir. 2013)*
(Appellate jurisdiction issues in Alien Tort Statute Case)

*Flomo v. Firestone Nat.  Rubber Co.*, 643 F.3d 1013 (7th Cir. 2011)*
*(*Alien Tort Statute*)*

*Doe v. Exxon Mobil Corp.*, 654 F.3d 11 (D.C. Cir. 2011)*
(Alien Tort Statute)

*Mujica v. Occidental Petroleum Corp*, 564 F.3d 1190 (9th Cir. 2009)*
(Alien Tort Statute)

*El-Masry v. United States*, 479 F.3d 296 (4th Cir. 2007)
(Extraordinary Rendition)

*Blankenhorn v. City of Orange*, 485 F.3d 463 (9th Cir 2007)
(Police Misconduct)

*Johnson v. County of Los Angeles,* 340 F.3d 787  (9th Cir. 2003)*
*(*Qualified Immunity issue)

*Mena v. City of Simi Valley*, 332 F.3d 1255 (9th Cir 2003)*
(Qualified immunity; judgment affirmed)

*Alvarez v. United States,* 331 F.3d 604 (9th Cir. 2003)(*en banc)**
(ATCA judgment affirmed; FTCA claims allowed to proceed)

*Doe v. Unocal*, 395 F.3d 932 (9th Cir. 2002)*
(argued *en banc* June 17, 2003, vacated based on settlement)
(ATCA corporate complicity case)

*Brown v. Li,* 308 F.3d 939 (9th Cir. 2002)*
(Student First Amendment rights)

*Papa v. United States,* 281 F.3d 1004 (9th Cir. 2002)*
(Civil Rights, International Human Rights)

*Alvarez-Machain v. United States,* 266 F.3d 1045 (9th Cir 2001)*
(Civil Rights, International Human Rights)

*United States v. Messer,* 197 F.3d. 330 (9th Cir 1999)*
(Speedy Trial Act, conviction overturned)

*Maktab Tarighe Oveyssi Shah Maghsoudi, Inc. v. Kianfar*, 179 F.3d 1244 (9th Cir. 1999)*
(First Amendment, Trademark)

*United States v. Phillips*, 174 F.3d 1074 (9th Cir. 1999)*
(Criminal Law)

12

026

*Martinez v. City of Los Angeles*, 141 F.3d 1373 (9th Cir. 1998)*
(Police Misconduct, International Human Rights)

*Alvarez-Machain v. United States*, 107 F.3d 696 (9th Cir. 1997)*
(Federal Tort Claims Act, Torture Victim Protection Act, Constitutional Law)

*Hilao v. Estate of Marcos*, 103 F.3d 789 (9th Cir. 1996)*
(International Human Rights)

*Abebe-Jira v. Negewo*, 72 F.3d 844 (11th Cir. 1996)*
(International Human Rights)

*Standing Committee v. Yagman*, 55 F.3d 1430 (9th Cir. 1995)
(First Amendment)(*Amicus*)

*Siderman v. Republic of Argentina*, 965 F.2d 699 (9th Cir. 1992)
(International Human Rights, Foreign Sovereign Immunity)

*American-Arab Anti-Discrimination Committee v. Thornburgh,* 970 F.2d 501 (9th Cir. 1991)*
(First Amendment, Immigrants Rights)

*United States v. Aguilar*, 871 F.2d 1436 (9th Cir. 1989)
(International Human Rights, Sanctuary Case)

*Chalk v. United States District Court*, 840 F.2d 701 (9th Cir. 1988)*
(AIDS Discrimination)

*Levine v. United States District Court*, 775 F.2d 1054 (9th Cir. 1985)*
(First Amendment, Gag Order)

*Martin v. International Olympic Committee*, 740 F.2d 670 (9th Cir. 1984)
(Sex Discrimination)

### *District Court Cases*

*Salim v. Mitchell*, 268 F. Supp. 3d 1132 (E.D. Wash. 2017)
(CIA extraordinary rendition program)

*In re S. Africa Apartheid Litig.,* 617 F. Supp. 2d 228 (S.D.N.Y. 2009)*

*Bowoto v Chevron Corp,* 481 F. Supp. 2d 1010 (N. D. Cal. 2007)
(Alien Tort Statute, corporate complicity)

*Mujica v. Occidental Petroleum Corp,* 381 F. Supp. 2d 1134 and 1164 (C.D. Cal 2005)*
(Alien Tort Statute, corporate complicity)

13

*Mehinovich v. Vuckovic,* 198 F. Supp 2d 1322 (N.D. Ga 2002)*
(International Human Rights, $142 million judgment obtained)

*Doe v. Unocal,* 963 F.Supp. 880 (C.D. Cal. 1997)*
(International Human Rights)

*Johnson v. County of Los Angeles,* 865 F. Supp. 1430 (C.D. Cal. 1994)*
(First Amendment)

*Wilkinson v. United States,* 774 F. Supp. 1360 (N.D. Ga 1991)*
(Due Process)

*American-Arab Anti-Discrimination Committee v. Meese,* 714 F. Supp 1060 (C.D. Cal. 1989)*
(First Amendment)

*Rogan v. City of Los Angeles,* 668 F. Supp 1384 (C.D. Cal. 1987)*
(Civil Rights, Due Process)

*Thomas v. Atascadero Unified School District,* 662 F. Supp 376 (C.D. Cal. 1987)*
(AIDS Discrimination)

*Wilkinson v. FBI,* 633 F. Supp 336 (C.D. Cal. 1986)*
(Freedom of Information Act)

*Handel v. Artukovic,* 601 F. Supp 1421 (C.D. Cal. 1985)
(International Human Rights)

*Wilkinson v. FBI,* 99 F.R.D. 148 (C.D. Cal. 1983)*
(Civil Rights, Archival Privilege)

### California Supreme Court

*People v. Mitcham,* 1 Cal. 4th 1027 (1992)*
(Death Penalty)

### California Court of Appeal

*Macias v. County of Los Angeles, 144 Cal. App. 4th 313 (2006)*
*(Police misconduct)*

14

028

*People v. Brown,* 100 Cal. Rptr 2d 211 (2000)*
(Criminal appeal)

*Del Rio v. Jetton,* 55 Cal. App. 4th 30 (1997)*
(SLAPP Suit Defense)

*City of Huntington Park v. Superior Court,* 34 Cal. App. 4th 1293 (1995)*
(Civil Rights, Police Misconduct)

*McCarthy v. Fletcher,* 207 Cal. App. 3d 130 (1989)*
(First Amendment)

*Ketchens v. Reiner,* 194 Cal. App. 3d 470 (1987)*
(First Amendment)

*Rubin v. City of Los Angeles,* 190 Cal. App. 3d 560 (1987)*
(First Amendment, State Secrets Privilege)

*Coalition Against Police Abuse v. Superior Court,* 170 Cal. App. 3d 888 (1985)*
(Civil Rights, First Amendment, Privacy)

**DECLARATION OF CATHERINE SWEETSER**

## EXPERIENCE

**SCHONBRUN, SEPLOW, HARRIS AND HOFFMAN LLP,** Los Angeles, California,
*Partner,* January 1, 2016--- *present*
*Associate,* April 30, 2012—December 31, 2015
Litigated cases concerning human rights and civil rights, in particular concerning the scope of the Alien Tort Statute, human trafficking, police brutality, First Amendment rights, and the civil rights of the homeless.  Drafted briefs and petitions at all levels of both state and federal court, including the Ninth Circuit, D.C. Circuit, and United States Supreme Court; argued an appeal in California state court; argued and won numerous motions in federal court; took and defended depositions; second chair at trial in one case, third chair in several others, and lead counsel in several others that settled and did not go to trial.

**INTERNATIONAL HUMAN RIGHTS CLINIC, UC IRVINE SCHOOL OF LAW,** Irvine, California
*Director,* January 2019- *present*
*Co-Director,* August 2013—May 2018
Co-director with Paul Hoffman of the International Human Rights Clinic at UC Irvine. Prepared reading materials and lesson plans, led clinic seminar, and supervised and assisted students in drafting and filing Inter-American Commission for Human Rights (IACHR) petitions, appellate briefs, and petitions for certiorari to the Supreme Court, and in preparing memos for nonprofit partners.

**ALTSHULER BERZON,** San Francisco, California
*Associate,* Sept. 7, 2010—January 31, 2012
Attorney focusing on labor law; drafted briefs in both state and federal court; handled cases before the NLRB.

**CHAMBERS OF THE HONORABLE JUDITH W. ROGERS, U.S. COURT OF APPEALS FOR THE D.C. CIRCUIT,**
*Law Clerk,* Aug. 10, 2009 –Aug. 6, 2010

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW,** New York, New York
LL.M., Jan. 2010
Thesis:  *Deference to Administrative Agencies in Interpreting International Law: Chevron, Charming Betsy, and Global Decisionmaking*

J.D., May 2008, *magna cum laude*
Honors:        Order of the Coif
                      George P. Foulk Memorial Award (*for outstanding sincerity and distinguished scholarship*)
                      Jerome Lipper Prize (*for outstanding work in the field of International Law*)
                      Florence Allen Scholar (*Top ten percent of the class based on first four semesters of law school*)
                      Pomeroy Scholar (*Top ten students in class based on first two semesters of law school*)
                      Furman Scholar (*selected after first year for program for future academics*)

**YALE UNIVERSITY**, New Haven, Connecticut
B.A. in Political Science and International Studies, *magna cum laude*, May 2005
Senior Theses: *Prospects for African Union Peacekeeping:  The Mission in Burundi and Dependence on Western Support* and *The United Nations Operation in Burundi:  Implications for Prediction of Peacekeeping Success.*
Honors:        Phi Beta Kappa

## PUBLICATIONS

*Reply:  Humanity as the Alpha and Omega of Sovereignty*, 20 EUR. J. INT'L L. 549 (2009).

*Providing Effective Remedies to Victims of Abuse by Peacekeeping Personnel*, 83 N.Y.U. L. REV. 1643 (2008).

**PRESENTATIONS**

"Litigating Human Rights in the Federal Courts," Duke University School of Law, Human Rights in Practice Speaker Series, October 25, 2018.

"Alien Tort Statute: Updates and Projections," UCLA School of Law, International Human Rights Clinicians Conference, April 29, 2018.

"Fighting for Human Rights through the United States Courts," Santa Monica College, March 29, 2018.

"Using U.S. Domestic Liability as a Means for Accountability of International Human Rights Violations," UC Davis School of Law, Journal of International Law and Policy Symposium, February 3, 2017.

"Global Human Rights Litigation and Enforcement," Society for Business Ethics Annual Conference, August 6, 2016.

"Keynote: International Human Rights Law and Local Action", Chapman University and CSU Fullerton UN Association Chapters, Symposium: the United Nations at Seventy, October 24, 2015.

"Protecting the Right to Vote as a Human Right," Los Angeles Law Library Law Week Human Rights Panel, Los Angeles, California, May 2, 2014.

"Arbitrary Detention in the United States: *Mirmehdi v. United States* in Domestic and International Tribunals", Panel Organized by the UCLA International Human Rights Clinic, Los Angeles, California, April 22, 2014.

"Workers' Rights As Human Rights", Human Rights for Legal Aid Attorneys, conference organized by the Local Human Rights Lawyering Project, Irvine, California, July 18, 2013.

"Deference in U.S. Domestic Courts and Implications for Legality Review", Global Administrative Law—Viterbo V Seminar, Viterbo, Italy, June 12, 2009.

 "*Ashwander* at the International Tribunal: Interpreting Bilateral Investment Treaties to Avoid Domestic Constitutional Questions",  New York University – University of Cape Town Global Administrative Law Workshop, Cape Town, South Africa, March 18, 2008.

"Ensuring Accountability of Peacekeeping Personnel for  Human Rights Violations", *Best Paper,* Emerging Human Rights Scholarship Conference, Center for Human Rights & Global Justice, New York, New York, April 6, 2007.


**BAR ADMISSIONS**
New York State Bar, July 13, 2009.
California State Bar, October 26, 2010.

**LANGUAGES**
Proficient in Spanish.

032

**DECLARATION OF MATTHEW STRUGAR**

# MATTHEW STRUGAR

3435 Wilshire Blvd., Suite 2910 • Los Angeles, CA 90010 • (323) 696-2299 • *matthew@matthewstrugar.com*

## PROFESSIONAL EXPERIENCE

### LAW OFFICE OF MATTHEW STRUGAR
*Solo Practitioner*                                                            2014 – present
Represent individuals and institutional clients in a variety of contexts, focusing primarily on First Amendment and animal law. Represent civil rights plaintiffs in § 1983, *Bivens*, and Federal Tort Claims Act actions. Represent civil defendants in anti-SLAPP (Strategic Lawsuits Against Public Participation) actions. Represent political activists in federal and state criminal proceedings.

### FOUNDATION TO SUPPORT ANIMAL PROTECTION (PETA FOUNDATION)
*Director of Litigation*                                                       2014 – 2016
*Senior Litigation Counsel*                                                    2012 – 2014
*Counsel*                                                            2011 – 2012
Represented People for the Ethical Treatment of Animals ("PETA") in variety of wide variety of contexts, including First Amendment challenges to statutes and policies, Endangered Species Act and Administrative Procedures Act cases against federal agencies and officials, consumer protection actions, public records lawsuits, criminal defense, and attorneys' fees petitions. Developed litigation strategies and participate in all aspects of litigation and case management in federal and state trial and appellate courts. Worked with junior attorneys to improve their research, writing, and litigation skills.

### DISABILITY RIGHTS LEGAL CENTER
*Staff Attorney*                                                              2009 – 2011
Represented plaintiffs in high-impact individual and class actions regarding civil rights of people with disabilities, including action challenging jail conditions for inmates with disabilities and action challenging access to special education in county jail, as well as multiple cases involving against municipal police departments for failure to accommodate disabilities. Participated in all aspects of litigation and complex case management in federal courts, including investigative and legal research, complex discovery, law and motion practice, settlement negotiations, and settlement monitoring. Supervised legal interns.

### CENTER FOR CONSTITUTIONAL RIGHTS
*Cooperating Counsel*                                                          2009 – present
*Staff Attorney*                                                              2004 – 2009
*Ella Baker Intern*                                                            2003
Represented plaintiffs in § 1983, *Bivens*, Title VII, Federal Tort Claims Act, and Alien Tort Claims Act civil rights actions in United States District Courts and Circuit Courts of Appeal relating to government misconduct and racial justice. Represented political activists in federal and state criminal proceedings and drafted amicus briefs at Court of Appeals and Supreme Court level in criminal appeal involving political activists. Conducted investigative and legal research, argued and briefed motions, effectuated all aspects of discovery. Represented CCR and clients in the media, including print, radio, and television. Published 'know your rights' booklet "If An Agent Knocks," addressing activists' interactions with law enforcement. Supervised legal interns.

## EDUCATION

UNIVERSITY OF SOUTHERN CALIFORNIA GOULD SCHOOL OF LAW
Juris Doctor, May 2004

*Awards*:        Miller-Johnson Equal Justice Prize, Irmas Fellowship, USC Merit Scholarship, Public Interest Law Foundation Grant Recipient (2002, 2003)

*Activities*:     Public Interest Law Foundation (pro bono co-chair), National Lawyers Guild (president)

JAMES MADISON UNIVERSITY
Bachelor of Arts, Political Science, May 2000

## PUBLICATIONS

"If An Agent Knocks," published by the Center for Constitutional Rights, April 2009 (primary author) (available at: ccrjustice.org/ifanagentknocks).

A Slave by Any Other Name Is Still a Slave: the Tilikum Case and Application of the Thirteenth Amendment to Nonhuman Animals, 19 Animal L. 221 (2013) (co-authored with Jeffrey Kerr, Martina Bernstein, Amanda Schwoerke & Jared S. Goodman).

"Blood and Oil: Liability of Transnational Corporations Involved in Burma," Southeast Review of Asian Studies, Vol. XXII (2000).

## ADMISSIONS

### STATES & DISTRICT

State Bar of California (2004); State Bar of New York (2009); District of Columbia Bar (2012).

### FEDERAL

United States Supreme Court.
United States Courts of Appeals for the District of Columbia, Third, Eighth, Ninth & Tenth Circuits.
United States District Courts for the Central, Southern, Northern & Eastern Districts of California.
United States District Court for the Southern District of New York.
United States District Court for the District of Columbia.
United States Court of Federal Claims.

## ACTIVITIES / MEMBERSHIP

National Lawyers Guild (2001 – present; Los Angeles Chapter Board Member 2010 – present).

**DECLARATION OF COLLEEN FLYNN**

# COLLEEN FLYNN

3435 Wilshire Blvd., Suite 2910                                                                  cflynnlaw@yahoo.com
Los Angeles, CA 90010                                                                                  213.252.9444

## ADMITTED

State Bar of California, November 2004
United States District Court, Northern District of California, November 2004
United States District Court, Central District of California, July 2006
Ninth Circuit Court of Appeals, December 2013

## EDUCATION

**Southwestern University School of Law,** Los Angeles, California
*Juris Doctor, Cum Laude,* May 2004
Class Rank: Top 10%
*Recipient,* Dean's List, Recognition for Academic Achievement, 2001 – 2002, 2002 – 2003, 2003 – 2004
*Member,* Southwestern University Law Review, 2002 – 2003

**University of California,** Santa Cruz, California
*Bachelor of Arts, Literature, with College Honors,* March 2001
*Member,* Phi Beta Kappa

**Eötvös Loránd University,** Budapest, Hungary
University of California Education Abroad Program, 1999 – 2000

## LANGUAGES

English/Spanish (proficient)

## EXPERIENCE

**Law Office of Colleen Flynn,** Los Angeles, CA
*Attorney,* May 2007 – present
Primarily federal civil litigation; police abuse/class actions; law and motion and trial work; discovery practice; research; criminal defense of activists; lead counsel, *Hiken v. Dept. of Defense,* 836 F.3d 1037 (9th Cir. 2016); 521 F.Supp.2d 1047 (N.D. Cal. 2007) (FOIA)

**National Lawyers Guild – Los Angeles Chapter,** Los Angeles, CA
*Interim Executive Director,* September 2015 – May 2016
Coordinated over-all operation, administration and supervision of programmatic work of the Chapter, including Continuing Legal Education seminars, Legal Observer trainings, public forums, "know your rights" trainings for political and community groups, the work of law school NLG Chapters and coalitions with community-based organizations; reported to Board of Directors including providing monthly financial reports; fundraising; created content for and maintained Chapter website and regular communication with membership

**Esperanza Immigrant Rights Project,** Los Angeles, CA
*Part-time Attorney,* June 2009 – March 2010
Conducted legal orientation classes and individual consultations in Spanish for immigrants detained in the Los Angeles County Sheriff's Department Men's Central Jail regarding the intersection of criminal and immigration law; conducted outreach to Public Defenders office; developed know-your-rights materials for class participants

**Law Office of Robert Mann & Donald W. Cook / Law Office of Barry Litt & Associates,** Los Angeles, CA
*Fellowship/Associate Attorney,* September 2005 – May 2007
Primarily Federal civil litigation; police abuse/class actions; law and motion and trial work; discovery practice; research; client/witness interviews

**Law Office of Dennis Cunningham,** San Francisco, California
*Attorney,* September 2004 – July 2005
Handled all aspects of civil rights practice including preparation of pleadings, motions, writs, discovery, trial and appellate briefs; performed extensive legal research; interviewed and advised clients; appeared in superior court on criminal matters; drafted writ of habeas corpus for state prisoner

**Communities for a Better Environment,** Los Angeles, California
*Intern,* January – April 2004

037

Drafted comments highlighting environmental justice issues in response to agency determinations under CEQA; drafted letters to agencies; researched environmental laws; conducted youth outreach

**Posner & Rosen, LLP,** Los Angeles, California
*Clerk,* September 2003 –February 2004
Drafted complaints and motions; conducted legal research on labor and employment law issues; interviewed clients; prepared interrogatories and requests for admissions

**Corte Suprema de Justicia de la Nación,** Buenos Aires, Argentina, (Supreme Court of Argentina)
*Judicial Extern* to the Honorable Dr. Juan Carlos Maqueda, May – July 2003 Conducted legal research on Argentine legal issues; drafted memoranda to justice; assisted in comparative law analysis

**United States Court of Appeal, 9th Circuit,** Los Angeles, California
*Judicial Extern* to the Honorable Judge Harry Pregerson, January – May 2003
Drafted bench briefs; conducted legal research; edited opinions; created roadmaps of cases that included summary of procedural history, facts, recommended holding, and sample questions for the judge to review during oral arguments

**Workers' Rights Center,** Los Angeles, California
*Volunteer,* September 2002 – May 2003
Represented workers before the Labor Commissioner; conducted intake in English & Spanish; assisted workers in calculating wage and hour claims; explained labor code sections; drafted demand letters

**Jail Project, Women Lawyer's Association,** Los Angeles, California
*Volunteer,* February – December 2002
Interviewed female inmates incarcerated in L.A. County Jail; executed power of attorney forms; made legal referrals

**Neighborhood Legal Services of Los Angeles County,** Los Angeles, California
*Intern,* July – August 2002
Created curriculum for a financial literacy program; conducted outreach on the dangers of pay-day lending; interviewed those affected by pending redevelopment; researched land use regulations in regard to redevelopment projects

**California Rural Legal Assistance,** Santa Cruz, California
*Intern,* January – June 2001
Conducted intake interviews and advised new clients; acted as liaison between clients and attorneys; drafted letters to clients and opposing parties; advised callers on housing and small claims court hotlines

## VOLUNTEER WORK & BOARD MEMBERSHIP

**National Lawyers Guild – Los Angeles Chapter Executive Board,** Los Angeles, California
*Board Member,* September 2002 – August 2004, November 2005 – present

**Legal Observer, National Lawyers Guild,** Los Angeles, California
*Volunteer Legal Observer,* September 2002 – present

**NLG – Support for Community Response to the Killing of Michael Brown,** St. Louis, Missouri
*Volunteer Attorney,* September – October 2014

**NLG – National Immigration Project,** ICE Family Detention Center, Artesia, New Mexico
*Volunteer Attorney,* August 2014

**Military Law Task Force,** San Francisco, California
*Member & Volunteer Attorney,* October 2004 – present

## PRESENTATIONS
**University of Toledo. Africana Studies Program,** Spring 2018
   *Guest Lecturer,* "Black Transnational Communities: Building Legal Empowerment," Dr. Jill M. Humphries

**Los Angeles Law Library's Pro Bono Week,** Los Angeles, Oct. 28, 2016
   *Panel Member,* "Know Your Rights When Interacting With Law Enforcement"

**City of Los Angeles, Human Rights Commission Hearing,** Mission College, Los Angeles, March 19, 2016
*Panel Member,* HRC Hearing on LAPD's Suspicious Activity Reporting "SAR" and Gang Injunctions

**Siderman-Fulbright Human Rights Fellows Workshop,** Southwestern Law School, Los Angeles, Feb. 25, 2016
*Guest Lecturer,* "Representing Protesters & the Right to Film Police in Public"

**UC Riverside, Historical Perspectives on Mass Incarceration,** Riverside, Cal., Dec. 1, 2015 & Oct. 23, 2014
*Guest Lecturer,* "Challenging Mass Deportations and Family Detention in Artesia, New Mexico"

**National Lawyers Guild Continuing Legal Education Training,** Los Angeles, California, September 24, 2011
*Panel Member,* "Car Impound Hearings and Monitoring Drivers License Police Checkpoints"

**National Police Accountability Project Symposium,** Albuquerque, New Mexico, May 2010
*Panel Member,* "Litigating Law Enforcement Misconduct in the Immigration Context"

**National Lawyers Guild Convention,** Austin, Texas, October 20, 2006
*Panel Member,* "Using the Freedom of Information Act to Uncover Evidence of U.S. Militarism"

**Comparative Urban Planning Law Symposium,** Southwestern University School of Law, Oct. 16, 2003
*Delivered paper,* "The Process of Urban Development: Criminalized Populations and a Model of Resistance"

**DECLARATION OF RACHEL STEINBACK**

# Rachel Steinback

P.O. Box 291253, Los Angeles, CA 90029
**phone** 213.537.5370 **email** SteinbackLaw@gmail.com

## PROFESSIONAL EXPERIENCE

**Law Office of Rachel Steinback,** Los Angeles, CA                                     2017-present
*Founder*
- Manage a solo practice dedicated to civil rights litigation and criminal defense.
- Serve on the L.A. County Independent Juvenile Defender Panel; represent youth at every stage of the delinquency process.

**Loevy & Loevy,** Chicago, IL & Los Angeles, CA                         2009-2010; 2011-2016
*Attorney*
- Served as trial counsel in five federal civil rights jury trials in the U.S. District Courts for the Northern District of Illinois and the Northern District of Ohio.  Performed all aspects of the trials, including opening statements and closing arguments, cross-examinations of defendants and defense witnesses, and direct examinations.  Obtained several multi-million dollar verdicts and settlements, including one of the largest wrongful conviction jury verdicts in U.S. history ($13.2 million for plaintiff David Ayers, who spent 11.5 years wrongfully imprisoned).
- Represented civil rights plaintiffs in individual and class action lawsuits nationwide. Successfully advocated on behalf of victims of police misconduct and police brutality; innocent juveniles and adults who were wrongfully convicted; and incarcerated men and women whose civil rights were violated.
- Litigated all aspects of each case: participated in intake assessments, carried out investigations, took and defended depositions, researched and drafted all court filings, consulted with experts, conducted trials, negotiated settlements.

**The Honorable Amy J. St. Eve,** U.S. District Court, N.D. Illinois                         2010-2011
*Law Clerk*
- Researched and drafted opinions and orders for a wide variety of cases, including civil and criminal matters.  Assisted with motion hearings, *Daubert* hearings, and jury trials.
- Prepared judge for designation to the 9th Circuit Court of Appeals: reviewed cases on appeal, researched and drafted bench memoranda, drafted opinions.

**Davis Polk & Wardwell LLP,** New York, NY & London, UK                 Summer 2007; 2008-2009
*Associate*
- Researched areas of criminal law, civil procedure, agency law, and bankruptcy law; drafted filings in state and federal actions; performed nearly 800 hours of *pro bono* representation.
- Helped a wrongfully convicted client secure release on parole after spending 20 years in prison.
- Drafted appeal from denial of post-conviction habeas relief for death row inmate in Tennessee. Tennessee Court of Criminal Appeals granted appeal, vacated conviction and ordered a new trial.

**Goldman Sachs & Co.,** New York, NY                                     2003-2005
*Associate*
- Managed a portfolio of investments within a $2 billion internal hedge fund: developed investment ideas, met with management teams, and made investment recommendations; monitored legislative and regulatory initiatives to identify investment opportunities.

**Office of U.S. Senator Barbara Boxer,** Washington, DC                         1999-2002
*Legislative Assistant*
- Advised the Senator on domestic social policy issues, including: civil rights, judicial nominations, crime, health, education, welfare, Native American affairs, homeland security, gun control.

- Wrote floor statements, memoranda and speeches; drafted legislation; briefed the Senator before radio and television interviews; met daily with lobbyists, constituents and elected officials.

## EDUCATION

**Northwestern University School of Law,** J.D. 2008 (*cum laude*)
- Senior Articles Editor, Journal of Criminal Law and Criminology
- Authored *The Fight for Post-Conviction DNA Testing is Not Yet Over: An Analysis of the Eight Remaining "Holdout States" and Suggestions for Strategies to Bring Vital Relief to the Wrongfully Convicted*, 98 J. Crim. L. & Criminology 329 (Fall 2007)
- 2008 Lowden-Wigmore Prize Recipient (award for work of legal scholarship)
- Judicial Extern for The Honorable Matthew F. Kennelly, U.S. District Court, Northern District of Illinois (Fall 2007)

**University of Pennsylvania,** B.A. Psychology 1999

## ADDITIONAL RELEVANT EXPERIENCE

- Serve on the Board of the Los Angeles chapter of the National Lawyers Guild. Lead a coalition of volunteer lawyers to support and assist the sanctuary movement in LA County. (2017-present)

- Serve on the Board of the Uptown People's Law Center, a nonprofit organization dedicated to advocating for prisoners' rights and prison reform. (2014-present)

- Helped organize two national conferences: The National Police Accountability Project's Conference on Representing Children & Youth in Police Misconduct Cases (March 2016) and the Youth/Police Conference at the University of Chicago Law School (April 2015).

- Served as co-counsel for the resentencing of Adolfo Davis, who was sentenced to life without parole as a juvenile. Mr. Davis was the first JLWOP defendant to receive a resentencing hearing in Cook County, IL. (April 2015)

- Represented wrongfully convicted clients in Northwestern Law School's Center on Wrongful Convictions: reviewed case files, interviewed witnesses, drafted post-conviction legal briefs. (Fall 2006-Spring 2008)

- Successfully advocated for a C# inmate's parole before the Illinois Prisoner Review Board; inmate released by unanimous Board vote after 30 years in prison. (Fall 2007-Spring 2008)

- Traveled to Malawi with the Clinical Director of Northwestern Law School's Center for International Human Rights to initiate a Homicide Backlog Reduction Project: reviewed case files, interviewed defendants, worked with Legal Aid and the Director of Public Prosecutions to facilitate the disposition of homicide cases. (Spring 2008)

- Obtained Mediation certification from the Center for Conflict Resolution through Northwestern Law School's Mediation Practicum; mediated cases in the Circuit Court of Cook County. (Fall 2007- Spring 2008)

- Volunteered as a legal intern at the Legal and Human Rights Centre in Dar es Salaam, Tanzania: drafted a funding proposal for a campaign to end female genital mutilation; researched and drafted summaries of human rights issues; reviewed services rendered at the Centre's legal aid clinics and identified cases for impact litigation. (Summer 2006)

## LANGUAGES

- Proficient in Spanish

**BAR ADMISSIONS**

- State of California; State of Illinois; State of New York
- U.S. District Courts: Central District of California, Northern District of Illinois, Central District of Illinois, Northern District of Indiana, Southern District of Indiana, Northern District of Ohio, Western District of Kentucky, Southern District of New York, Southern District of Texas

**DECLARATIONOF MONIQUE ALARCON**

# Monique Alarcon

2229 W. 2nd Street, Los Angeles, CA 90057
(909) 292-3850 • monique.alarcon8@gmail.com

## BAR ADMISSIONS
State Bar of California, December 2016
U.S. District Court Central District of California, December 2016
U.S. Court of Appeals for the Ninth Circuit, February 2018

## EDUCATION
**Loyola Law School, Los Angeles, CA**
Juris Doctor, May 2016
**Activities:**  Ninth Circuit Appellate Advocacy Clinic, *Drafted and Filed Opening Brief in a § 1983 Civil Rights Appeal* (2015 - 2016);
Scott Moot Court Honors Board, (2015 - 2016), *Earned a "Top 10 Brief" Award*;
HNBA Moot Court, *Student Advisor* (2015 - 2016);
Loyola Writing Tutor (2015 - 2016);
Civil Rights Litigation Practicum, Research Assistant (Fall 2015);
Loyola Project for the Innocent (2015 - 2016)

**University of California, Riverside, CA**
Bachelor of Arts, Double Major in Sociology and Law & Society, June 2013

## EXPERIENCE
**Law Office of Carol A. Sobel**                                                                   **Santa Monica, CA**
*Associate Attorney*                                                                                   August 2016 – Present
*Summer Law Clerk*                                                                                    Summer 2015
- Represent individuals in civil rights litigation, focusing primarily on First Amendment and Fourteenth Amendment due process issues.
- Litigate all aspects of each case, including performing client intakes and serving as primary point of contact for clients, researching federal and state law claims, drafting § 1983 civil rights complaints, draft written discovery requests and responses, and take and defend depositions.
- Represent homeless individuals cited for "quality of life" offenses by appearing for and presenting oral argument at arraignments, trials, and post-conviction hearings on infraction offenses

**Public Counsel**                                                                                        **Los Angeles, CA**
*Spring Extern, Children's Rights Project*                                               January - May 2015
- Researched administrative law decisions from Department of Developmental Service hearings
- Drafted memoranda to assist clients with Regional Center IPP meetings and fair hearing appeals
- Monitored settlement implementation at juvenile hall by interviewing juveniles and preparing summaries of hall visits

**Disability Rights Legal Center**                                                              **Los Angeles, CA**
*Summer Law Clerk*                                                                                    May - August 2014
- Performed document review and drafted Public Records Act requests
- Conducted legal research regarding ADA accessibility and IDEA special education claims

## PRO BONO ACTIVITIES & BOARD MEMBERSHIP

- National Lawyers Guild Los Angeles, Homeless Citation Defense Clinics
  *Supervising Attorney for Legal Clinics in Skid Row and Venice*
- Loyola Law School's Hispanic National Bar Association (HNBA) Moot Court Team
  *Coach*, 2016 – Present
- Elder Law and Disability Rights Center
  *Advisory Board Member*, May 2019 – Present


## ADDITIONAL INFORMATION

**Language:**        Fluent in Spanish

**Presentations:**   National Lawyers Guild Continuing Legal Education Training, Los Angeles, California
                     *Panelist,* "Combatting the Criminalization of Unhoused People"

046