Barrett S. Litt, SBN 45527
Email: blitt@kmbllaw.com
KAYE, MCLANE, BEDNARSKI & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

Carol A. Sobel, SBN 84483
Email: carolsobel@aol.com
LAW OFFICE OF CAROL A. SOBEL
725 Arizona Avenue, Suite 300
Santa Monica, California 90401
Telephone: (310) 393-3055

ADDITIONAL COUNSEL LISTED
ON NEXT PAGE
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE CHUA, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>CITY OF LOS ANGELES, ET AL.,<br><br>DEFENDANTS. | CASE NO: 2:16-CV-00237-JAK-GJS(X)<br>[HON. JOHN A. KRONSTADT]<br><br>SUPPLEMENTAL SUBMISSION RE:<br>ADMINISTRATION OF CLASS CLAIMS<br><br>HEARING DATE: SEPTEMBER 9, 2019<br>HEARING TIME: 8:30 A.M.<br>COURTROOM: 10B |

ADDITIONAL PLAINTIFFS' COUNSEL

Paul Hoffman, SBN 71244
Email. hoffpaul@aol.com
Catherine Sweetser. SBN271142
Email. catherine.sdshhh@gmail.com
SCHONBRUN, SEPLOW, HARRIS & HOFFMAN
11543 Olympic Boulevard
Los Angeles, California 90064
Tel. (310) 396-0731
Fax. (310) 399-7040

Colleen M. Flynn, SBN 234281
Email. cflynnlaw@yahoo.com
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Boulevard, Suite 2910
Los Angeles, California 9001 0
Tel. 213 252-9444
Fax. 213 252-0091

Matthew Strugar, SBN 232951
Email. matthewstrugar@gmail.com
LAW OFFICE OF MATTHEW STRUGAR
2108 Cove Avenue
Los Angeles, California 90039
Tel: 323 696-2299

Plaintiffs hereby provide updated information on the anticipated costs of administration of the class claims in this matter. As the Court is aware, Plaintiffs proposed that the class notice and claims be handled by Plaintiffs' counsel to reduce the costs of administration. The basis for the in-house proposal was counsels' belief that, given the size of the class and the fact that they already had access to current information for the majority of the class and could, therefore, administer the settlement at less cost in house.

In the motion for preliminary approval, Plaintiffs' counsel requested $20,000 for the administration of the class claims. Plaintiffs' counsel now believes that notice and fulfillment can be accomplished at considerably less cost and requests that the Court approve the $20,000 as a cap, rather than a flat cost item.

In anticipation of the hearing on Plaintiffs' motion for preliminary approval of the settlement, the undersigned counsel compiled a database of all class members, using the redacted booking list from the Defendant. This list of putative class members arrested at 6th and Hope was then cross-referenced with contact lists maintained by the class representatives, as well as information collected by Plaintiffs' counsel at the first criminal court appearance for the class members.

Using this list, Plaintiffs' counsel recently emailed the putative class members. Only 7 of 71 emails were returned as undeliverable and three of those have been updated. Plaintiffs believe that they have current contact information for 82 of the 125 class members. Two of the 127 arrestees brought their own lawsuits, bringing the total to 125 people in the class. Utilizing date of birth and last known addresses from the booking reports, current contact information for nearly all of the remaining 43 class members will be available at a small cost to an outside firm.

Plaintiffs now anticipate that the distribution of the notice and relevant claims materials for the vast majority of putative class members, and potentially for all but a few, can be accomplished by email and through the website created for

the class. There will be minimal costs for printing and postage, as well as reduced labor costs if the notice is done in this manner.

Plaintiffs propose that the Court approve the previously requested $20,000 flat fee as a cap, with $45 an hour as the compensation rate for support staff time to administer class claims. The undersigned spent approximately three (3) hours to date supervising this process and communicating with class members. At present, Plaintiffs intend to bill only for the time incurred by support staff in administering and processing claims. To date, Plaintiffs incurred approximately 25 hours to create the basic website, database, input class member information from various sources and email putative class members to update on the case and the upcoming motion for preliminary approval.

It now appears that, based on the foregoing, it is unlikely that staff time for the claims process will exceed 200 hours and may well be less. Out-of-pocket costs are unlikely to exceed $1,500, including expenses for the website, postage, photocopying and printing. No cost is anticipated for publication of the notice because all class members are already known and Plaintiffs believe current contact information is available for nearly all. This estimate also assumes that, given the make-up of the class, most will participate in the claims process digitally.

Dated: Sept. 5, 2019        Respectfully submitted,

**KAYE, McLANE, BEDNARSKI & LITT**
**LAW OFFICE OF CAROL SOBEL**
**SCHONBRUN, SEPLOW, HARRIS & HOFFMAN**

By:___/s/ Carol A. Sobel_____
       CAROL A. SOBEL
    Attorneys for Plaintiffs