FILED
CLERK, U.S. DISTRICT COURT
5/11/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charmaine Chua, et al.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>City of Los Angeles, et al.,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-00237 JAK (GJSx)<br><br>**JUDGMENT (DKT. 160)**<br><br><br>**JS-6: Case Terminated/Closed** |

Final approval of the class-action settlement in this action was granted. Judgment is entered in favor of Plaintiffs in the amount of $750,000. The elements of this amount are as follows and payments shall be made as set out here:

| Item | Amount |
|---|---|
| Expert Costs | $20,210.00 |
| Mediation Costs | $5,500.00 |
| Settlement Administration Costs | $4121.49 |
| Class Representative Awards | $15,000.00 |
| Award to Kyle Todd (putative class representative for uncertified sub-class) | $5,000.00 |
| Attorney's Fees | $476,801.93 |
| Litigation Costs | $7488.07 |
| Settlement Fund for Distribution to Class Members | $215,878.51 |
| **Total** | **$750,000.00** |

**IT IS SO ORDERED:**

Dated: May 11, 2020   _____

John A. Kronstadt
United States District Judge